1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF OHIO
3  EASTERN DIVISION
4  ~~~~~~~~~~~~~~~~~~~~
5  KRYSTAL MOSHOLDER, et al.,
6
7  Plaintiff,
8
9  vs.              Case No. 5:18cv1325
10
11 LOWE'S COMPANIES, INC., et al.,
12
13 Defendants.
14 ~~~~~~~~~~~~~~~~~~~~
15 Deposition of
16 KRYSTAL MOSHOLDER
17
18
   November 25, 2019
19 2:18 p.m.
20 Taken at:
   Roetzel & Andress, LPA
21 222 South Main Street, Suite 400
22 Akron, Ohio
23 Job No. CS3790601
24
25 Ashanti Edwards, RPR

1  APPEARANCES:
2
3      On behalf of the Plaintiffs:
4         Pelini, Campbell & Williams, LLC,
5         by
6         CRAIG M. EOFF, ESQ.
7         Bretton Commons
8         8040 Cleveland Avenue NW, Suite 400
9         North Canton, Ohio 44720
10        Ceoff@pelini-law.com
11
12     On behalf of The Defendant, Lowe's
13      Companies, Inc.:
14        Roetzel & Andress, LPA, by
15         NICHOLAS P. RESETAR, ESQ.
16         222 South Main Street, Suite 400
17         Akron, Ohio 44308
18         (330) 849-6791
19         Nresetar@ralaw.com
20              ~ ~ ~ ~ ~
21
22
23
24
25

1         TRANSCRIPT INDEX
2
3  APPEARANCES                              2
4
5  INDEX OF EXHIBITS                        4
6
7  EXAMINATION OF KRYSTAL MOSHOLDER
8  BY MR. RESETAR                           5
9
10 REPORTER'S CERTIFICATE                   32
11
12 EXHIBIT CUSTODY
13 EXHIBITS RETAINED BY THE COURT REPORTER
14
15
16
17
18
19
20
21
22
23
24
25

1         INDEX OF EXHIBITS
2  NUMBER       DESCRIPTION              MARKED
3  Exhibit 1   Video                        23
4  Exhibit 2   Medical record               27
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1         KRYSTAL MOSHOLDER, of lawful age,
2  called for examination, as provided by the
3  Federal Rules of Civil Procedure, being by me
4  first duly sworn, as hereinafter certified,
5  deposed and said as follows:
6         EXAMINATION OF KRYSTAL MOSHOLDER
7  BY MR. RESETAR:
8    Q.   Good afternoon.
9    A.   Hi.  I'm sorry.  I wasn't sure what
10 I was supposed to say.
11   Q.   That's okay.
12   A.   Yes.
13   Q.   A lot of this process is
14 unnecessarily more awkward than it needs to be.
15   A.   I was made aware.
16   Q.   My name is Nick Resetar.  I'm
17 Lowe's attorney.  You can address me however
18 you'd like.  I'm incapable of being offended.
19   A.   Okay.
20   Q.   Most people aren't that way, so I
21 want to make sure that I don't offend you.  How
22 would you prefer that I address you?
23   A.   First name is fine.
24   Q.   Okay.  Have you ever been deposed
25 before?

Page 6

1     A.   No.
2     Q.   We do this speech every time and
3  it's tiresome, but I'll give you the ground
4  rules.
5     A.   Okay.
6     Q.   Ashanti is taking down everything
7  that we're saying.
8     A.   Um-hmm.
9     Q.   You're doing it right now. One
10 thing we have to do is say yes or no.
11    A.   Okay.
12    Q.   Not huh-uh or um-hmm.
13    A.   Got it.
14    Q.   I understand. You know, I'm
15 sitting across from you, but it's hard for her
16 to get that down.
17    A.   Got it.
18    Q.   The second part is, in normal
19 conversation it's typical, and we do it without
20 even recognizing it, talking over each other.
21 A lot of times you know what I'm going to say
22 and I know what you're going to say, so we
23 don't even give the other person a chance.
24 We're just talking. I will do my best to let
25 you finish talking before I start talking.

Page 7

1     A.   Okay.
2     Q.   As you can imagine, it's probably
3  hard to write down what two people are saying
4  at once.
5     A.   Okay.
6     Q.   The other thing is, if you need to
7  take a break for any reason, take a phone call,
8  go to the bathroom, I don't care. Just tell
9  me. If you want to talk to Craig, that's fine.
10 I don't care.
11       MR. RESETAR: Am I missing
12 anything, Craig?
13       MR. EOFF: No. I don't think so.
14    Q.   Okay. All right. Oh, I am missing
15 something. If I ask you something that doesn't
16 make sense, tell me. I say a lot of things
17 that don't make sense.
18    A.   Okay.
19    Q.   I want to make sure that when you
20 answer a question you understand what I'm
21 saying.
22    A.   Okay.
23    Q.   If you answer a question, I'll
24 assume you understood it. Is that fair?
25    A.   Yes.

Page 8

1     Q.   Okay. Krystal, we're here --
2     A.   Sorry.
3     Q.   That's okay.
4     A.   Okay. Oh. Now it's on silent.
5     Q.   Okay. We are here today to discuss
6  an incident that occurred at the Brimfield
7  Lowe's on March 15th, 2018. Does that sound
8  right?
9     A.   Yes.
10    Q.   And the Brimfield Lowe's, that's on
11 Nicholas Way?
12    A.   Yes.
13    Q.   Okay. I'm just going to call that
14 the Brimfield Lowe's.
15    A.   Okay.
16    Q.   Let me get a little bit of
17 background first. Do you shop -- prior to
18 March 15th, 2018, did you shop at the Brimfield
19 Lowe's often?
20    A.   Yes.
21    Q.   Okay.
22    A.   Five to six times a week.
23    Q.   That was my next question. Why so
24 often?
25    A.   I have my own business where I, I

Page 9

1  guess, build things out of wood materials, so I
2  go there very often to get all of those
3  supplies.
4     Q.   Okay. Were you part of their Pro
5  program?
6     A.   No. I have a credit card through
7  them, but not part of the Pro program.
8     Q.   Okay. I know this is a hard
9  question, but when do you think you first
10 started going to Lowe's regularly, the
11 Brimfield Lowe's?
12    A.   I think I've been doing this for
13 four years now. At least four years.
14    Q.   Okay. So is it fair for me to say
15 that like since 2016, 2015?
16    A.   Yes.
17    Q.   Okay. I guess -- really simple.
18 Were you aware that Lowe's -- as of March 15th,
19 2018, were you aware that Lowe's allowed
20 customers to bring pets in the store?
21    A.   Yes. I can recall the sticker on
22 the doors, the sliding doors.
23    Q.   Do you recall what that sticker
24 says?
25    A.   I can picture a dog on it and it

Page 10

1 says -- I mean, not verbatim, but we are pet
2 friendly.
3    Q.  Is it fair to assume you saw that
4 sticker before March 15th, 2018?
5    A.  Yes. Yes.
6    Q.  Okay. Is it fair to assume you saw
7 dogs in the Brimfield Lowe's prior to March
8 15th, 2018?
9    A.  Yes.
10   Q.  Would you say it's common or
11 uncommon to see dogs in the store prior to
12 March 15th, 2018?
13   A.  Common.
14   Q.  Okay. Did you ever see the same
15 dogs on multiple occasions in that store prior?
16   A.  No.
17   Q.  Okay. Did you own any dogs on
18 March 15th, 2018?
19   A.  That's a question mark. I could
20 find out right now.
21   Q.  You could or couldn't?
22   A.  I could find out right now on my
23 Instagram. Is that what you're asking me, if
24 we had a dog when that happened?
25   Q.  Yes.

Page 11

1    A.  Yes. And I was asked by the other
2 Craig probably a year after this all happened
3 and my husband and I -- my husband was with me
4 and he -- we both said, we're not sure, we
5 don't think so. That was our --
6    Q.  And I'm not trying to -- certainly,
7 two things.
8    A.  Yes.
9    Q.  I'll editorialize a little bit.
10 I'm not trying to drum up any old feelings,
11 number one.
12   A.  Right.
13   Q.  Number two, I'm not trying to pull
14 the rug out from under you.
15   A.  Yeah.
16   Q.  I just wanted to know --
17   A.  And I'm just telling -- being,
18 like, honest with you. We -- I have not looked
19 into it.
20   Q.  And I --
21   A.  I didn't know that mattered. So I
22 guess I wasn't too concerned about it.
23   Q.  It may not matter. Was your dog's
24 name Jack?
25   A.  Yes.

Page 12

1    Q.  Okay. And I saw a post on
2 Instagram from March 2018 of him.
3    A.  Yeah.
4    Q.  Looks like by a swing set.
5    A.  Okay.
6    Q.  If that was taken around that time,
7 would you dispute that you had Jack in March
8 2018?
9    A.  No.
10   Q.  And that's all I wanted.
11   A.  Okay.
12   Q.  Prior to March 15th, 2018, had you
13 ever been bitten by a dog before?
14   A.  No.
15   Q.  You're luckier than I am. I'll
16 probably get bitten tonight when I get home. I
17 get bitten probably once a week. I have a
18 yellow lab.
19   A.  Oh. Well, I mean playfully. Not
20 like this.
21   Q.  And that's where I was going. As a
22 dog owner, you've had teeth on you?
23   A.  Yeah. Puppy bites, yeah.
24   Q.  And you would consider the dog
25 playing, not trying to physically harm you?

Page 13

1    A.  Right.
2    Q.  Okay. Tell me what the term
3 vicious, as it pertains to dogs, means to you.
4 Let me ask this a better way. In your opinion,
5 what is a vicious dog?
6       MR. EOFF: Objection. Just to the
7 extent that it might seek a legal conclusion
8 and, obviously, this witness would not be
9 qualified to answer such a question to the
10 extent that you're asking for her personal
11 impression.
12      MR. RESETAR: I would like her
13 opinion of what -- not a legal opinion.
14   Q.  To you, what is a vicious dog?
15      MR. EOFF: Sure.
16   A.  A dog, if you were to approach it
17 friendly, would bite you or come at you in a
18 way that, I guess, a friendly dog wouldn't.
19   Q.  How do you know that a dog may or
20 may not be vicious, you, prior to approaching
21 it?
22   A.  You have no idea.
23   Q.  Okay.
24   A.  If I don't know the dog, you -- you
25 don't know.

Veritext Legal Solutions
800-567-8658                                  973-410-4098

Page 14

1  Q. Is it fair to say that dogs you're
2 not familiar with can be unpredictable?
3  A. Yes.
4  Q. Is it fair to say that some -- that
5 there could be some characteristics to identify
6 a vicious dog? For example, aggressive
7 barking?
8  A. Yes.
9  Q. Perhaps showing its teeth?
10  A. Yes.
11  Q. Perhaps trying to get away from its
12 handler to lunge at somebody?
13  A. Yes.
14  Q. Okay. Had you ever encountered a
15 vicious dog prior to March 15th, 2018?
16  A. I cannot say that I have.
17  Q. Okay. At the Brimfield Lowe's
18 prior to March 15th, 2018 -- so I can stop
19 saying March 15th, 2018, can I just say the
20 date in question, or something along those
21 lines?
22  A. Yes.
23  Q. Prior to the date in question had
24 you ever petted any of the dogs at the
25 Brimfield Lowe's?

Page 15

1  A. No, I have not.
2  Q. Okay. I'm going to make this real
3 easy. Tell me what happened on the date in
4 question.
5  A. How much of it?
6  Q. How about this. From the time you
7 pulled up to the parking lot to the time you
8 left the parking lot.
9  A. Okay. Pulled up. I had a handful
10 of materials I needed to buy, some being lumber
11 I'm pretty sure. Then, I needed to get some
12 spray paint and I needed to get some cast iron
13 bars and materials to make something. So I
14 always start at the end where the lumber is.
15 That's where I park. So I parked on the lumber
16 side, go in lumber side, get what I need in the
17 lumber. And then I needed to go down to get
18 the spray paint, which is on the opposite side
19 of the building. I walked -- I leave my cart.
20 It already has the lumber in it. Then, I
21 walked down to get -- I think I got a couple
22 handles, too. Then, I went down to get the
23 spray paint and there was -- which I've already
24 seen this dog once in the store on the other
25 side where I was. I went to go -- the dog was

Page 16

1 standing -- I mean, if I could draw a picture
2 it would make more sense. But the dog and the
3 owner was standing right by the spray paint,
4 probably enough to fit one other person, maybe
5 two people, to get to the spray paint. So I'm
6 walking this way. They're here, right by where
7 I need to go. So the one lady, the employee
8 that you guys just talked to, was bent down,
9 hi, dog, love you, you're so cute, blah, blah,
10 blah, super excited to see this dog. So I just
11 go around the people this way. As I'm going --
12 I don't even know how to say it because I don't
13 know for sure. But I want to say the dog like
14 turned its head to like say hi to me and then I
15 just literally like tried to like brush the top
16 of its head or nose, or whatever it was, and
17 that's when it lunged at me and got my leg.
18  Q. Okay.
19  A. Should I keep going?
20  Q. Please.
21  A. Okay. So that happened. Took me
22 completely off guard. Scared the crap out of
23 me. My adrenaline is going, my blood pressure.
24 I'm like, what the heck just happened. I want
25 to say the owner -- I know for sure the owner

Page 17

1 pulled the leash back. So I'm assuming he saw.
2 I can't say for sure if he did because I don't
3 know if he said anything. I may have said that
4 he did. I can't tell you -- it's almost been
5 two years. I can't remember now if he actually
6 said anything or not. Along with the employee.
7 I don't think she did. And I don't even know
8 if she even really noticed or acknowledged that
9 it happened. So I just leave. I don't even
10 grab the spray paint. I then realize I still
11 need to get those cast iron bars, which are on
12 that side. So I go over there and grab them.
13 Come back -- you know what, I take that back.
14 Sorry. I forgot that when I went to go and
15 actually try to grab the spray paint the dog
16 lunged at me again, but did not get me. So
17 after he bit me I kind of walk to go get the
18 other things and I just try to like go back and
19 reach and get the spray paint and the dog
20 lunged at me and I'm like, I'm just getting out
21 of here. So that's when I went and got the
22 cast iron bars and then just went back to my
23 cart that was already loaded and decided at
24 that point that I just wanted to get out of
25 there. I already had my materials loaded up.

1 I'm like, I'll just, you know, pay for what I
2 need to pay and get out of there. And that's
3 when I checked out.
4     Q. Okay. Did you buy the spray paint
5 or not?
6     A. No. I never got the spray paint.
7     Q. Okay.
8     A. And that's on the video.
9     Q. Let me back through that. You said
10 you saw the dog in the store before. Did you
11 mean this day or on a different day?
12     A. This day. That -- yeah. When I
13 was doing my prior shopping.
14     Q. Okay. Can you describe what the
15 owner looked like?
16     A. Like I said, it's been two years.
17 I want to say upper 20s, early 30s. Male,
18 medium height, 5'10-ish height, darker hair.
19 That's really -- wearing a sweatshirt, a gray
20 sweatshirt, I believe.
21     Q. Can you physically describe the dog
22 for me?
23     A. Medium-sized dog. Not a large dog.
24 Darker gray with some white spotting. To me it
25 looked like some kind of Pit Bull dog mix.

1     Q. In your opinion, how old do you
2 think that dog was?
3     A. A year, maybe.
4     Q. Would you call it a puppy?
5     A. Yeah.
6     Q. Okay. When you walked into the
7 aisle you saw the employee petting the dog; is
8 that correct?
9     A. Yes.
10     Q. Is that the woman you just saw now
11 leave the building?
12     A. Oh, I didn't even pay attention.
13     Q. Oh. I thought you did say that.
14 Okay.
15     A. I just said -- I saw a lady leaving
16 with someone, so -- I didn't see what she
17 looked like, but --
18     Q. Okay. Was she like really close to
19 the dog petting him?
20     A. Yeah. She was knelt down, from
21 what I can remember, and like petting the head
22 and stuff.
23     Q. Okay. And I said him. I don't
24 know if the dog is a male or female.
25     A. I don't know either.

1     Q. I have a male dog, so my default is
2 to call it a him.
3     A. Yeah.
4     Q. When you saw the employee petting
5 the dog did the dog appear friendly?
6     A. Yes.
7     Q. Okay. And when you came up to them
8 how close were you to the employee?
9     A. I walked behind her. She's knelt
10 down, I walked behind her. Close, I guess.
11     Q. Okay. And you said you put your
12 hand out towards its head?
13     A. Just to like touch the nose or
14 whatever. Head, whatever.
15     Q. Did you end up touching the head?
16     A. I don't think so. I don't know for
17 sure.
18     Q. Okay. And then how far -- or how
19 much time from the time you stuck your hand out
20 did the dog --
21     A. It was like almost --
22     Q. Instantaneous?
23     A. Um-hmm.
24     Q. And did you say anything to the
25 owner?

1     A. No, I did not.
2     Q. Did the owner say anything to you?
3     A. I can't remember.
4     Q. Did the employee say anything to
5 you?
6     A. I cannot remember.
7     Q. Did you tell the employee that the
8 dog had bit you?
9     A. No. No one at the store knew.
10     Q. Okay. And that's my next question.
11 Is there -- and I'm not trying to come down on
12 you. Is there any reason you didn't tell
13 anybody at the store?
14     A. So I was wearing a pair of black
15 jeans, actual jeans, and I did not know at the
16 time that the dog bit through the jeans and
17 actually got my skin. I did not see any blood,
18 didn't see any markings, so -- had I known
19 that, if I were wearing a pair of shorts, I
20 would have for sure said something. I just
21 didn't know it went through my jeans. So I
22 didn't feel like I had any reason to say, so
23 that's why.
24     Q. Okay. And just so I can be very
25 clear, you did see the dog before it bit you?

Page 22

1    A.  Yes.
2    Q.  And you did attempt to interact
3  with the dog before it bit you?
4    A.  Yes.
5    Q.  When you approached that dog did it
6  give you any behavior that you thought -- led
7  you to believe it would bite you?
8    A.  No.
9    Q.  The things we talked about earlier,
10 about a vicious dog, the gnashing the teeth,
11 the barking, trying to get away from its owner,
12 was this dog exhibiting any behavior that you
13 would describe as vicious?
14   A.  No.
15   Q.  With that being said, you told me
16 earlier that dogs are unpredictable, would you
17 chalk this up to being unpredictable, that this
18 dog bit you?
19   A.  Yes.
20   Q.  But you were aware when you walked
21 toward it that it was a possibility you could
22 be bitten, albeit remote?
23   A.  Yes.
24   Q.  Okay. The dog wasn't hidden from
25 your view? You knew it was there?

Page 23

1    A.  Yep. He was there, yes.
2    Q.  Okay. I want to show you the
3  video. I'm going to mark this as Exhibit 1.
4          - - - - -
5        (Thereupon, Deposition Exhibit 1,
6         video, was marked for purposes of
7         identification.)
8          - - - - -
9        MR. RESETAR: Craig, we talked
10 about this. I have a flash drive. It's got
11 every single video clip on it.
12       MR. EOFF: Right.
13       MR. RESETAR: I can put it in and
14 show you. Or you can -- you're happy to look
15 at it if you'd like.
16       MR. EOFF: Yeah. I'll do that.
17 That's fine.
18   Q.  I'm going to direct you to the
19 screen. These will be very simple questions,
20 Krystal. Bear with me.
21   A.  Um-hmm.
22   Q.  Okay. I'll represent to you that
23 this is a video clip from the Brimfield Lowe's
24 on the date in question. I will also represent
25 to you this is when you came into the store. I

Page 24

1  have one question for you after you watch it.
2        Is this you?
3    A.  Yes.
4    Q.  That is you?
5    A.  Yes.
6    Q.  And those are the black jeans you
7  referenced?
8    A.  Yes.
9    Q.  And you're wearing -- it looks like
10 a gray --
11   A.  North Face jacket.
12   Q.  North Face jacket. Okay. And a
13 white tassel cap?
14   A.  Yeah.
15   Q.  Or a light-colored cap?
16   A.  Yes.
17   Q.  Okay. That was my only question.
18 Then, this next question is going to be -- I'll
19 preview it for you. Is this the dog? Let
20 me --
21   A.  Yes.
22   Q.  That's the dog?
23   A.  Yes.
24   Q.  And we lawyers, we're the king of
25 asking dumb questions. Is that the owner?

Page 25

1    A.  Yes.
2    Q.  Okay. And then I did have one
3  more. No. I'm not going to ask that question.
4  Okay. So we've just established that is you on
5  the video and that is the dog?
6    A.  Um-hmm.
7    Q.  What happened after you left the
8  store?
9    A.  I went home and I called my husband
10 to let him know and then he, you know, told me
11 that I should call -- I was going to anyway
12 because after I -- so I should say, I went
13 home, checked where I got bit and that's when I
14 saw that I was bleeding and there were teeth
15 marks. And that's when I took the picture.
16 Then, I called my husband and then I called
17 Lowe's.
18   Q.  So you called Lowe's or your
19 husband called Lowe's?
20   A.  No. I called Lowe's. I'm pretty
21 sure my husband did after I tried to talk to
22 them and they weren't very helpful.
23   Q.  Do you remember who you talked to?
24   A.  I know it was a lady and I could --
25 I don't know her name, but I know from voices,

1 and I go there all the time, that I could pick
2 her out and I could tell you if we were there
3 in person, but I can't say that for sure. So
4 no, I don't know any names. I do not remember
5 any names.
6    Q. Is it fair to say that the reason
7 you reported this is because it had broken your
8 skin?
9    A. Well, honestly, yes. There was
10 another reason that I just -- I wanted to make
11 sure that that dog wasn't going to return to
12 that store and do this again to a kid or
13 someone else, so --
14    Q. Did you see that dog interact with
15 anybody else in the store after this incident?
16    A. No.
17    MR. RESETAR: Craig, did you look
18 at that?
19    MR. EOFF: What's that? Oh, yeah.
20 This?
21    MR. RESETAR: Yeah.
22    MR. EOFF: Yeah. That appears to
23 be everything you gave me.
24    MR. RESETAR: Okay. I haven't even
25 looked at it myself.

1    Q. Okay. Krystal, I'll hand you what
2 we'll mark as Exhibit 2.
3    - - - - -
4    (Thereupon, Deposition Exhibit 2,
5    medical record, was marked for
6    purposes of identification.)
7    - - - - -
8    MR. RESETAR: Craig, I didn't make
9 copies of this. I cannot put the whole record
10 in. It's one of --
11    MR. EOFF: It's fine.
12    MR. RESETAR: Is it okay if I just
13 use this one sheet? I just want to go over the
14 narrative with her.
15    MR. EOFF: That's fine.
16    Q. Krystal, I'm handing you what we'll
17 mark as Lowe's Exhibit 2. I'll represent to
18 you, and you've probably never seen this, that
19 this is one of your medical records from the
20 Cleveland Clinic.
21    A. I may have seen it with him at the
22 last meeting.
23    MR. EOFF: You don't want to --
24    MR. RESETAR: I'm not going to ask
25 about it.

1    MR. EOFF: Okay. Just don't say
2 anything about anything that you and I have
3 discussed.
4    THE WITNESS: Okay.
5    Q. Do you see the part with it says
6 HPI comments toward the bottom of the page?
7    A. Yes.
8    Q. Can you just read that and tell me
9 if you disagree with anything in that --
10    A. Out loud or --
11    Q. To yourself.
12    A. Yeah. I mean, there's the one
13 thing they left out, but everything in here is
14 correct.
15    Q. What did they leave out?
16    A. When I went to go try and get the
17 spray paint again the dog lunged at me.
18    Q. Okay. And you told them that?
19    A. I'm not sure.
20    Q. Okay.
21    A. I didn't know that they needed to
22 know that.
23    Q. Fair enough.
24    A. Yeah.
25    Q. That was the reason I asked.

1    A. Yeah.
2    MR. RESETAR: Craig, give me a
3 second. We might be done.
4    MR. EOFF: Okay.
5    MR. RESETAR: I just want to
6 collect my thoughts and see if there's anything
7 else we're missing.
8    MR. EOFF: Okay.
9    MR. RESETAR: Off the record.
10    (Off the record.)
11    MR. RESETAR: Craig, as we
12 discussed, are you comfortable with just
13 leaving this open solely with regards to
14 damages?
15    MR. EOFF: Yes, sir. Yeah.
16 Absolutely.
17    MR. RESETAR: Okay. Then, as far
18 as today goes, I have no further questions.
19    MR. EOFF: Okay. Krystal, although
20 we've left the deposition potentially open for
21 later questioning about damages pursuant to
22 stipulation of counsel, you do have the right
23 to review the transcript. Not to change your
24 testimony, but to at least review it for
25 accuracy. Although, I will tell you, given the

Page 30

1 short nature of the deposition and the
2 professionalism of our court reporter, I doubt
3 that this is necessary. You have the right to
4 do it. You can either say that you want to or
5 you can waive your right to review and sign the
6 transcript. I'm perfectly comfortable with you
7 waiving.
8     THE WITNESS: I am, too.
9     MR. EOFF: Okay.
10     THE NOTARY: Are there any orders
11 for the transcripts today?
12     MR. EOFF: I'll take both copies of
13 Stacie and Krystal.
14     (The deposition concluded at 2:25 p.m.)

Page 31

1 Whereupon, counsel was requested to give
2 instruction regarding the witness's review of
3 the transcript pursuant to the Civil Rules.
4
5     SIGNATURE:
6 It was agreed by and between counsel and the
7 parties that the reading and signing of the
8 transcript of said deposition, be and the same
9 is hereby waived.
10
11     TRANSCRIPT DELIVERY:
12 Counsel was requested to give instruction
13 regarding delivery date of transcript.
14     Mr. Eoff: Original.

Page 32

1     REPORTER'S CERTIFICATE
2 The State of Ohio,  )
3         SS:
4 County of Cuyahoga.  )
5
6     I, Ashanti Edwards, a Notary Public
7 within and for the State of Ohio, duly
8 commissioned and qualified, do hereby certify
9 that the within named witness, KRYSTAL
10 MOSHOLDER, was by me first duly sworn to
11 testify the truth, the whole truth and nothing
12 but the truth in the cause aforesaid; that the
13 testimony then given by the above-referenced
14 witness was by me reduced to stenotypy in the
15 presence of said witness; afterwards
16 transcribed, and that the foregoing is a true
17 and correct transcription of the testimony so
18 given by the above-referenced witness.
19     I do further certify that this
20 deposition was taken at the time and place in
21 the foregoing caption specified and was
22 completed without adjournment.

Page 33

1     I do further certify that I am not
2 a relative, counsel or attorney for either
3 party, or otherwise interested in the event of
4 this action.
5     IN WITNESS WHEREOF, I have hereunto
6 set my hand and affixed my seal of office at
7 Cleveland, Ohio, on this _____ day of
8 _____, 2019.
9
10
11
12
13
14     Ashanti Edwards, Notary Public
15     within and for the State of Ohio
16
17 My commission expires October 14, 2022.

| & | 5:18cv1325 1:9 | ashanti 1:25 6:6 | bleeding 25:14 |
|---|---|---|---|
| & 1:20 2:4,14 | **8** | 32:6 33:14 | blood 16:23 21:17 |
| **1** | 8040 2:8 | asked 11:1 28:25 | bottom 28:6 |
| 1 4:3 23:3,5 | 849-6791 2:18 | asking 10:23 | break 7:7 |
| 14 33:17 | **a** | 13:10 24:25 | bretton 2:7 |
| 15th 8:7,18 9:18 | absolutely 29:16 | assume 7:24 10:3 | brimfield 8:6,10 |
| 10:4,8,12,18 12:12 | accuracy 29:25 | 10:6 | 8:14,18 9:11 10:7 |
| 14:15,18,19 | acknowledged | assuming 17:1 | 14:17,25 23:23 |
| **2** | 17:8 | attempt 22:2 | bring 9:20 |
| 2 3:3 4:4 27:2,4,17 | action 33:4 | attention 19:12 | broken 26:7 |
| 2015 9:15 | actual 21:15 | attorney 5:17 33:2 | brush 16:15 |
| 2016 9:15 | address 5:17,22 | avenue 2:8 | build 9:1 |
| 2018 8:7,18 9:19 | adjournment | aware 5:15 9:18 | building 15:19 |
| 10:4,8,12,18 12:2 | 32:22 | 9:19 22:20 | 19:11 |
| 12:8,12 14:15,18 | adrenaline 16:23 | awkward 5:14 | bull 18:25 |
| 14:19 | affixed 33:6 | **b** | business 8:25 |
| 2019 1:18 33:8 | aforesaid 32:12 | back 17:1,13,13 | buy 15:10 18:4 |
| 2022 33:17 | afternoon 5:8 | 17:18,22 18:9 | **c** |
| 20s 18:17 | age 5:1 | background 8:17 | call 7:7 8:13 19:4 |
| 2216 33:13 | aggressive 14:6 | barking 14:7 | 20:2 25:11 |
| 222 1:21 2:16 | agreed 31:6 | 22:11 | called 5:2 25:9,16 |
| 23 4:3 | aisle 19:7 | bars 15:13 17:11 | 25:16,18,19,20 |
| 25 1:18 | akron 1:22 2:17 | 17:22 | campbell 2:4 |
| 27 4:4 | al 1:5,11 | bathroom 7:8 | canton 2:9 |
| 2:18 1:19 | albeit 22:22 | bear 23:20 | cap 24:13,15 |
| 2:25 30:14 | allowed 9:19 | behalf 2:3,12 | caption 32:21 |
| **3** | andress 1:20 2:14 | behavior 22:6,12 | card 9:6 |
| 30s 18:17 | answer 7:20,23 | believe 18:20 22:7 | care 7:8,10 |
| 32 3:10 | 13:9 | bent 16:8 | cart 15:19 17:23 |
| 330 2:18 | anybody 21:13 | best 6:24 | case 1:9 |
| **4** | 26:15 | better 13:4 | cast 15:12 17:11 |
| 4 3:5 | anyway 25:11 | bit 8:16 11:9 17:17 | 17:22 |
| 400 1:21 2:8,16 | appear 20:5 | 21:8,16,25 22:3,18 | cause 32:12 |
| 44308 2:17 | appearances 2:1 | 25:13 | ceoff 2:10 |
| 44720 2:9 | 3:3 | bite 13:17 22:7 | certainly 11:6 |
| **5** | appears 26:22 | bites 12:23 | certificate 3:10 |
| 5 3:8 | approach 13:16 | bitten 12:13,16,17 | 32:1 |
| 5'10 18:18 | approached 22:5 | 22:22 | certified 5:4 |
| | approaching | black 21:14 24:6 | certify 32:8,19 |
| | 13:20 | blah 16:9,9,10 | 33:1 |

**chalk** 22:17
**chance** 6:23
**change** 29:23
**characteristics** 14:5
**checked** 18:3 25:13
**civil** 5:3 31:3
**clear** 21:25
**cleveland** 2:8 27:20 33:7
**clinic** 27:20
**clip** 23:11,23
**close** 19:18 20:8 20:10
**collect** 29:6
**colored** 24:15
**come** 13:17 17:13 21:11
**comfortable** 29:12 30:6
**comments** 28:6
**commission** 33:17
**commissioned** 32:8
**common** 10:10,13
**commons** 2:7
**companies** 1:11 2:13
**completed** 32:22
**completely** 16:22
**concerned** 11:22
**concluded** 30:14
**conclusion** 13:7
**consider** 12:24
**conversation** 6:19
**copies** 27:9 30:12
**correct** 19:8 28:14 32:17
**counsel** 29:22 31:1 31:6,12 33:2

**county** 32:4
**couple** 15:21
**court** 1:1 3:13 30:2
**craig** 2:6 7:9,12 11:2 23:9 26:17 27:8 29:2,11
**crap** 16:22
**credit** 9:6
**cs3790601** 1:23
**custody** 3:12
**customers** 9:20
**cute** 16:9
**cuyahoga** 32:4

**d**

**damages** 29:14,21
**darker** 18:18,24
**date** 14:20,23 15:3 23:24 31:13
**day** 18:11,11,12 33:7
**decided** 17:23
**default** 20:1
**defendant** 2:12
**defendants** 1:13
**delivery** 31:11,13
**deposed** 5:5,24
**deposition** 1:15 23:5 27:4 29:20 30:1,14 31:8 32:20
**describe** 18:14,21 22:13
**description** 4:2
**different** 18:11
**direct** 23:18
**disagree** 28:9
**discuss** 8:5
**discussed** 28:3 29:12

**dispute** 12:7
**district** 1:1,2
**division** 1:3
**dog** 9:25 10:24 12:13,22,24 13:5 13:14,16,18,19,24 14:6,15 15:24,25 16:2,9,10,13 17:15 17:19 18:10,21,23 18:23,25 19:2,7,19 19:24 20:1,5,5,20 21:8,16,25 22:3,5 22:10,12,18,24 24:19,22 25:5 26:11,14 28:17
**dog's** 11:23
**dogs** 10:7,11,15,17 13:3 14:1,24 22:16
**doing** 6:9 9:12 18:13
**doors** 9:22,22
**doubt** 30:2
**draw** 16:1
**drive** 23:10
**drum** 11:10
**duly** 5:4 32:7,10
**dumb** 24:25

**e**

**earlier** 22:9,16
**early** 18:17
**eastern** 1:3
**easy** 15:3
**editorialize** 11:9
**edwards** 1:25 32:6 33:14
**either** 19:25 30:4 33:2
**employee** 16:7 17:6 19:7 20:4,8 21:4,7

**encountered** 14:14
**eoff** 2:6 7:13 13:6 13:15 23:12,16 26:19,22 27:11,15 27:23 28:1 29:4,8 29:15,19 30:9,12 31:14
**esq** 2:6,15
**established** 25:4
**et** 1:5,11
**event** 33:3
**examination** 3:7 5:2,6
**example** 14:6
**excited** 16:10
**exhibit** 3:12 4:3,4 23:3,5 27:2,4,17
**exhibiting** 22:12
**exhibits** 3:5,13 4:1
**expires** 33:17
**extent** 13:7,10

**f**

**face** 24:11,12
**fair** 7:24 9:14 10:3 10:6 14:1,4 26:6 28:23
**familiar** 14:2
**far** 20:18 29:17
**federal** 5:3
**feel** 21:22
**feelings** 11:10
**female** 19:24
**find** 10:20,22
**fine** 5:23 7:9 23:17 27:11,15
**finish** 6:25
**first** 5:4,23 8:17 9:9 32:10
**fit** 16:4
**five** 8:22

**flash** 23:10
**follows** 5:5
**foregoing** 32:16 32:21
**forgot** 17:14
**four** 9:13,13
**friendly** 10:2 13:17,18 20:5
**further** 29:18 32:19 33:1

**g**

**getting** 17:20
**give** 6:3,23 22:6 29:2 31:1,12
**given** 29:25 32:13 32:18
**gnashing** 22:10
**go** 7:8 9:2 15:16 15:17,25 16:7,11 17:12,14,17,18 26:1 27:13 28:16
**goes** 29:18
**going** 6:21,22 8:13 9:10 12:21 15:2 16:11,19,23 23:3 23:18 24:18 25:3 25:11 26:11 27:24
**good** 5:8
**grab** 17:10,12,15
**gray** 18:19,24 24:10
**ground** 6:3
**guard** 16:22
**guess** 9:1,17 11:22 13:18 20:10
**guys** 16:8

**h**

**hair** 18:18
**hand** 20:12,19 27:1 33:6

**handful** 15:9
**handing** 27:16
**handler** 14:12
**handles** 15:22
**happened** 10:24 11:2 15:3 16:21 16:24 17:9 25:7
**happy** 23:14
**hard** 6:15 7:3 9:8
**harm** 12:25
**head** 16:14,16 19:21 20:12,14,15
**heck** 16:24
**height** 18:18,18
**helpful** 25:22
**hereinafter** 5:4
**hereunto** 33:5
**hi** 5:9 16:9,14
**hidden** 22:24
**hmm** 6:8,12 20:23 23:21 25:6
**home** 12:16 25:9 25:13
**honest** 11:18
**honestly** 26:9
**hpi** 28:6
**huh** 6:12
**husband** 11:3,3 25:9,16,19,21

**i**

**idea** 13:22
**identification** 23:7 27:6
**identify** 14:5
**imagine** 7:2
**impression** 13:11
**incapable** 5:18
**incident** 8:6 26:15
**index** 3:1,5 4:1
**instagram** 10:23 12:2

**instantaneous** 20:22
**instruction** 31:2 31:12
**interact** 22:2 26:14
**interested** 33:3
**iron** 15:12 17:11 17:22
**ish** 18:18

**j**

**jack** 11:24 12:7
**jacket** 24:11,12
**jeans** 21:15,15,16 21:21 24:6
**job** 1:23

**k**

**keep** 16:19
**kid** 26:12
**kind** 17:17 18:25
**king** 24:24
**knelt** 19:20 20:9
**knew** 21:9 22:25
**know** 6:14,21,22 9:8 11:16,21 13:19,24,25 16:12 16:13,25 17:3,7,13 18:1 19:24,25 20:16 21:15,21 25:10,10,24,25,25 26:4 28:21,22
**known** 21:18
**krystal** 1:5,16 3:7 5:1,6 8:1 23:20 27:1,16 29:19 30:13 32:9

**l**

**lab** 12:18
**lady** 16:7 19:15 25:24

**large** 18:23
**law.com** 2:10
**lawful** 5:1
**lawyers** 24:24
**leash** 17:1
**leave** 15:19 17:9 19:11 28:15
**leaving** 19:15 29:13
**led** 22:6
**left** 15:8 25:7 28:13 29:20
**leg** 16:17
**legal** 13:7,13
**light** 24:15
**lines** 14:21
**literally** 16:15
**little** 8:16 11:9
**llc** 2:4
**loaded** 17:23,25
**look** 23:14 26:17
**looked** 11:18 18:15,25 19:17 26:25
**looks** 12:4 24:9
**lot** 5:13 6:21 7:16 15:7,8
**loud** 28:10
**love** 16:9
**lowe's** 1:11 2:12 5:17 8:7,10,14,19 9:10,11,18,19 10:7 14:17,25 23:23 25:17,18,19,20 27:17
**lpa** 1:20 2:14
**luckier** 12:15
**lumber** 15:10,14 15:15,16,17,20
**lunge** 14:12

**lunged** 16:17 17:16,20 28:17

**m**

**m** 2:6
**main** 1:21 2:16
**male** 18:17 19:24 20:1
**march** 8:7,18 9:18 10:4,7,12,18 12:2 12:7,12 14:15,18 14:19
**mark** 10:19 23:3 27:2,17
**marked** 4:2 23:6 27:5
**markings** 21:18
**marks** 25:15
**materials** 9:1 15:10,13 17:25
**matter** 11:23
**mattered** 11:21
**mean** 10:1 12:19 16:1 18:11 28:12
**means** 13:3
**medical** 4:4 27:5 27:19
**medium** 18:18,23
**meeting** 27:22
**missing** 7:11,14 29:7
**mix** 18:25
**mosholder** 1:5,16 3:7 5:1,6 32:10
**multiple** 10:15

**n**

**name** 5:16,23 11:24 25:25
**named** 32:9
**names** 26:4,5

**narrative** 27:14
**nature** 30:1
**necessary** 30:3
**need** 7:6 15:16 16:7 17:11 18:2
**needed** 15:10,11 15:12,17 28:21
**needs** 5:14
**never** 18:6 27:18
**nicholas** 2:15 8:11
**nick** 5:16
**normal** 6:18
**north** 2:9 24:11,12
**northern** 1:2
**nose** 16:16 20:13
**notary** 30:10 32:6 33:14
**noticed** 17:8
**november** 1:18
**nresetar** 2:19
**number** 4:2 11:11 11:13
**nw** 2:8

**o**

**objection** 13:6
**obviously** 13:8
**occasions** 10:15
**occurred** 8:6
**october** 33:17
**offend** 5:21
**offended** 5:18
**office** 33:6
**oh** 7:14 8:4 12:19 19:12,13 26:19
**ohio** 1:2,22 2:9,17 32:2,7 33:7,15
**okay** 5:11,19,24 6:5,11 7:1,5,14,18 7:22 8:1,3,4,5,13 8:15,21 9:4,8,14 9:17 10:6,14,17

12:1,5,11 13:2,23 14:14,17 15:2,9 16:18,21 18:4,7,14 19:6,14,18,23 20:7 20:11,18 21:10,24 22:24 23:2,22 24:12,17 25:2,4 26:24 27:1,12 28:1,4,18,20 29:4 29:8,17,19 30:9
**old** 11:10 19:1
**once** 7:4 12:17 15:24
**open** 29:13,20
**opinion** 13:4,13,13 19:1
**opposite** 15:18
**orders** 30:10
**original** 31:14
**owner** 12:22 16:3 16:25,25 18:15 20:25 21:2 22:11 24:25

**p**

**p** 2:15
**p.m.** 1:19 30:14
**page** 28:6
**paint** 15:12,18,23 16:3,5 17:10,15,19 18:4,6 28:17
**pair** 21:14,19
**park** 15:15
**parked** 15:15
**parking** 15:7,8
**part** 6:18 9:4,7 28:5
**parties** 31:7
**party** 33:3
**pay** 18:1,2 19:12
**pelini** 2:4,10

**people** 5:20 7:3 16:5,11
**perfectly** 30:6
**person** 6:23 16:4 26:3
**personal** 13:10
**pertains** 13:3
**pet** 10:1
**pets** 9:20
**petted** 14:24
**petting** 19:7,19,21 20:4
**phone** 7:7
**physically** 12:25 18:21
**pick** 26:1
**picture** 9:25 16:1 25:15
**pit** 18:25
**place** 32:20
**plaintiff** 1:7
**plaintiffs** 2:3
**playfully** 12:19
**playing** 12:25
**please** 16:20
**point** 17:24
**possibility** 22:21
**post** 12:1
**potentially** 29:20
**prefer** 5:22
**presence** 32:15
**pressure** 16:23
**pretty** 15:11 25:20
**preview** 24:19
**prior** 8:17 10:7,11 10:15 12:12 13:20 14:15,18,23 18:13
**pro** 9:4,7
**probably** 7:2 11:2 12:16,17 16:4 27:18

**procedure** 5:3
**process** 5:13
**professionalism** 30:2
**program** 9:5,7
**provided** 5:2
**public** 32:6 33:14
**pull** 11:13
**pulled** 15:7,9 17:1
**puppy** 12:23 19:4
**purposes** 23:6 27:6
**pursuant** 29:21 31:3
**put** 20:11 23:13 27:9

**q**

**qualified** 13:9 32:8
**question** 7:20,23 8:23 9:9 10:19 13:9 14:20,23 15:4 21:10 23:24 24:1,17,18 25:3
**questioning** 29:21
**questions** 23:19 24:25 29:18

**r**

**ralaw.com** 2:19
**reach** 17:19
**read** 28:8
**reading** 31:7
**real** 15:2
**realize** 17:10
**really** 9:17 17:8 18:19 19:18
**reason** 7:7 21:12 21:22 26:6,10 28:25

**recall** 9:21,23
**recognizing** 6:20
**record** 4:4 27:5,9 29:9,10
**records** 27:19
**reduced** 32:14
**referenced** 24:7 32:13,18
**regarding** 31:2,13
**regards** 29:13
**regularly** 9:10
**relative** 33:2
**remember** 17:5 19:21 21:3,6 25:23 26:4
**remote** 22:22
**reported** 26:7
**reporter** 3:13 30:2
**reporter's** 3:10 32:1
**represent** 23:22 23:24 27:17
**requested** 31:1,12
**resetar** 2:15 3:8 5:7,16 7:11 13:12 23:9,13 26:17,21 26:24 27:8,12,24 29:2,5,9,11,17
**retained** 3:13
**return** 26:11
**review** 29:23,24 30:5 31:2
**right** 6:9 7:14 8:8 10:20,22 11:12 13:1 16:3,6 23:12 29:22 30:3,5
**roetzel** 1:20 2:14
**rpr** 1:25
**rug** 11:14
**rules** 5:3 6:4 31:3

**s**

**saw** 10:3,6 12:1 17:1 18:10 19:7 19:10,15 20:4 25:14
**saying** 6:7 7:3,21 14:19
**says** 9:24 10:1 28:5
**scared** 16:22
**screen** 23:19
**seal** 33:6
**second** 6:18 29:3
**see** 10:11,14 16:10 19:16 21:17,18,25 26:14 28:5 29:6
**seek** 13:7
**seen** 15:24 27:18 27:21
**sense** 7:16,17 16:2
**set** 12:4 33:6
**sheet** 27:13
**shop** 8:17,18
**shopping** 18:13
**short** 30:1
**shorts** 21:19
**show** 23:2,14
**showing** 14:9
**side** 15:16,16,18 15:25 17:12
**sign** 30:5
**signature** 31:5 33:13
**signing** 31:7
**silent** 8:4
**simple** 9:17 23:19
**single** 23:11
**sir** 29:15
**sitting** 6:15
**six** 8:22

**sized** 18:23
**skin** 21:17 26:8
**sliding** 9:22
**solely** 29:13
**somebody** 14:12
**sorry** 5:9 8:2 17:14
**sound** 8:7
**south** 1:21 2:16
**specified** 32:21
**speech** 6:2
**spotting** 18:24
**spray** 15:12,18,23 16:3,5 17:10,15,19 18:4,6 28:17
**ss** 32:3
**stacie** 30:13
**standing** 16:1,3
**start** 6:25 15:14
**started** 9:10
**state** 32:2,7 33:15
**states** 1:1
**stenotypy** 32:14
**sticker** 9:21,23 10:4
**stipulation** 29:22
**stop** 14:18
**store** 9:20 10:11 10:15 15:24 18:10 21:9,13 23:25 25:8 26:12,15
**street** 1:21 2:16
**stuck** 20:19
**stuff** 19:22
**suite** 1:21 2:8,16
**super** 16:10
**supplies** 9:3
**supposed** 5:10
**sure** 5:9,21 7:19 11:4 13:15 15:11 16:13,25 17:2

20:17 21:20 25:21
26:3,11 28:19
**sweatshirt** 18:19
  18:20
**swing** 12:4
**sworn** 5:4 32:10

**t**

**take** 7:7,7 17:13
  30:12
**taken** 1:20 12:6
  32:20
**talk** 7:9 25:21
**talked** 16:8 22:9
  23:9 25:23
**talking** 6:20,24,25
  6:25
**tassel** 24:13
**teeth** 12:22 14:9
  22:10 25:14
**tell** 7:8,16 13:2
  15:3 17:4 21:7,12
  26:2 28:8 29:25
**telling** 11:17
**term** 13:2
**testify** 32:11
**testimony** 29:24
  32:13,17
**thing** 6:10 7:6
  28:13
**things** 7:16 9:1
  11:7 17:18 22:9
**think** 7:13 9:9,12
  11:5 15:21 17:7
  19:2 20:16
**thought** 19:13
  22:6
**thoughts** 29:6
**time** 6:2 12:6 15:6
  15:7 20:19,19
  21:16 26:1 32:20

**times** 6:21 8:22
**tiresome** 6:3
**today** 8:5 29:18
  30:11
**told** 22:15 25:10
  28:18
**tonight** 12:16
**top** 16:15
**touch** 20:13
**touching** 20:15
**transcribed** 32:16
**transcript** 3:1
  29:23 30:6 31:3,8
  31:11,13
**transcription**
  32:17
**transcripts** 30:11
**tried** 16:15 25:21
**true** 32:16
**truth** 32:11,11,12
**try** 17:15,18 28:16
**trying** 11:6,10,13
  12:25 14:11 21:11
  22:11
**turned** 16:14
**two** 7:3 11:7,13
  16:5 17:5 18:16
**typical** 6:19

**u**

**uh** 6:12
**um** 6:8,12 20:23
  23:21 25:6
**uncommon** 10:11
**understand** 6:14
  7:20
**understood** 7:24
**united** 1:1
**unnecessarily**
  5:14
**unpredictable**
  14:2 22:16,17

**upper** 18:17
**use** 27:13

**v**

**verbatim** 10:1
**vicious** 13:3,5,14
  13:20 14:6,15
  22:10,13
**video** 4:3 18:8
  23:3,6,11,23 25:5
**view** 22:25
**voices** 25:25
**vs** 1:9

**w**

**waive** 30:5
**waived** 31:9
**waiving** 30:7
**walk** 17:17
**walked** 15:19,21
  19:6 20:9,10
  22:20
**walking** 16:6
**want** 5:21 7:9,19
  16:13,24 18:17
  23:2 27:13,23
  29:5 30:4
**wanted** 11:16
  12:10 17:24 26:10
**watch** 24:1
**way** 5:20 8:11
  13:4,18 16:6,11
**we've** 25:4 29:20
**wearing** 18:19
  21:14,19 24:9
**week** 8:22 12:17
**went** 15:22,25
  17:14,21,22 21:21
  25:9,12 28:16
**whereof** 33:5
**white** 18:24 24:13

**williams** 2:4
**witness** 13:8 28:4
  30:8 32:9,14,15,18
  33:5
**witness's** 31:2
**woman** 19:10
**wood** 9:1
**write** 7:3

**y**

**yeah** 11:15 12:3
  12:23,23 18:12
  19:5,20 20:3
  23:16 24:14 26:19
  26:21,22 28:12,24
  29:1,15
**year** 11:2 19:3
**years** 9:13,13 17:5
  18:16
**yellow** 12:18
**yep** 23:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FORINFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

**ROETZEL**
Practical Advice. Real Solutions.
That's the Roetzel way.

DEPOSITION
EXHIBIT
1
AE
Mosholder 1-25-19
PENGAD 800-631-6989

This exhibit contains digital media which can be accessed with the below link and password:

3790601

Password: o6gHf4Xw

https://veritext.egnyte.com/fl/ig4OiLTK29

 **Cleveland Clinic**

AKRON GENERAL MEDICAL Mosholder, Krystal
CENTER  MRN: 1134040, DOB: 8/28/1986, Sex: F
1 AKRON GENERAL AVE  Adm: 3/15/2018, D/C: 3/15/2018
AKRON OH 44307-2432

### ED Medication Administration (continued)

| Date/Time | Order | Dose | Route | Action | Action by | Comments |
|---|---|---|---|---|---|---|
| 1339 | 875 mg tab(s) (AUGMENTIN) | mg | | | Doolittle, RN | |

### Current Discharge Medication List
Medication list as of: 3/15/2018 1:54 PM

### ED Immunization Screening from 3/15/18 1116 to 3/15/18 14:16:00

| Date and Time | Last Tetanus? | Up to Date on Immunizations? | Pneumovax Vaccine? | Entered By |
|---|---|---|---|---|
| 03/15/18 1123 | More Than Five Years | -- | -- | CW |

### ED Provider Notes - ED Provider Notes

#### ED Provider Notes by Erica R (Pa) Domaleczny, PA at 3/15/2018 11:30 AM

| Author: Erica R (Pa) Domaleczny, PA | Service: Emergency Medicine | Author Type: Physician Assistant |
|---|---|---|
| Date of Service: 3/15/2018 | Filed: 3/15/2018 2:21 PM | Status: Signed |
| Editor: Erica R (Pa) Domaleczny, PA (Physician Assistant) | | |

### ED Provider Note

**Patient Name:** Krystal Mosholder
**MRN:** 1134040
**SERVICE DATE:** 3/15/18

**History:**

Patient presents with:
Dog Bite: pt sts was at lowes today, got bit by unknown dog, R hip, pt sts was bleeding, swollen.

**HPI Comments:** 31-year-old female with past medical history of meningitis and breast augmentation presents to the emergency Department with complaints of dog bite to the right hip that occurred around 10 AM this morning while at Lowe's. She was petting a puppy pitbull mix. As she turned to walk away she states the dog growled at her and bit at her hip. She states she does not believe that the owner even noticed. She did not stop the owner to speak with the owner after this incident. She states she noticed that there was some blood to the wound when she got home. She initially did not think he broke skin. She denies fevers/chills and significant bleeding. She expresses that she would like to receive the rabies vaccine series due to the fact that she has no way of monitoring this dog and is unaware of its vaccination status.

History provided by: **Patient and medical records**
Language interpreter used: **No**

PAST MEDICAL HISTORY
Diagnosis                                                                 Date
• H/O breast augmentation
  *bilateral submuscular*

Printed on 11/20/19 10:45 AM                                                   Page 3

