1      IN THE UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF OHIO

3            EASTERN DIVISION

4

5   KRYSTAL MOSHOLDER, et al., ) CASE NO. 5:18cv1325
                               )
6           Plaintiffs,        ) JUDGE SARA LIOI
                               )
7   versus                     )
                               ) **DEPOSITION OF**
8   LOWE'S COMPANIES, INC.,    )
    et al.,                    ) **CAMERON CHILDERS**
9                              )
            Defendants.        )
10

11                 - - - - - - -

12

13       Deposition of **CAMERON CHILDERS**, a Witness herein,

14   called by the Plaintiffs for Cross-Examination pursuant

15   to the Ohio Rules of Civil Procedure, taken before me,

16   the undersigned, Anika W. Patrick, a Registered Merit

17   Reporter, Certified Realtime Reporter and Notary Public

18   in and for the State of Ohio, at the offices of Roetzel

19   & Andress, 222 South Main Street, Suite 400, Akron,

20   Ohio, on Friday, December 27, 2019, at 9:04 p.m.

21

22

23

24              **Premier Court Reporting**
         **Canton 330.492.4221    Akron 330.928.1418**
25              **www.premierreporters.com**

APPEARANCES:

On Behalf of the Plaintiffs:

Craig M. Eoff, Esq.
Pelini, Campbell & Williams, LLC
Bretton Commons, Suite 400
8040 Cleveland Avenue N.W.
North Canton, Ohio 44720
330.305.6400
ceoff@pelini-law.com

On Behalf of the Defendants:

Nicholas P. Resetar, Esq.
Roetzel & Andress
222 South Main Street
Akron, Ohio 44308
330376.2700
nresetar@ralaw.com

- - - - - - -

I N D E X

EXAMINATION BY                                          PAGE

Mr. Eoff                                                4

PLAINTIFF'S EXHIBITS MARKED

None

DEFENDANT'S EXHIBITS MARKED

None

- - - - - -

WHEREUPON,

                    RAYMOND PETRO,

          after being first duly sworn, as hereinafter

          certified, testified as follows:

                    CROSS-EXAMINATION

BY MR. EOFF:

Q.   Okay.  So, Cameron, so my name is Craig Eoff.  I'm

     an attorney for Krystal and Danny Mosholder.  You

     and I just met before the deposition started, I

     think for the first time.  I don't know that I've

     ever met you before.  The first thing I'd like you

     to do, if you don't mind is, to state your full

     name and spell your last name for the record.

A.   Cameron Childers, C-h-i-l-d-e-r-s.

Q.   And, Cameron, what is your current address?

A.   2508 Nedra, Akron, Ohio.

Q.   And how long have you lived there?

A.   Eleven years.

Q.   Okay.  So have you ever given a deposition before?

A.   No.

Q.   All right.  Fair enough.  So let me go over a

     little bit of how this works and what's going to

     happen.  It functions much the way it has so far.

     I'm going to ask you questions and you're going to

     answer them under oath.  As you can see, the court

```
 1         reporter over here is taking down everything that
 2         you and I are saying.  Okay.  So in order for her
 3         to do that, there's a few rules that you and I
 4         need to live by so that this functions properly.
 5         The first is that, and I'm bad at this, I admit
 6         it, you have to let me finish asking my question
 7         before you try to answer, and I'm going to try not
 8         to say anything further until you're done
 9         answering, because if you and I are talking over
10         each other, it's hard for her to get both
11         of -- down what both of us are saying.
12  A.     (Witness nodding head up and down.)
13  Q.     The other thing is, is that, and you just did that
14         with that nod.  Your responses today need to be
15         verbal.
16  A.     Verbal, okay.
17  Q.     Okay.  Because she can't take down nods of the
18         head, gestures.
19  A.     Correct.
20  Q.     Okay.  If you need to take a break for any reason,
21         you need to use the restroom, whatever the case
22         may be, just let me know.  This is not an
23         inquisition.  I'm not trying to make you
24         uncomfortable.  The only thing I'm going to ask is
25         that if I have a question pending, that you answer
```

1      the question before we take a break.

2  A.   Okay.

3  Q.   Does that make sense?

4  A.   Yes, sir.

5  Q.   Okay.  This is probably the most important in a

6       lot of ways, if you answer my question, I am going

7       to assume and the record is going to assume that

8       you understood my question.  If I ask a question

9       that you don't completely understand or I ask a

10      bad question in some way, ask me to rephrase it or

11      explain it a little bit better and I will, because

12      as I said, if you answer the question, we're going

13      to assume that you understood my question and that

14      your answer makes sense to the question I asked.

15 A.   Okay.

16 Q.   Okay.  All right.  So let's get into -- so are you

17      currently employed, Cameron?

18 A.   Yes.

19 Q.   Who do you work for?

20 A.   Lowe's Home Improvement.

21 Q.   And how long have you been with Lowe's?

22 A.   Eighteen years.

23 Q.   What is your current position?

24 A.   Store manager.

25 Q.   All right.  So when you say "store manager," you

1        are running a specific store for Lowe's, correct?

2  A.  Correct.

3  Q.  And that specific store is what store?

4  A.  The Brimfield, Kent location.

5  Q.  And that's the location at 218 Nicholas Way, Kent,

6        Ohio?

7  A.  Yes.

8  Q.  Okay.  How long have you worked at that particular

9        store?

10  A.  Going on four years.

11  Q.  All right.  Prior to being a store manager, what

12        was your position with Lowe's?

13  A.  Operations manager.

14  Q.  And were you the operations manager at the Kent

15        location that we just spoke about?

16  A.  No, sir.

17  Q.  All right.  What location did you work at then?

18  A.  Wadsworth, Ohio.

19  Q.  And how long were you at Wadsworth?

20  A.  Three years.

21  Q.  Generically I've referred to, and we've referred

22        to throughout this case, this Kent, Ohio, as the

23        Brimfield store.

24  A.  Yes.

25  Q.  So if I use the term "Brimfield store," I'm

1  talking about your store at 218 Nicholas Way.

2  A.  Correct.

3  Q.  Okay.  Prior to working at the Wadsworth location,

4  where did you work?

5  A.  Fairlawn location.

6  Q.  And you did what for the Fairlawn location?

7  A.  I was assistant manager for three different

8  segments of the store.  They call them zones, zone

9  1, 2, and 3.

10  Q.  Okay.  So in your duties today as a store manager,

11  talk to me a little bit about what your day looks

12  like.

13  A.  I guess it's -- it could run the gamut.  It's

14  customer relations, employee relations,

15  merchandising, operations.  It's everything, I

16  guess you can say, under the sun.  It comes at you

17  in different ways.  It comes at you -- it's hard

18  to put it in words, but you walk into the store

19  and everybody needs you, it seems like.

20  Q.  Yeah, absolutely.  I think I understand that.  So

21  you obviously, you have responsibility to manage

22  employees?

23  A.  Correct.

24  Q.  You're obviously dealing with customers, good and

25  bad?

1    A.    Correct.

2    Q.    If there's complaints, you're the guy dealing with

3          that?

4    A.    Correct.

5    Q.    Okay.  I'm assuming that you have reporting

6          requirements and things that you have to do for

7          Lowe's corporate?

8    A.    Correct.

9    Q.    Okay.  In terms of safety protocols, keeping the

10         store safe, for instance, from, you know, debris,

11         spills, things that might potentially cause injury

12         to a customer or an employee, what are your

13         responsibilities in that regard?

14   A.    Well, the entire store is responsible for that.

15         We have something called our daily safety hazmat

16         review, or DSHR, where we walk the floor looking

17         for any kind of issues that could be detrimental

18         to customers, and we address them.  And it's

19         digital now.  It used to be written, but now it's

20         digital.

21               So each department has a, I guess

22         a -- they come in, they walk through their

23         department.  If there's a spill, it's addressed.

24         Notated and addressed.  If there's a -- something

25         that looks dangerous and top stock, it's notated

1   and addressed and we follow up to make sure that

2   everything's addressed.

3 Q. So when you talk about this being digital, I'm a

4   Lowe's employee, let's say -- hold on a minute. I

5   apologize.

6       Okay. So we were talking about I'm a

7   Lowe's employee. I work in paint, for instance,

8   and I see some condition that I think might be

9   potentially hazardous. I enter that into some

10  type of -- I put that in some type of computer

11  system?

12 A. Correct.

13 Q. Okay. What happens to it at that point?

14 A. You address the issue.

15 Q. So I log the fact that I saw it?

16 A. Correct.

17 Q. And then I'm supposed to take action?

18 A. Yeah.

19 Q. Okay.

20 A. You could even take action before you log it. You

21  can say you see something that's a slip hazard,

22  you can address the slip hazard, then you can put

23  it in the computer, walked into aisle 2, that's

24  where our paint department is, there was a slip

25  hazard, I addressed it and this was the cause and

1      whatnot.

2  Q.   Okay.  So would you then see that at a later time?

3  A.   Correct.

4  Q.   Okay.  And you review those types of reports on a

5      regular basis?

6  A.   Correct.

7  Q.   All right.  In the event that someone were in your

8      store and was bitten by an animal that's in the

9      store, would that get into that same system?

10 A.   I think it would go a different route.  I think it

11     would go to our -- how can I put this?  Cedric is

12     our liability -- we would put a report in, a

13     report that something like that had happened.

14 Q.   Cedric is -- Cedric who?

15 A.   Insurance.  It's who we report our insurance

16     claims to.

17          MR. RESETAR:  Sedgwick.

18 Q.   Okay.  Sedgwick.  I do know who Sedgwick is.

19     Okay.  So I'm that same employee in paint and I

20     witness a dog bite a customer.  I'm clearly going

21     to try to address that, make sure the customer is

22     okay?

23 A.   Correct.

24 Q.   That's my first step?

25 A.   You would get a manager involved right away.

1   Q.   Okay.

2   A.   A senior member of leadership would come and help

3        right away.

4   Q.   Okay.  And what should I expect that manager to do

5        at that point in time?

6   A.   To document the situation.

7   Q.   So it's going to go into that computer system, but

8        this time it's being reported to Sedgwick as

9        opposed to --

10  A.   Correct.

11  Q.   Do you see those reports?

12  A.   Yes.  I guess I look at it from a different way.

13       I see all our incidents in the store, so --

14  Q.   Okay.

15  A.   We get a rundown each week of our previous week's

16       incidents, and I usually go through them just

17       looking for things that we could have done better

18       or differently.

19  Q.   Okay.  So just so that I understand, if somebody

20       drops, you know, if an employee drops a piece of

21       lumber on their foot and injures themselves?

22  A.   Correct.

23  Q.   Or a dog bites a customer?

24  A.   Correct.

25  Q.   That would get reported into the same system?

1   A.   Well, it's a different system, but immediately it

2       would get reported to a senior member of

3       management.  And then we have a little form that

4       we would take and we would start filling out just

5       so we can have the necessary information when

6       we're putting it in the computer.

7   Q.   So it's a different system.  Is that because -- is

8       it because the example I gave was the person with

9       the lumber was an employee?

10  A.   Yes.  And it's a different system because the DSHR

11      is an everyday thing.  It's a detail safety

12      review.  So what you're talking about is something

13      that would probably happen outside of the daily

14      safety review.

15  Q.   Okay.

16  A.   But it is reported, I guess you could say, the

17      same way, but in a different format to a different

18      person.

19  Q.   So are incidents involving a customer versus an

20      incident involving an employee reported in a

21      different path?

22  A.   Same way.

23  Q.   Okay.

24  A.   Different paperwork, same way.

25  Q.   Okay.  Fair enough.  Because obviously one could

1       lead to a workers' compensation claim?

2 A.   Correct.

3 Q.   And the other one doesn't. Okay. That makes

4       sense to me. So let's go to March 15th, 2018.

5       Obviously the basis of this lawsuit is my client,

6       Krystal Mosholder, being in your store on March

7       15th, 2018 and we'll just say meeting a dog in the

8       store that day. Are you familiar with that

9       incident?

10 A.   Yes.

11 Q.   Okay. How are you familiar with that incident?

12 A.   The, I guess, current litigation, the reported

13       incident.

14 Q.   Okay. So when you say "the reported incident,"

15       tell me in your words what was reported.

16 A.   Well, obviously I meet with Chad once a week, me

17       and my operations manager at the time, and we go

18       over things. And he explained to me that there

19       was an alleged incident of a dog biting a

20       customer. Then we go over, you know, did you look

21       at the camera? Did you do this? Did you do that?

22       And then did you get Ray involved? Because Ray is

23       our, like our error, loss prevention individual

24       and then where we are at from that.

25 Q.   Okay. So when you talked to Chad, Chad's last

1    name, is it Fiegly?

2 A. Fiegly.

3 Q. Fiegly.  F-i-e-g-l-y; is that correct?

4 A. Yeah, I believe so.

5 Q. Okay.

6 A. I hope so.

7 Q. So when you first learned of the dog bite incident

8    involving Ms. Mosholder, it was from Chad?

9 A. Yeah, and it was after the fact.  I mean, I don't

10    even know -- if that happened on the 14th or 15th,

11    I mean, this was like a week, maybe, or so later,

12    so --

13 Q. Okay.  So you weren't made immediately aware of

14    the fact that there had been a dog bite situation?

15 A. No.

16 Q. Okay.  And the way you were made aware is in -- is

17    it fair for me to characterize it as a normal,

18    standard meeting that you would have weekly with

19    Chad?

20 A. Yes.  Or it could -- actually, let me rephrase

21    that.  Yeah, I have normal structured meetings

22    with him, but I pretty much meet with my senior

23    team at least once a day throughout the day and we

24    go over what's going on for the day, what we're

25    planning for the next week.  And throughout the

1   course of one of those meetings, he said, hey, we

2   just got a call or whatever about this incident.

3 Q. So talk to me about what he told you.  He said

4   that they got a call?

5 A. Yeah.

6 Q. Did he tell you from who?

7 A. No.  Not at the time, no.

8 Q. Did he tell you what was said in this call?

9 A. That there was an alleged dog -- a dog had

10   allegedly bit a customer.

11 Q. Did he give you any additional details about the

12   incident?

13 A. Spoke to Ray and then I think, I don't know if it

14   was at that time, but subsequently he stated that

15   Stacy, who had worked in our pro services at the

16   time --

17 Q. Stacy Williams?

18 A. Yes, was there, so of course I went down to talk

19   to Stacy.

20 Q. Okay.  So when you talked to Stacy, what did Stacy

21   tell you?

22 A. She stated that there was no dog bite.

23 Q. Okay.  Is that all she said?

24 A. She said the customer came in and went to pet the

25   dog, it happens a lot, you know, and that the dog

1    kind of reared back, but did not -- she didn't

2    state the dog bit the customer at all.

3  Q.  Okay.  Did she specifically say that the dog

4    didn't bite the customer or did she say she didn't

5    see the dog bite the customer?

6  A.  That's a -- I believe she said she didn't see the

7    dog bite the customer.

8  Q.  Okay.  Fair enough.  Your conversation with Stacy

9    about this incident took how long?

10 A.  A couple minutes.

11 Q.  Okay.

12 A.  Not long.

13 Q.  Okay.  Was anyone else involved in that

14    conversation?

15 A.  I want to say Chad was with me, but he wasn't with

16    me because it was down at the pro desk.  I think

17    he was talking to somebody else.

18 Q.  Sure.

19 A.  Then after that I went and called Ray.

20 Q.  Okay.  What did you and Ray discuss at that point

21    in time?

22 A.  Ray was going to pretty much investigate the

23    incident, check the cameras, see if we can see

24    anything and go from there.

25 Q.  Okay.  Did he ever report back to you on what he

1      found on the cameras?

2  A.  Yes.

3  Q.  Okay.  What did he tell you?

4  A.  He didn't see anything that would relate to that

5      incident, I guess you could say.

6  Q.  Okay.  Did anybody indicate to you that

7      this -- the incident, the dog bite that we're

8      talking about from March 15th, 2018, took place in

9      the spray paint aisle?

10 A.  Yes.

11 Q.  Okay.  And are you aware -- Ray, I'll let

12     you -- I'll tell you, Ray testified that the spray

13     paint aisle in your -- in the Brimfield location

14     is not covered by a security camera.

15 A.  No.

16 Q.  So you're aware of that fact?

17 A.  Correct.

18 Q.  Okay.  So it wouldn't be surprising, obviously, to

19     you that when Ray looked at the video footage from

20     the store that day, he's not going to find this

21     dog bite incident because if it happened in the

22     spray paint aisle, there's no camera there, right?

23 A.  Correct.  But I also think he looked at the exit

24     and entrance.

25 Q.  He did.  He did.

1    A.    Yeah.

2    Q.    I've seen the video.  In fact, he gave me -- you

3          guys have produced the video clips of both my

4          client from the time she gets to the store and

5          walked around the store and leaves and the same

6          with the gentleman with the dog.  What we don't

7          have, obviously, is video of the spray paint aisle

8          where this is alleged to have happened.  And I'm

9          just trying to confirm with you that you would

10         believe that to be accurate, that there would be

11         no video of that spray paint aisle?

12   A.    Correct.

13   Q.    Okay.  You were not present at the store that day,

14         to your recollection?  You don't -- you weren't

15         there when this happened?

16   A.    Correct.

17   Q.    Okay.

18   A.    I think I was there that day, but I think it

19         happened after I left.

20   Q.    It's fair to say you did not witness the event?

21   A.    No.

22   Q.    At all, correct?

23   A.    No.

24   Q.    Have you talked to anyone else that's a Lowe's

25         employee or a customer, anyone that was in the

1     store that day, other than Stacy Williams, who

2     claims to have seen this at all?

3  A. No.

4  Q. No?

5  A. Not to my knowledge, no.

6  Q. Okay.  You've not heard anyone else discuss it in

7     a way that made you believe that they may have

8     actually been a witness to the dog bite?

9  A. No.

10 Q. Okay.  To the best of your knowledge, you think

11    that Stacy Williams and the guy who owned the dog

12    were probably -- are the only two other people

13    that were in the vicinity of the incident other

14    than Krystal Mosholder?

15 A. To my knowledge.

16 Q. Okay.  Has anyone else contacted you or members of

17    your store, your employees, saying that they had

18    additional information about this dog bite

19    incident of March 15th, 2018?

20 A. No, sir, not to my knowledge.

21 Q. Okay.  So you said, I believe, that you've been

22    the store manager for the Brimfield location for

23    four years?

24 A. Going on four years.

25 Q. Going on four years.  In that time can you -- I'm

1       assuming -- I'm going back now to what you were

2       saying about these incident reports that you would

3       see.  I mean, if there were dog bites taking place

4       in the Brimfield location over the last four

5       years, fair or unfair, you would know about it?

6  A.   I would know about it.

7  Q.   Okay.  Outside of this incident on March 15th,

8       2018 with Krystal Mosholder, are you aware of any

9       other dog bite scenarios in the Brimfield

10      location?

11  A.   No, sir.

12  Q.   Okay.  What about other interactions with animals

13      that created an incident report?

14  A.   No, sir.

15  Q.   Okay.

16  A.   No.

17  Q.   Are you familiar with Lowe's pet policy?

18  A.   Yes.

19  Q.   So describe in your words Lowe's pet policy to me.

20  A.   You can -- we're pet-friendly.  You can bring your

21      pets in.  They have to be on a leash and you would

22      assume any liability from the pet.  In a nutshell.

23      It's like a three-page policy, I believe.

24  Q.   Okay.  Do you provide any training to your

25      employees on the pet policy?

1  A.  Yep.

2  Q.  Okay.  Describe that to me.  How does that work?

3  A.  I'm not sure if it comes up in their annual

4      training, but I'm pretty sure that there are

5      policy reviews that come up and you just click on

6      them and read them.  And I know that, you know, if

7      there was an incident in the store, the number one

8      thing that we would want them to do is get a

9      senior member of management involved right away.

10 Q.  In order for me to bring my dog into your store,

11     does it have to be some type of an assistance

12     animal or can I just come in with my dog?

13 A.  You can come in with your dog if it's on a leash

14     and it's a friendly pet, yeah.

15 Q.  So who makes the determination of whether or not

16     that dog is friendly?

17 A.  I guess it would be based off of the incident or

18     the actions of the dog.

19 Q.  Okay.  Do you know whether or not the dog that is

20     at issue in this particular incident had been in

21     your store prior to March 15th, 2018?

22 A.  Yes, according to Stacy.

23 Q.  According to Stacy?

24 A.  Correct.

25 Q.  Would Stacy Williams be the only source of your

1        information about whether or not that dog's been

2        in the store before or not?

3  A.  That's -- yeah, that's the only person I ever

4        spoke to about that.

5  Q.  Okay.  Because I've talked to Stacy and I know

6        what she had to say about that.  You've not talked

7        to anybody else that was able to tell you that

8        they've seen the dog in the store before March

9        15th, 2018?

10  A.  No, not to my knowledge.

11  Q.  What about since?

12  A.  Honestly, to be honest with you, I couldn't pick

13        the dog out myself.

14  Q.  Sure.

15  A.  So there's -- probably.  I mean, we have dogs that

16        have been in there, like, frequently, but, I mean,

17        I couldn't -- I couldn't tell you, to be honest.

18  Q.  Do you think there's anybody at Lowe's that would

19        recognize this guy and this dog if he came in the

20        store today?

21  A.  I would say yes, but, I mean, I know Stacy would

22        just because that's the only person that I know

23        who's dealt with the dog.

24  Q.  Of course Stacy doesn't work there anymore.

25  A.  Yeah.

1    Q.   So -- okay.  You think there would be anybody

2         else?

3    A.   The only other persons or individuals that I would

4         probably go to first, say I were looking, would be

5         the pro desk, where she worked at, because, I

6         mean, that's her team members.  So maybe them,

7         but --

8    Q.   Okay.

9    A.   But like I said, I couldn't pick the dog out.

10   Q.   I gotcha.  Okay.  And I don't remember, in this

11        case, if I asked Ray this or not, do you know

12        whether or not Ray or anyone else that was

13        involved in investigating the incident asked any

14        of those other employees if they knew the dog and

15        the dog owner?

16   A.   I'm not sure, but I'm pretty -- I would think that

17        Ray would have.

18   Q.   Okay.  You don't recall anybody telling you

19        specifically that they did that?

20   A.   No.

21   Q.   Okay.  All right.  So from a corporate level down

22        to you, I'm sure obviously you have various

23        communications with corporate folks all the time?

24   A.   Correct.

25   Q.   I'm assuming that the pet policy comes down from

1       somebody above you?

2  A.   Correct.

3  Q.   Okay.  Have you had any conversations throughout

4       your time as the store manager at the Brimfield

5       location about the pet policy with folks that are

6       in the management above you?

7  A.   With my boss, yes.

8  Q.   And who is your boss?

9  A.   Brett Bailey.

10  Q.   And his title is what?

11  A.   District manager.

12  Q.   So he's a district manager.  He oversees how many

13       stores?

14  A.   Fourteen.

15  Q.   Are they all in Ohio, to your knowledge?

16  A.   Yes.

17  Q.   So you said you've talked to Mr. Bailey about the

18       pet policy in the past?

19  A.   Yeah, and it's in regards to this incident, so --

20  Q.   In regard to this incident?

21  A.   Correct.

22  Q.   Okay.  What was that conversation?

23  A.   I was just asking him what did he think about the

24       policy.  I mean, this is when this first,

25       initially came out.  I didn't know -- you know,

1        this is before I probably even talked with Stacy.

2        I believe I called him and said, "Hey, just giving

3        you a heads-up," and then I just asked him what he

4        thought about this and he said, "Well, the policy

5        is the policy." So I went and looked at the

6        policy again and read it and went from there.

7  Q.  And is the policy, we have a picture -- I guess I

8        could mark it and show it to you, but it's not

9        very legible. But is the policy, this pet policy,

10       posted on the door in the store?

11  A.  Yes.

12  Q.  And as far as you know, it was posted on the door

13       of the store on the day, March 15th, 2018?

14  A.  Yes.

15  Q.  Do you have any reason to believe it wasn't?

16  A.  No.

17  Q.  Now, you mentioned that the policy itself was like

18       a three-page policy?

19  A.  Correct.

20  Q.  Is all three pages of that consent shown on the

21       door of the store?

22  A.  No. Just probably just the summary, we are pet

23       friendly and for, you know, friendly pets and

24       leashed, whatnot, so --

25  Q.  So it covers the fact that the pet needs to be

1   friendly?

2 A. Yes.

3 Q. It covers the fact that it needs to be leashed?

4 A. I'm pretty sure.  I know it says friendly.

5 Q. Okay.  All right.  So when you were talking to

6   Mr. Bailey about the policy --

7 A. I was pretty much talking to him about the

8   incident and then that's when, you know, he

9   mentioned the policy.  So I re -- I mean, I don't

10   have the policy on me at all times, but I went and

11   grabbed the policy just to review it again.

12 Q. How long had it been since you had looked at that

13   policy prior to that day?

14 A. It's been a while.  Since it first came out, we

15   had not had an incident, so there was no need for

16   me to do that.

17 Q. If you had to guess, how long has the pet policy

18   existed?

19 A. Wow.  I'd say at least three years.

20 Q. Do you remember anything about when they rolled

21   that out, why they were doing it?

22 A. For service animals, I believe, and we are

23   pet-friendly.  Most people, when they come to

24   our -- come to Lowe's and whatnot, they'll leave

25   their dogs in the car and there's an issue there,

1             stuff like that. So, I mean, I assumed that

2             that's mostly for service animals and whatnot.

3  Q.   Okay. Have you encountered or come across

4             information about incidents of dog bites in other

5             Lowe's locations?

6  A.   No, sir.

7  Q.   Okay. Have you ever had any conversations with

8             any of the, you know, corporate folks or

9             management above you where they've discussed the

10            pet policy with you for additional training

11            purposes?

12  A.   No, not to my knowledge.

13  Q.   Okay. Have you ever been involved in any

14            conversations about the policy itself and whether

15            or not it should or shouldn't exist?

16  A.   Not formally, I guess you can say. Just, you

17            know, with my team, asking questions, I mean. And

18            their main issue was cleanup for if there's a dog

19            accident in the store, which is the issues

20            that -- the issues that we have, so --

21  Q.   Okay. Fair enough. So is this around the time

22            that the pet policy was rolled out for the first

23            time?

24  A.   Yes.

25  Q.   And so you did have some policy discussions, if

1        you will?

2   A.   Yeah.

3   Q.   But they were more along the lines of --

4   A.   Who cleans up.

5   Q.   -- Cameron, who is going to clean this up if this

6        dog takes a dump in the middle of the store?

7   A.   Correct.

8   Q.   I understand that.  I think if I was an employee

9        of Lowe's on the floor, I would want to know the

10       answer to that, too.  Did anybody talk about -- I

11       mean, can you recall any of those conversations

12       discussing, you know, a dog biting somebody?

13  A.   No.  We have a pretty -- a pretty good

14       pet-friendly store.  I think the cleanup issue was

15       the biggest issue.

16  Q.   Okay.

17  A.   It has been the biggest issue.

18  Q.   I understand.  So did you bring that issue up to

19       Mr. Bailey?

20  A.   No.

21  Q.   Or any other corporate, you know, folks?

22  A.   No.  I mean, we -- we provide a clean, neat, safe

23       store, so we would address the issue, so --

24  Q.   Okay.  Have you ever been provided information or

25       training that you were told was a result of an

1      incident taking place in another store?

2  A.  Overall?

3  Q.  Let me back that up. That is a bad question. I'm

4      asking that question in the context of dog bites.

5  A.  No.

6  Q.  No?

7  A.  No.

8  Q.  Okay. Because I envision a scenario where

9      somebody does something with a forklift, for

10     instance, and an accident happens and that might

11     happen at a store in, you know, Toledo or

12     Oklahoma?

13  A.  And that would result in some training.

14  Q.  And that might result in some training across the

15     country?

16  A.  Correct. Yes.

17  Q.  So you have seen that happen?

18  A.  Yes.

19  Q.  You have not seen anything similar to that take

20     place as a result of a dog bite?

21  A.  No.

22  Q.  Okay. Do you have any knowledge about dog bites

23     that have taken place in other store locations at

24     all?

25  A.  No.

1   Q.   Have you ever seen any news reports about dog

2        bites that have taken place in other locations?

3   A.   No.

4   Q.   Even in other states?

5   A.   No.  I would personally assume it might have

6        happened, I mean, but I haven't seen anything.

7   Q.   Sure.  And again, I'm not trying to get into, with

8        you, necessarily the facts of this happened or

9        that happened.  I'm asking whether or not you've

10       ever heard of it or seen it.

11   A.   No.

12   Q.   Okay.

13   A.   Again, most of the things that I talk to my peers

14       about result around cleanup.

15   Q.   Sure.  Sure.  Do you know or have you ever

16       personally met Krystal Mosholder, to your

17       knowledge?

18   A.   Maybe.  I have -- I assume I know who she is

19       because she's in the store a lot and because of

20       their business, but I've not formally met her, no.

21   Q.   So you don't recall or you've never spoken to her?

22   A.   If it's who I think it is, and I'm pretty sure it

23       is, I've said hello and she's said hello.

24   Q.   You've never had any substantive conversations

25       with her?

```
1    A.   No, sir.

2    Q.   What about Danny Mosholder?

3    A.   I know from when I purchased my home a long time

4         ago, but --

5    Q.   Okay.  Was he the Realtor on your home purchase?

6    A.   I believe he was connected, but I don't think he

7         was the Realtor.

8    Q.   Okay.  Did you meet him during that process?

9    A.   I think I met him 11 years ago, 10 years ago.

10   Q.   Okay.  Fair enough.  But you haven't talked to him

11        since then?

12   A.   No, sir.

13   Q.   And you guys certainly aren't going to Browns

14        games together or anything like that?

15   A.   No.

16   Q.   Okay.  You don't know the identify of the

17        gentleman that had that dog in the store that day,

18        do you?

19   A.   No, I do not.

20   Q.   Do you know anybody who might?

21   A.   Just Stacy, maybe, but I know Ray was trying to

22        find out and I couldn't tell you.

23   Q.   I know that Ray was looking at point-of-sale

24        information because we saw on the video that the

25        gentleman swiped a card.
```

1    A.    Correct.

2    Q.    And I think there's some belief that potentially

3          he may have used a gift card or something that we

4          can't track back, but other than looking at that

5          video and looking at that point-of-sale

6          information and what Stacy Williams may or may not

7          know, can you think of any way that I might be

8          able to identify who the name of that dog owner

9          is?

10   A.    No.  I mean, if I knew what the dog looked like, I

11         mean, because we have dogs in the store all the

12         time, so -- but not to my knowledge, no.

13   Q.    Okay.

14   A.    Especially if he used a gift card, because a gift

15         card wouldn't have a name attached to it.

16   Q.    Yeah, and I don't know that that's actually the

17         case.  I know that's one of the things we talked

18         about as a possibility.  I do believe that Ray

19         attempted to find that information for me and

20         wasn't able to come up with a name.  So, you know,

21         I was just looking for another angle.  I'd like to

22         identify who this guy is.

23               So in any event -- okay.  I think

24         inherent in your answers to some of my previous

25         questions you've somewhat answered this, but I

1      want to just make sure I'm clear.  You had not had

2      any, in the time that you were the store manager

3      at Brimfield, you'd not had any other dog bite

4      incidents prior to March 15th, 2018?

5   A.  No.

6   Q.  And you've not had any since?

7   A.  No.

8           MR. EOFF:  Okay.  Let's go off the record

9        for a second.

10          (Discussion off the record.)

11          MR. EOFF:  Let's go back on the record.

12  BY MR. EOFF:

13  Q.  So, Cameron, let me ask you, if I wanted to talk

14      to somebody at your store about incident reports,

15      is there anybody I could ask those questions of

16      that would have more knowledge than you?

17  A.  No, but I would assume that my SMs have the same

18      knowledge as me.

19  Q.  Okay.  But no one's knowledge is going to be

20      superior to yours, right?

21  A.  No.  They would have the exact same -- they

22      should -- well, because when I'm not there, they

23      assume my role, so --

24  Q.  Sure.

25  A.  -- they should and so should my department

1      managers as well.

2   Q.  If I wanted to talk to somebody about the security

3      cameras, the setup of the security cameras and

4      that type of thing, can I find somebody better to

5      talk to than Ray Petro?

6   A.  In our store, probably not.

7   Q.  Okay.  Mr. Petro also, I know, looked into the

8      point-of-sale information.

9   A.  Correct.

10  Q.  Is there anybody that would be more knowledgeable

11     on that issue than Mr. Petro?

12  A.  I'm pretty sure he used him to help him, but Chad

13     would have provided him assistance.

14  Q.  The same Chad that we were talking about earlier?

15  A.  Correct.  Correct.

16  Q.  Who would you feel is in your store, the Brimfield

17     location, who in your store would you believe to

18     be most responsible for the implementation and

19     maintenance of the pet policy?

20  A.  Myself and my leadership team.

21  Q.  Okay.  So in terms of training of employees and

22     the results, maybe incidents related to the policy

23     and things of that nature between you and

24     Mr. Petro, I've talked to both of you now, is

25     there someone else that would have knowledge that

1      exceeds or, you know, would have -- they would

2      know something that you or Ray wouldn't know?

3   A.  No.

4   Q.  Okay.

5   A.  Not to my knowledge.

6   Q.  Okay.  Is there anybody in a corporate structure

7      above store manager, whether it's Mr. Bailey or

8      somebody above him, that you know for a fact has

9      incidents related to the pet policy directed to

10     them for review?

11  A.  Not to my knowledge.

12  Q.  Okay.

13  A.  I only know my store.

14  Q.  Sure.  Was this dog bite incident of March 15th,

15     2018 involving Krystal Mosholder reported to a

16     corporate level?

17  A.  Once it was reported to us, yes.  But at the

18     initial time of the incident, alleged incident,

19     there was no report given.  Which is, you know,

20     the way things happen, if there's an incident, a

21     manager will get involved, take down the

22     information.  That's where we would have got the

23     name of the dog owner.

24  Q.  Sure.

25  A.  And that's where we would have had everything

| | | |
|---|---|---|
| 1 | | implemented. |
| 2 | Q. | Well, eventually, Mr. Mosholder called the store? |
| 3 | A. | Correct. |
| 4 | Q. | And a report was made that this incident had taken |
| 5 | | place? |
| 6 | A. | Correct. |
| 7 | Q. | That gets reported and it moves up to a corporate |
| 8 | | level? |
| 9 | A. | Correct. |
| 10 | Q. | How?  What happens? |
| 11 | A. | It goes into our insurance and I'm sure after that |
| 12 | | it goes to -- |
| 13 | Q. | So this is back to the Sedgwick? |
| 14 | A. | Correct. |
| 15 | Q. | Okay.  So it goes to Sedgwick.  You don't know |
| 16 | | what happens after it gets reported to Sedgwick? |
| 17 | A. | I'm pretty sure they get legal involved and that's |
| 18 | | where everything starts to shake out.  And what we |
| 19 | | did is also we got Ray involved to start |
| 20 | | collecting any kind of evidence or whatnot that we |
| 21 | | would have. |
| 22 | Q. | Do you know a gentleman named Joe Littaker? |
| 23 | A. | No. |
| 24 | Q. | Did you do anything to prepare for your deposition |
| 25 | | today other than speak with counsel?  I don't want |

```
 1        to know anything about that.
 2   A.   No.
 3   Q.   Okay.  Did you look at anything before you came
 4        here today?
 5   A.   Just a map to make sure I was going to the right
 6        place.
 7   Q.   Fair enough.  Fair enough.  Did you talk to Chad?
 8   A.   We were initially supposed to come down last
 9        Friday.
10   Q.   Yeah.
11   A.   And he's on vacation now, so no.
12   Q.   Which, by the way, thanks for stiffing me.  I was
13        sitting here waiting.  I'm kidding.
14             Okay.  So did you and Chad talk about the
15        incident at all?
16   A.   We wondered why we were coming down for a
17        deposition.
18   Q.   Okay.  Fair enough.
19             MR. RESETAR:  Probably cussing me out.
20             THE WITNESS:  No.
21   Q.   Because somewhere along the line Brian upset me
22        and so I'm taking it out on you.  No, I'm kidding.
23        I'm kidding.
24   A.   Don't worry, I'll get him back.
25   Q.   That's not the case at all.  All right.  You've
```

|    |     |                                                                        |
|----|-----|------------------------------------------------------------------------|
| 1  |     | not spoken with Stacy Williams recently?                               |
| 2  | A.  | She came in the store and said Mary Christmas and                      |
| 3  |     | said that she had been down here, and I assumed                        |
| 4  |     | everything was -- this was a couple weeks ago.  I                      |
| 5  |     | had assumed everything was, like, done or whatnot.                     |
| 6  | Q.  | Did she talk about her deposition when she talked                      |
| 7  |     | to you?                                                                |
| 8  | A.  | No, she just said she came down here.  And I think                     |
| 9  |     | at the time -- I think it was me and Chad, and we                      |
| 10 |     | were like, "For what?"  And then she was like --                       |
| 11 |     | she had mentioned the dog bite incident.  So then                      |
| 12 |     | right away I believe I kind of excused myself from                     |
| 13 |     | the conversation and called Ray to let Ray know                        |
| 14 |     | that she was in the store and she said that.                           |
| 15 | Q.  | Okay.  All right.  Did Ray seem to -- did he                           |
| 16 |     | remark about that at all?  What did he say?                            |
| 17 | A.  | "Really," is what he said.                                             |
| 18 | Q.  | Okay.                                                                  |
| 19 | A.  | And that was a couple weeks ago.                                       |
| 20 | Q.  | So, I mean, these conversations, you guys were                         |
| 21 |     | not -- you didn't discuss with Stacy what she                          |
| 22 |     | remembered or --                                                       |
| 23 | A.  | No.                                                                    |
| 24 | Q.  | What I'm looking for is, did you get a refresher                       |
| 25 |     | course on the incident before you came today for                       |

```
1          your deposition?
2    A.    No.  I just know around the issue just because, I
3          mean, I am the safety captain, so I talk about
4          every incident in the store.
5    Q.    Sure.  From a safety perspective, though, and from
6          an investigation standpoint, you don't believe
7          you've spoken with anybody other than Chad, Stacy
8          or Ray about this incident; is that correct?
9    A.    Not to -- yeah, yeah, exactly.  Well, maybe my
10         boss, letting him know.
11   Q.    Mr. Bailey?
12   A.    Mr. Bailey, letting him know about the incident.
13   Q.    Okay.  All right.
14   A.    Which I would do with almost any safety incident
15         in the store, so --
16   Q.    Sure.  That makes sense.  Well, Cameron, I
17         appreciate you taking your time to come see me
18         today.  I know that there's other things you could
19         have done with your time and I appreciate you
20         taking the time to do that.  Mr. Resetar has some
21         things he needs to say before we close the record
22         and I'll let him do that.  But I'm done with your
23         deposition.
24   A.    Thank you.
25              MR. RESETAR:  Cameron, Anika has taken
```

1       down everything that you and Craig said and

2       she's going to transcribe it and put it on

3       paper.  You have the right to read it before

4       it gets, quote, unquote, published.  And when

5       I say "published," I mean just finalized.

6       You can't change the testimony, you can just

7       make sure she didn't make any mistakes or

8       inaccuracies.

9           I think this was pretty short.  Like I

10      said, you have the right to read it before

11      she finalizes it or you can waive it.  I

12      think, and it's your choice because it's your

13      testimony, but as Lowe's counsel, I think

14      it's okay if you waive it.  But it's

15      completely up to you.

16          THE WITNESS:  Okay.

17          MR. RESETAR:  Are you okay with that?

18          THE WITNESS:  Yes.

19              - - - - - - -

20      (The deposition was concluded at 9:49 a.m.)

21              - - - - - - -

22

23

24

25

<u>C E R T I F I C A T E</u>

STATE OF OHIO, )
                ) SS:
SUMMIT COUNTY. )

    I, Anika W. Patrick, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public within and for the State of Ohio, duly commissioned and qualified, do hereby certify that the within-named Witness, CAMERON CHILDERS, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony so given by him was by me reduced to Stenotypy in the presence of said witness; afterwards prepared and produced by means of Computer-Aided Transcription, and that the foregoing is a true and correct transcription of the testimony so given by him as aforesaid.

    I do further certify that this deposition was taken at the time and place in the foregoing caption specified, and was completed without adjournment.

    I do further certify that I am not a relative, employee of or attorney for any party or counsel, or otherwise financially interested in this action.

    I do further certify that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Akron, Ohio, this 6th day of January, 2020.


_____
Anika W. Patrick, RMR, CRR & Notary Public
My commission expires March 13, 2020

Anika W. Patrick,
Notary Public, State of Ohio
My Commission Expires 3/13/20

## 1

**1** [1] - 8:9
**10** [1] - 32:9
**11** [1] - 32:9
**13** [1] - 42:21
**14th** [1] - 15:10
**15th** [11] - 14:4, 14:7, 15:10, 18:8, 20:19, 21:7, 22:21, 23:9, 26:13, 34:4, 36:14

## 2

**2** [2] - 8:9, 10:23
**2018** [10] - 14:4, 14:7, 18:8, 20:19, 21:8, 22:21, 23:9, 26:13, 34:4, 36:15
**2019** [1] - 1:20
**2020** [2] - 42:18, 42:21
**218** [2] - 7:5, 8:1
**222** [2] - 1:19, 2:10
**2508** [1] - 4:16
**27** [1] - 1:20
**28(D)** [1] - 42:15

## 3

**3** [1] - 8:9
**330.305.6400** [1] - 2:6
**330.492.4221** [1] - 1:24
**330.928.1418** [1] - 1:24
**330376.2700** [1] - 2:11

## 4

**4** [1] - 3:4
**400** [1] - 1:19, 2:4
**44308** [1] - 2:10
**44720** [1] - 2:5

## 5

**5:18cv1325** [1] - 1:5

## 6

**6th** [1] - 42:17

## 8

**8040** [1] - 2:5

## 9

**9:04** [1] - 1:20
**9:49** [1] - 41:20

## A

**a.m** [1] - 41:20
**able** [3] - 23:7, 33:8, 33:20
**about** [45] - 7:15, 8:1, 8:11, 10:3, 10:6, 13:12, 16:2, 16:3, 16:11, 17:9, 18:8, 20:18, 21:2, 21:5, 21:6, 21:12, 23:1, 23:4, 23:6, 23:11, 25:5, 25:17, 25:23, 26:4, 27:6, 27:7, 27:20, 28:4, 28:14, 29:10, 30:22, 31:1, 31:14, 32:2, 33:18, 34:14, 35:2, 35:14, 38:1, 38:14, 39:6, 39:16, 40:3, 40:8, 40:12
**above** [5] - 25:1, 25:6, 28:9, 36:7, 36:8
**absolutely** [1] - 8:20
**accident** [2] - 28:19, 30:10
**according** [2] - 22:22, 22:23
**accurate** [1] - 19:10
**across** [2] - 28:3, 30:14
**action** [3] - 10:17, 10:20, 42:13
**actions** [1] - 22:18
**actually** [3] - 15:20, 20:8, 33:16
**additional** [3] - 16:11, 20:18, 28:10
**address** [6] - 4:15, 9:18, 10:14, 10:22, 11:21, 29:23
**addressed** [5] - 9:23, 9:24, 10:1, 10:2, 10:25
**adjournment** [1] - 42:11
**admit** [1] - 5:5
**affiliated** [1] - 42:17
**affixed** [1] - 42:17
**aforesaid** [2] - 42:7, 42:9
**after** [6] - 4:3, 15:9, 17:19, 19:19, 37:11, 37:16
**afterwards** [1] - 42:8
**again** [4] - 26:6, 27:11, 31:7, 31:13
**ago** [5] - 32:4, 32:9, 39:4, 39:19
**Aided** [1] - 42:8

**aisle** [6] - 10:23, 18:9, 18:13, 18:22, 19:7, 19:11
**Akron** [5] - 1:19, 1:24, 2:10, 4:16, 42:17
**al** [2] - 1:5, 1:8
**all** [25] - 4:21, 6:16, 6:25, 7:11, 7:17, 11:7, 12:13, 16:23, 17:2, 19:22, 20:2, 24:21, 24:23, 25:15, 26:20, 27:5, 27:10, 30:24, 33:11, 38:15, 38:25, 39:15, 39:16, 40:13
**alleged** [4] - 14:19, 16:9, 19:8, 36:18
**allegedly** [1] - 16:10
**almost** [1] - 40:14
**along** [2] - 29:3, 38:21
**also** [3] - 18:23, 35:7, 37:19
**am** [4] - 6:6, 40:3, 42:12, 42:14, 42:15
**Andress** [2] - 1:19, 2:9
**angle** [1] - 33:21
**Anika** [4] - 1:16, 40:25, 42:4, 42:21
**animal** [2] - 11:8, 22:12
**animals** [3] - 21:12, 27:22, 28:2
**annual** [1] - 22:3
**another** [2] - 30:1, 33:21
**answer** [7] - 4:25, 5:7, 5:25, 6:6, 6:12, 6:14, 29:10
**answered** [1] - 33:25
**answering** [1] - 5:9
**answers** [1] - 33:24
**any** [26] - 5:20, 9:17, 16:11, 21:8, 21:22, 21:24, 24:13, 25:3, 26:15, 28:7, 28:8, 28:13, 29:11, 29:21, 30:22, 31:1, 31:24, 33:7, 33:23, 34:2, 34:3, 34:6, 37:20, 40:14, 41:7, 42:13
**anybody** [11] - 18:6, 23:7, 23:18, 24:1, 24:18, 29:10, 32:20, 34:15, 35:10, 36:6, 40:7
**anymore** [1] - 23:24
**anyone** [6] - 17:13, 19:24, 19:25, 20:6, 20:16, 24:12
**anything** [10] - 5:8,

**aisle** 17:24, 18:4, 27:20, 30:19, 31:6, 32:14, 37:24, 38:1, 38:19
**apologize** [1] - 10:5
**APPEARANCES** [1] - 2:1
**appreciate** [2] - 40:17, 40:19
**are** [20] - 5:2, 5:9, 5:11, 6:16, 7:1, 9:12, 13:19, 14:8, 14:11, 14:24, 18:11, 20:12, 21:8, 21:17, 22:4, 25:5, 25:15, 26:22, 27:22, 41:17
**aren't** [1] - 32:13
**around** [4] - 19:5, 28:21, 31:14, 40:2
**ask** [7] - 4:24, 5:24, 6:8, 6:9, 6:10, 34:13, 34:15
**asked** [4] - 6:14, 24:11, 24:13, 26:3
**asking** [5] - 5:6, 25:23, 28:17, 30:4, 31:9
**assistance** [2] - 22:11, 35:13
**assistant** [1] - 8:7
**assume** [8] - 6:7, 6:13, 21:22, 31:5, 31:18, 34:17, 34:23
**assumed** [3] - 28:1, 39:3, 39:5
**assuming** [3] - 9:5, 21:1, 24:25
**attached** [1] - 33:15
**attempted** [1] - 33:19
**attorney** [2] - 4:8, 42:13
**Avenue** [1] - 2:5
**aware** [5] - 15:13, 15:16, 18:11, 18:16, 21:8
**away** [4] - 11:25, 12:3, 22:9, 39:12

## B

**back** [8] - 17:1, 17:25, 21:1, 30:3, 33:4, 34:11, 37:13, 38:24
**bad** [4] - 5:5, 6:10, 8:25, 30:3
**Bailey** [6] - 25:9, 25:17, 27:6, 29:19, 36:7, 40:11
**bailey** [1] - 40:12
**based** [1] - 22:17
**basis** [2] - 11:5, 14:5
**because** [23] - 5:9,

**5:17, 6:11, 13:7, 13:8, 13:10, 13:25, 14:22, 17:16, 18:21, 23:5, 23:22, 24:5, 30:8, 31:19, 32:24, 33:11, 33:14, 34:22, 38:21, 40:2, 41:12
**been** [13] - 6:21, 15:14, 20:8, 20:21, 22:20, 23:1, 23:16, 27:12, 27:14, 28:13, 29:17, 29:24, 39:3
**before** [15] - 1:15, 4:9, 4:11, 4:19, 5:7, 6:1, 10:20, 23:2, 23:8, 26:1, 38:3, 39:25, 40:21, 41:3, 41:10
**Behalf** [2] - 2:2, 2:8
**being** [5] - 4:3, 7:11, 10:3, 12:8, 14:6
**belief** [1] - 33:2
**believe** [14] - 15:4, 17:6, 19:10, 20:7, 20:21, 21:23, 26:2, 26:15, 27:22, 32:6, 33:18, 35:17, 39:12, 40:6
**best** [1] - 20:10
**better** [3] - 6:11, 12:17, 35:4
**between** [1] - 35:23
**biggest** [2] - 29:15, 29:17
**bit** [5] - 4:22, 6:11, 8:11, 16:10, 17:2
**bite** [16] - 11:20, 15:7, 15:14, 16:22, 17:4, 17:5, 17:7, 18:7, 18:21, 20:8, 20:18, 21:9, 30:20, 34:3, 36:14, 39:11
**bites** [6] - 12:23, 21:3, 28:4, 30:4, 30:22, 31:2
**biting** [2] - 14:19, 29:12
**bitten** [1] - 11:8
**boss** [3] - 25:7, 25:8, 40:10
**both** [4] - 5:10, 5:11, 19:3, 35:24
**break** [2] - 5:20, 6:1
**Brett** [1] - 25:9
**Bretton** [1] - 2:4
**Brian** [1] - 38:21
**Brimfield** [10] - 7:4, 7:23, 7:25, 18:13, 20:22, 21:4, 21:9, 25:4, 34:3, 35:16
**bring** [3] - 21:20,

22:10, 29:18
**Browns** [1] - 32:13
**business** [1] - 31:20
**but** [39] - 8:18, 9:19,
12:7, 13:1, 13:16,
13:17, 15:22, 16:14,
17:1, 17:15, 18:23,
19:18, 22:4, 23:16,
23:21, 24:7, 24:9,
24:16, 26:8, 26:9,
27:10, 29:3, 31:6,
31:20, 32:4, 32:6,
32:10, 32:21, 33:4,
33:12, 33:25, 34:17,
34:19, 35:12, 36:17,
40:22, 41:13, 41:14,
42:6
**by** [10] - 1:14, 5:4,
11:8, 18:14, 38:12,
42:6, 42:7, 42:8,
42:9
**BY** [3] - 3:3, 4:6, 34:12

## C

**C-h-i-l-d-e-r-s** [1] -
4:14
**call** [4] - 8:8, 16:2,
16:4, 16:8
**called** [6] - 1:14, 9:15,
17:19, 26:2, 37:2,
39:13
**came** [8] - 16:24,
23:19, 25:25, 27:14,
38:3, 39:2, 39:8,
39:25
**camera** [3] - 14:21,
18:14, 18:22
**cameras** [4] - 17:23,
18:1, 35:3
**CAMERON** [3] - 1:8,
1:13, 42:6
**Cameron** [8] - 4:7,
4:14, 4:15, 6:17,
29:5, 34:13, 40:16,
40:25
**Campbell** [1] - 2:4
**can** [19] - 4:25, 8:16,
10:21, 10:22, 11:11,
13:5, 17:23, 20:25,
21:20, 22:12, 22:13,
28:16, 29:11, 33:7,
35:4, 41:6, 41:11
**can't** [3] - 5:17, 33:4,
41:6
**Canton** [2] - 1:24, 2:5
**captain** [1] - 40:3
**caption** [1] - 42:11
**car** [1] - 27:25
**card** [4] - 32:25, 33:3,

33:14, 33:15
**case** [5] - 5:21, 7:22,
24:11, 33:17, 38:25
**CASE** [1] - 1:5
**cause** [3] - 9:11,
10:25, 42:7
**Cedric** [3] - 11:11,
11:14
**ceoff@pelini** [1] - 2:6
**ceoff@pelini-law.
com** [1] - 2:6
**certainly** [1] - 32:13
**certified** [1] - 4:4
**Certified** [2] - 1:17,
42:4
**certify** [4] - 42:5,
42:10, 42:12, 42:14
**Chad** [14] - 14:16,
14:25, 15:8, 15:19,
17:15, 35:12, 35:14,
38:7, 38:14, 39:9,
40:7
**Chad's** [1] - 14:25
**change** [1] - 41:6
**characterize** [1] -
15:17
**check** [1] - 17:23
**Childers** [1] - 4:14
**CHILDERS** [3] - 1:8,
1:13, 42:6
**choice** [1] - 41:12
**Christmas** [1] - 39:2
**Civil** [2] - 1:15, 42:15
**claim** [1] - 14:1
**claims** [2] - 11:16,
20:2
**clean** [2] - 29:5, 29:22
**cleans** [1] - 29:4
**cleanup** [3] - 28:18,
29:14, 31:14
**clear** [1] - 34:1
**clearly** [1] - 11:20
**Cleveland** [1] - 2:5
**click** [1] - 22:5
**client** [2] - 14:5, 19:4
**clips** [1] - 19:3
**close** [1] - 40:21
**collecting** [1] - 37:20
**come** [11] - 9:22, 12:2,
22:5, 22:12, 22:13,
27:23, 27:24, 28:3,
33:20, 38:8, 40:17
**comes** [4] - 8:16, 8:17,
22:3, 24:25
**coming** [1] - 38:16
**commission** [1] -
42:21
**commissioned** [1] -
42:5
**Commons** [1] - 2:4

**communications** [1] -
24:23
**COMPANIES** [1] - 1:8
**compensation** [1] -
14:1
**complaints** [1] - 9:2
**completed** [1] - 42:11
**completely** [2] - 6:9,
41:15
**computer** [4] - 10:10,
10:23, 12:7, 13:6
**Computer** [1] - 42:8
**Computer-Aided** [1] -
42:8
**concluded** [1] - 41:20
**condition** [1] - 10:8
**confirm** [1] - 19:9
**connected** [1] - 32:6
**consent** [1] - 26:20
**contacted** [1] - 20:16
**context** [1] - 30:4
**contract** [1] - 42:15
**conversation** [4] -
17:8, 17:14, 25:22,
29:13
**conversations** [6] -
25:3, 28:7, 28:14,
29:11, 31:24, 39:20
**corporate** [8] - 9:7,
24:21, 24:23, 28:8,
29:21, 36:6, 36:16,
37:7
**correct** [40] - 5:19,
7:1, 7:2, 8:2, 8:23,
9:1, 9:4, 9:8, 10:12,
10:16, 11:3, 11:6,
11:23, 12:10, 12:22,
12:24, 14:2, 15:3,
18:17, 18:23, 19:12,
19:16, 19:22, 22:24,
24:24, 25:2, 25:21,
26:19, 29:7, 30:16,
33:1, 35:9, 35:15,
37:3, 37:6, 37:9,
37:14, 40:8, 42:9
**could** [8] - 8:13, 9:17,
10:20, 12:17, 13:16,
13:25, 15:20, 18:5,
26:8, 34:15, 40:18
**couldn't** [5] - 23:12,
23:17, 24:9, 32:22
**counsel** [3] - 37:25,
41:13, 42:13
**country** [1] - 30:15
**COUNTY** [1] - 42:3
**couple** [3] - 17:10,
39:4, 39:19
**course** [4] - 16:1,
16:18, 23:24, 39:25
**COURT** [1] - 1:1

**court** [2] - 4:25, 42:15
**Court** [1] - 1:24
**covered** [1] - 18:14
**covers** [2] - 26:25,
27:3
**Craig** [3] - 2:3, 4:7,
41:1
**created** [1] - 21:13
**CROSS** [1] - 4:5
**Cross** [1] - 1:14
**CROSS-
EXAMINATION** [1] -
4:5
**Cross-Examination**
[1] - 1:14
**CRR** [1] - 42:21
**current** [3] - 4:15,
6:23, 14:12
**currently** [1] - 6:17
**cussing** [1] - 38:19
**customer** [14] - 8:14,
9:12, 11:20, 11:21,
12:23, 13:19, 14:20,
16:10, 16:24, 17:2,
17:4, 17:5, 17:7,
19:25
**customers** [2] - 8:24,
9:18

## D

**daily** [2] - 9:15, 13:13
**dangerous** [1] - 9:25
**Danny** [2] - 4:8, 32:2
**day** [13] - 8:11, 14:8,
15:23, 15:24, 18:20,
19:13, 19:18, 20:1,
26:13, 27:13, 32:17,
42:18
**dealing** [2] - 8:24, 9:2
**dealt** [1] - 23:23
**debris** [1] - 9:10
**December** [1] - 1:20
**DEFENDANT'S** [1] -
3:9
**Defendants** [2] - 1:9,
2:8
**defined** [1] - 42:15
**department** [4] - 9:21,
9:23, 10:24, 34:25
**DEPOSITION** [1] - 1:7
**deposition** [9] - 4:9,
4:19, 37:24, 38:17,
39:6, 40:1, 40:23,
41:20, 42:10
**Deposition** [1] - 1:13
**describe** [2] - 21:19,
22:2
**desk** [2] - 17:16, 24:5
**detail** [1] - 13:11

**details** [1] - 16:11
**determination** [1] -
22:15
**detrimental** [1] - 9:17
**did** [38] - 5:13, 7:17,
8:4, 8:6, 14:20,
14:21, 14:22, 16:6,
16:8, 16:11, 16:20,
17:1, 17:3, 17:4,
17:20, 17:25, 18:3,
18:6, 18:25, 19:20,
24:19, 25:23, 28:25,
29:10, 29:18, 32:8,
37:19, 37:24, 38:3,
38:7, 38:14, 39:6,
39:15, 39:16, 39:24
**didn't** [8] - 17:1, 17:4,
17:6, 18:4, 25:25,
39:21, 41:7
**different** [11] - 8:7,
8:17, 11:10, 12:12,
13:1, 13:7, 13:10,
13:17, 13:21, 13:24
**differently** [1] - 12:18
**digital** [3] - 9:19, 9:20,
10:3
**directed** [1] - 36:9
**discuss** [3] - 17:20,
20:6, 39:21
**discussed** [1] - 28:9
**discussing** [1] - 29:12
**Discussion** [1] - 34:10
**discussions** [1] -
28:25
**district** [2] - 25:11,
25:12
**DISTRICT** [2] - 1:1, 1:2
**DIVISION** [1] - 1:3
**do** [32] - 4:12, 5:3,
6:19, 9:6, 11:18,
12:4, 12:11, 14:21,
21:24, 22:8, 22:19,
23:18, 24:11, 26:15,
27:16, 27:20, 30:22,
31:15, 32:18, 32:19,
32:20, 33:18, 37:22,
37:24, 40:14, 40:20,
40:22, 42:5, 42:10,
42:12, 42:14
**document** [1] - 12:6
**does** [4] - 6:3, 22:2,
22:11, 30:9
**doesn't** [2] - 14:3,
23:24
**dog** [51] - 11:20,
12:23, 14:7, 14:19,
15:7, 15:14, 16:9,
16:22, 16:25, 17:2,
17:3, 17:5, 17:7,
18:7, 18:21, 19:6,

20:8, 20:11, 20:18, 21:3, 21:9, 22:10, 22:12, 22:13, 22:16, 22:18, 22:19, 23:8, 23:13, 23:19, 23:23, 24:9, 24:14, 24:15, 28:4, 28:18, 29:6, 29:12, 30:4, 30:20, 30:22, 31:1, 32:17, 33:8, 33:10, 34:3, 36:14, 36:23, 39:11

**dog's** [1] - 23:1

**dogs** [3] - 23:15, 27:25, 33:11

**doing** [1] - 27:21

**don't** [18] - 4:10, 4:12, 6:9, 15:9, 16:13, 19:6, 19:14, 24:10, 24:18, 27:9, 31:21, 32:6, 32:16, 33:16, 37:15, 37:25, 38:24, 40:6

**done** [3] - 5:8, 12:17, 39:5, 40:19, 40:22

**door** [3] - 26:10, 26:12, 26:21

**down** [14] - 5:1, 5:11, 5:12, 5:17, 16:18, 17:16, 24:21, 24:25, 36:21, 38:8, 38:16, 39:3, 39:8, 41:1

**drops** [2] - 12:20

**DSHR** [2] - 9:16, 13:10

**duly** [3] - 4:3, 42:5, 42:6

**dump** [1] - 29:6

**during** [1] - 32:8

**duties** [1] - 8:10

## E

**each** [3] - 5:10, 9:21, 12:15

**earlier** [1] - 35:14

**EASTERN** [1] - 1:3

**eighteen** [1] - 6:22

**eleven** [1] - 4:18

**else** [9] - 17:13, 17:17, 19:24, 20:6, 20:16, 23:7, 24:2, 24:12, 35:25

**employed** [1] - 6:17

**employee** [11] - 8:14, 9:12, 10:4, 10:7, 11:19, 12:20, 13:9, 13:20, 19:25, 29:8, 42:13

**employees** [5] - 8:22, 20:17, 21:25, 24:14, 35:21

**encountered** [1] - 28:3

**enough** [8] - 4:21, 13:25, 17:8, 28:21, 32:10, 38:7, 38:18

**enter** [1] - 10:9

**entire** [1] - 9:14

**entrance** [1] - 18:24

**envision** [1] - 30:8

**EOFF** [4] - 4:6, 34:8, 34:11, 34:12

**Eoff** [3] - 2:3, 3:4, 4:7

**error** [1] - 14:23

**especially** [1] - 33:14

**Esq** [2] - 2:3, 2:9

**et** [2] - 1:5, 1:8

**even** [4] - 10:20, 15:10, 26:1, 31:4

**eventually** [1] - 37:2

**ever** [10] - 4:11, 4:19, 17:25, 23:3, 28:7, 28:13, 29:24, 31:1, 31:10, 31:15

**every** [1] - 40:4

**everybody** [1] - 8:19

**everyday** [1] - 13:11

**everything** [7] - 5:1, 8:15, 36:25, 37:18, 39:4, 39:5, 41:1

**everything's** [1] - 10:2

**evidence** [1] - 37:20

**exact** [1] - 34:21

**exactly** [1] - 40:9

**EXAMINATION** [2] - 3:3, 4:5

**Examination** [1] - 1:14

**example** [1] - 13:8

**exceeds** [1] - 36:1

**excused** [1] - 39:12

**EXHIBITS** [2] - 3:6, 3:9

**exist** [1] - 28:15

**existed** [1] - 27:18

**exit** [1] - 18:23

**expect** [1] - 12:4

**expires** [1] - 42:21

**explain** [1] - 6:11

**explained** [1] - 14:18

## F

**fact** [8] - 10:15, 15:9, 15:14, 18:16, 19:2, 26:25, 27:3, 36:8

**facts** [1] - 31:8

**fair** [11] - 4:21, 13:25, 15:17, 17:8, 19:20, 21:5, 28:21, 32:10,

38:7, 38:18

**Fairlawn** [2] - 8:5, 8:6

**familiar** [3] - 14:8, 14:11, 21:17

**far** [2] - 4:23, 26:12

**feel** [1] - 35:16

**few** [1] - 5:3

**Fiegly** [3] - 15:1, 15:2, 15:3

**FIEGLY** [1] - 15:3

**filling** [1] - 13:4

**finalized** [1] - 41:5

**finalizes** [1] - 41:11

**financially** [1] - 42:13

**find** [4] - 18:20, 32:22, 33:19, 35:4

**finish** [1] - 5:6

**firm** [1] - 42:15

**first** [11] - 4:3, 4:10, 4:11, 5:5, 11:24, 15:7, 24:4, 25:24, 27:14, 28:22, 42:6

**floor** [2] - 9:16, 29:9

**folks** [4] - 24:23, 25:5, 28:8, 29:21

**follow** [1] - 10:1

**follows** [1] - 4:4

**foot** [1] - 12:21

**footage** [1] - 18:19

**for** [45] - 1:14, 1:18, 4:8, 4:10, 4:13, 5:2, 5:10, 5:20, 6:19, 7:1, 8:6, 8:7, 9:6, 9:10, 9:14, 9:17, 10:7, 12:17, 15:17, 15:24, 15:25, 20:22, 22:10, 26:23, 27:15, 27:22, 28:2, 28:10, 28:18, 28:22, 30:9, 33:19, 33:21, 34:9, 35:18, 36:8, 36:10, 37:24, 38:12, 38:16, 39:24, 39:25, 42:5, 42:13

**For** [1] - 39:10

**foregoing** [2] - 42:9, 42:11

**forklift** [1] - 30:9

**form** [1] - 13:3

**formally** [2] - 28:16, 31:20

**format** [1] - 13:17

**found** [1] - 18:1

**four** [5] - 7:10, 20:23, 20:24, 20:25, 21:4

**fourteen** [1] - 25:14

**frequently** [1] - 23:16

**Friday** [2] - 1:20, 38:9

**friendly** [9] - 21:20, 22:14, 22:16, 26:23, 27:1, 27:4, 27:23,

29:14

**from** [17] - 9:10, 12:12, 14:24, 15:8, 16:6, 17:24, 18:8, 18:19, 19:4, 21:22, 24:21, 24:25, 26:6, 32:3, 39:12, 40:5

**full** [1] - 4:12

**functions** [2] - 4:23, 5:4

**further** [4] - 5:8, 42:10, 42:12, 42:14

## G

**games** [1] - 32:14

**gamut** [1] - 8:13

**gave** [2] - 13:8, 19:2

**generically** [1] - 7:21

**gentleman** [4] - 19:6, 32:17, 32:25, 37:22

**gestures** [1] - 5:18

**get** [14] - 5:10, 6:16, 11:9, 11:25, 12:15, 12:25, 13:2, 14:22, 22:8, 31:7, 36:21, 37:17, 38:24, 39:24

**gets** [4] - 19:4, 37:7, 37:16, 41:4

**gift** [3] - 33:3, 33:14

**give** [1] - 16:11

**given** [4] - 4:19, 36:19, 42:7, 42:9

**giving** [1] - 26:2

**go** [13] - 4:21, 11:10, 11:11, 12:7, 12:16, 14:4, 14:17, 14:20, 15:24, 17:24, 24:4, 34:8, 34:11

**goes** [3] - 37:11, 37:12, 37:15

**going** [22] - 4:22, 4:24, 5:7, 5:24, 6:6, 6:7, 6:12, 7:10, 11:20, 12:7, 15:24, 17:22, 18:20, 20:24, 20:25, 21:1, 29:5, 32:13, 34:19, 38:5, 41:2

**good** [3] - 8:24, 29:13

**got** [4] - 16:2, 16:4, 36:22, 37:19

**gotcha** [1] - 24:10

**grabbed** [1] - 27:11

**guess** [11] - 8:13, 8:16, 9:21, 12:12, 13:16, 14:12, 18:5, 22:17, 26:7, 27:17, 28:16

**guy** [4] - 9:2, 20:11, 23:19, 33:22

**guys** [3] - 19:3, 32:13, 39:20

## H

**had** [25] - 11:13, 15:14, 16:9, 16:15, 20:17, 22:20, 23:6, 25:3, 27:12, 27:15, 27:17, 28:7, 31:24, 32:17, 34:1, 34:3, 34:6, 36:25, 37:4, 39:3, 39:5, 39:11

**hand** [1] - 42:17

**happen** [5] - 4:23, 13:13, 30:11, 30:17, 36:20

**happened** [9] - 11:13, 15:10, 18:21, 19:8, 19:15, 19:19, 31:6, 31:8, 31:9

**happens** [5] - 10:13, 16:25, 30:10, 37:10, 37:16

**hard** [2] - 5:10, 8:17

**has** [8] - 4:23, 9:21, 20:16, 27:17, 29:17, 36:8, 40:20, 40:25

**have** [63] - 4:17, 4:19, 5:6, 5:25, 6:21, 7:8, 8:21, 9:5, 9:6, 9:15, 12:17, 13:3, 13:5, 15:18, 15:21, 19:3, 19:7, 19:8, 19:24, 20:2, 20:7, 21:21, 22:11, 23:15, 23:16, 24:17, 24:22, 25:3, 26:7, 26:15, 27:10, 28:3, 28:7, 28:13, 28:20, 28:25, 29:13, 29:24, 30:17, 30:19, 30:22, 30:23, 31:1, 31:2, 31:5, 31:15, 31:18, 33:3, 33:11, 33:15, 34:16, 34:17, 34:21, 35:13, 35:25, 36:1, 36:22, 36:25, 37:21, 40:19, 41:3, 41:10, 42:17

**haven't** [2] - 31:6, 32:10

**hazard** [3] - 10:21, 10:22, 10:25

**hazardous** [1] - 10:9

**hazmat** [1] - 9:15

**he** [34] - 14:18, 16:1, 16:3, 16:6, 16:8, 16:11, 16:14, 17:15, 17:17, 17:25, 18:3, 18:4, 18:23, 18:25,

19:2, 23:19, 25:12, 25:23, 26:3, 26:4, 27:8, 32:5, 32:6, 33:3, 33:14, 35:12, 39:15, 39:16, 39:17, 40:21
**he's** [3] - 18:20, 25:12, 38:11
**head** [2] - 5:12, 5:18
**heads** [1] - 26:3
**heads-up** [1] - 26:3
**heard** [2] - 20:6, 31:10
**hello** [1] - 31:23
**help** [2] - 12:2, 35:12
**her** [7] - 5:2, 5:10, 24:6, 31:20, 31:21, 31:25, 39:6
**here** [5] - 5:1, 38:4, 38:13, 39:3, 39:8
**hereby** [1] - 42:5
**herein** [1] - 1:13
**hereinafter** [1] - 4:3
**hereunto** [1] - 42:17
**hey** [1] - 16:1
**Hey** [1] - 26:2
**him** [18] - 15:22, 25:23, 26:2, 26:3, 27:7, 32:8, 32:9, 32:10, 35:12, 35:13, 36:8, 38:24, 40:10, 40:12, 40:22, 42:7, 42:9
**his** [1] - 25:10
**hold** [1] - 10:4
**Home** [1] - 6:20
**home** [2] - 32:3, 32:5
**honest** [2] - 23:12, 23:17
**honestly** [1] - 23:12
**hope** [1] - 15:6
**how** [13] - 4:17, 4:22, 6:21, 7:8, 7:19, 11:11, 14:11, 17:9, 22:2, 25:12, 27:12, 27:17, 37:10

**I**

**identify** [3] - 32:16, 33:8, 33:22
**immediately** [2] - 13:1, 15:13
**implementation** [1] - 35:18
**implemented** [1] - 37:1
**important** [1] - 6:5
**Improvement** [1] - 6:20
**IN** [2] - 1:1, 42:17

**inaccuracies** [1] - 41:8
**INC** [1] - 1:8
**incident** [41] - 13:20, 14:9, 14:11, 14:13, 14:14, 14:19, 15:7, 16:2, 16:12, 17:9, 17:23, 18:5, 18:7, 18:21, 20:13, 20:19, 21:2, 21:7, 21:13, 22:7, 22:17, 22:20, 24:13, 25:19, 25:20, 27:8, 27:15, 30:1, 34:14, 36:14, 36:18, 36:20, 37:4, 38:15, 39:11, 39:25, 40:4, 40:8, 40:12, 40:14
**incidents** [7] - 12:13, 12:16, 13:19, 28:4, 34:4, 35:22, 36:9
**indicate** [1] - 18:6
**individual** [1] - 14:23
**individuals** [1] - 24:3
**information** [10] - 13:5, 20:18, 23:1, 28:4, 29:24, 32:24, 33:6, 33:19, 35:8, 36:22
**inherent** [1] - 33:24
**initial** [1] - 36:18
**initially** [2] - 25:25, 38:8
**injures** [1] - 12:21
**injury** [1] - 9:11
**inquisition** [1] - 5:23
**instance** [3] - 9:10, 10:7, 30:10
**insurance** [3] - 11:15, 37:11
**interactions** [1] - 21:12
**interested** [1] - 42:13
**investigate** [1] - 17:22
**investigating** [1] - 24:13
**investigation** [1] - 40:6
**involved** [9] - 11:25, 14:22, 17:13, 22:9, 24:13, 28:13, 36:21, 37:17, 37:19
**involving** [4] - 13:19, 13:20, 15:8, 36:15
**issue** [11] - 10:14, 22:20, 27:25, 28:18, 29:14, 29:15, 29:17, 29:18, 29:23, 35:11, 40:2
**issues** [3] - 9:17, 28:19, 28:20

**itself** [2] - 26:17, 28:14

**J**

**January** [1] - 42:18
**Joe** [1] - 37:22
**JUDGE** [1] - 1:6

**K**

**keeping** [1] - 9:9
**Kent** [4] - 7:4, 7:5, 7:14, 7:22
**kidding** [3] - 38:13, 38:22, 38:23
**kind** [4] - 9:17, 17:1, 37:20, 39:12
**knowledge** [16] - 20:5, 20:10, 20:15, 20:20, 23:10, 25:15, 28:12, 30:22, 31:17, 33:12, 34:16, 34:18, 34:19, 35:25, 36:5, 36:11
**knowledgeable** [1] - 35:10
**KRYSTAL** [1] - 1:5
**Krystal** [6] - 4:8, 14:6, 20:14, 21:8, 31:16, 36:15

**L**

**last** [4] - 4:13, 14:25, 21:4, 38:8
**later** [2] - 11:2, 15:11
**law.com** [1] - 2:6
**lawsuit** [1] - 14:5
**lead** [1] - 14:1
**leadership** [2] - 12:2, 35:20
**learned** [1] - 15:7
**leash** [2] - 21:21, 22:13
**leashed** [2] - 26:24, 27:3
**least** [2] - 15:23, 27:19
**leave** [1] - 27:24
**leaves** [1] - 19:5
**left** [1] - 19:19
**legal** [1] - 37:17
**legible** [1] - 26:9
**let** [9] - 4:21, 5:6, 5:22, 15:20, 18:11, 30:3, 34:13, 39:13, 40:22
**let's** [5] - 6:16, 10:4, 14:4, 34:8, 34:11
**letting** [2] - 40:10, 40:12
**level** [3] - 24:21, 36:16, 37:8

**liability** [2] - 11:12, 21:22
**like** [18] - 4:11, 8:12, 8:19, 11:13, 14:23, 15:11, 21:23, 23:16, 24:9, 26:17, 28:1, 32:14, 33:10, 33:21, 39:5, 39:10, 41:9
**line** [1] - 38:21
**lines** [1] - 29:3
**LIOI** [1] - 1:6
**litigation** [1] - 14:12
**Littaker** [1] - 37:22
**little** [4] - 4:22, 6:11, 8:11, 13:3
**live** [1] - 5:4
**lived** [1] - 4:17
**LLC** [1] - 2:4
**location** [13] - 7:4, 7:5, 7:15, 7:17, 8:3, 8:5, 8:6, 18:13, 20:22, 21:4, 21:10, 25:5, 35:17
**locations** [3] - 28:5, 30:23, 31:2
**log** [2] - 10:15, 10:20
**long** [9] - 4:17, 6:21, 7:8, 7:19, 17:9, 17:12, 27:12, 27:17, 32:3
**look** [3] - 12:12, 14:20, 38:3
**looked** [6] - 18:19, 18:23, 26:5, 27:12, 33:10, 35:7
**looking** [8] - 9:16, 12:17, 24:4, 32:23, 33:4, 33:5, 33:21, 39:24
**looks** [2] - 8:11, 9:25
**loss** [1] - 14:23
**lot** [3] - 6:6, 16:25, 31:19
**LOWE'S** [1] - 1:8
**Lowe's** [15] - 6:20, 6:21, 7:1, 7:12, 9:7, 10:4, 10:7, 19:24, 21:17, 21:19, 23:18, 27:24, 28:5, 29:9, 41:13
**lumber** [2] - 12:21, 13:9

**M**

**made** [4] - 15:13, 15:16, 20:7, 37:4
**Main** [2] - 1:19, 2:10
**main** [1] - 28:18
**maintenance** [1] -

35:19
**make** [8] - 5:23, 6:3, 10:1, 11:21, 34:1, 38:5, 41:7
**makes** [4] - 6:14, 14:3, 22:15, 40:16
**manage** [1] - 8:21
**management** [4] - 13:3, 22:9, 25:6, 28:9
**manager** [17] - 6:24, 6:25, 7:11, 7:13, 7:14, 8:7, 8:10, 11:25, 12:4, 14:17, 20:22, 25:4, 25:11, 25:12, 34:2, 36:7, 36:21
**managers** [1] - 35:1
**many** [1] - 25:12
**map** [1] - 38:5
**March** [11] - 14:4, 14:6, 18:8, 20:19, 21:7, 22:21, 23:8, 26:13, 34:4, 36:14, 42:21
**mark** [1] - 26:8
**MARKED** [2] - 3:6, 3:9
**Mary** [1] - 39:2
**may** [5] - 5:22, 20:7, 33:3, 33:6
**maybe** [6] - 15:11, 24:6, 31:18, 32:21, 35:22, 40:9
**mean** [19] - 15:9, 15:11, 21:3, 23:15, 23:16, 23:21, 24:6, 25:24, 27:9, 28:1, 28:17, 29:11, 29:22, 31:6, 33:10, 33:11, 39:20, 40:3, 41:5
**means** [1] - 42:8
**meet** [3] - 14:16, 15:22, 32:8
**meeting** [2] - 14:7, 15:18
**meetings** [2] - 15:21, 16:1
**member** [3] - 12:2, 13:2, 22:9
**members** [2] - 20:16, 24:6
**mentioned** [3] - 26:17, 27:9, 39:11
**merchandising** [1] - 8:15
**Merit** [2] - 1:16, 42:4
**met** [5] - 4:9, 4:11, 31:16, 31:20, 32:9
**middle** [1] - 29:6
**might** [7] - 9:11, 10:8,

30:10, 30:14, 31:5,
32:20, 33:7
**mind** [1] - 4:12
**minute** [1] - 10:4
**minutes** [1] - 17:10
**mistakes** [1] - 41:7
**more** [3] - 29:3, 34:16,
35:10
**MOSHOLDER** [1] - 1:5
**Mosholder** [9] - 4:8,
14:6, 15:8, 20:14,
21:8, 31:16, 32:2,
36:15, 37:2
**most** [4] - 6:5, 27:23,
31:13, 35:18
**mostly** [1] - 28:2
**moves** [1] - 37:7
**Mr** [12] - 3:4, 25:17,
27:6, 29:19, 35:7,
35:11, 35:24, 36:7,
37:2, 40:11, 40:12,
40:20
**MR** [8] - 4:6, 11:17,
34:8, 34:11, 34:12,
38:19, 40:25, 41:17
**much** [4] - 4:23,
15:22, 17:22, 27:7
**myself** [2] - 23:13,
35:20, 39:12

## N

**N.W** [1] - 2:5
**name** [8] - 4:7, 4:13,
15:1, 33:8, 33:15,
33:20, 36:23
**named** [2] - 37:22,
42:5
**nature** [1] - 35:23
**neat** [1] - 29:22
**necessarily** [1] - 31:8
**necessary** [1] - 13:5
**Nedra** [1] - 4:16
**need** [5] - 5:4, 5:14,
5:20, 5:21, 27:15
**needs** [4] - 8:19,
26:25, 27:3, 40:21
**never** [2] - 31:21,
31:24
**news** [1] - 31:1
**next** [1] - 15:25
**Nicholas** [3] - 2:9, 7:5,
8:1
**no** [59] - 4:20, 7:16,
15:15, 16:7, 16:22,
18:15, 18:22, 19:11,
19:21, 19:23, 20:3,
20:4, 20:5, 20:9,
20:20, 21:11, 21:14,
21:16, 23:10, 24:20,

26:16, 26:22, 27:15,
28:6, 28:12, 29:13,
29:20, 29:22, 30:5,
30:6, 30:7, 30:21,
30:25, 31:3, 31:5,
31:11, 31:20, 32:1,
32:12, 32:15, 32:19,
33:10, 33:12, 34:5,
34:7, 34:17, 34:19,
34:21, 36:3, 36:19,
37:23, 38:2, 38:11,
38:20, 38:22, 39:8,
39:23, 40:2
**NO** [1] - 1:5
**nod** [1] - 5:14
**nodding** [1] - 5:12
**nods** [1] - 5:17
**None** [2] - 3:7, 3:10
**nor** [1] - 42:14
**normal** [2] - 15:17,
15:21
**North** [1] - 2:5
**NORTHERN** [1] - 1:2
**not** [48] - 5:7, 5:22,
5:23, 16:7, 17:1,
17:12, 18:14, 18:20,
19:13, 19:20, 20:5,
20:6, 20:20, 22:3,
22:15, 22:19, 23:1,
23:2, 23:6, 23:10,
24:11, 24:12, 24:16,
26:8, 27:15, 28:12,
28:15, 28:16, 30:19,
31:7, 31:9, 31:20,
32:19, 33:6, 33:12,
34:1, 34:3, 34:6,
34:22, 35:6, 36:5,
36:11, 38:25, 39:1,
39:21, 40:9, 42:12,
42:14
**Notary** [3] - 1:17, 42:4,
42:21
**notated** [2] - 9:24,
9:25
**nothing** [1] - 42:6
**now** [6] - 9:19, 21:1,
26:17, 35:24, 38:11
**nresetar@ralaw.com**
[1] - 2:11
**number** [1] - 22:7
**nutshell** [1] - 21:22

## O

**oath** [1] - 4:25
**obviously** [8] - 8:21,
8:24, 13:25, 14:5,
14:16, 18:18, 19:7,
24:22
**OF** [3] - 1:2, 1:7, 42:2

**office** [1] - 42:17
**offices** [1] - 1:18
**OHIO** [2] - 1:2, 42:2
**Ohio** [12] - 1:15, 1:18,
1:20, 2:5, 2:10, 4:16,
7:6, 7:18, 7:22,
25:15, 42:5, 42:17
**okay** [102] - 4:7, 4:19,
5:2, 5:16, 5:17, 5:20,
6:2, 6:5, 6:15, 6:16,
7:8, 8:3, 8:10, 9:5,
9:9, 10:6, 10:13,
10:19, 11:2, 11:4,
11:18, 11:19, 11:22,
12:1, 12:4, 12:14,
12:19, 13:15, 13:23,
13:25, 14:3, 14:11,
14:14, 14:25, 15:5,
15:13, 15:16, 16:20,
16:23, 17:3, 17:8,
17:11, 17:13, 17:20,
17:25, 18:3, 18:6,
18:11, 18:18, 19:13,
19:17, 20:6, 20:10,
20:16, 20:21, 21:7,
21:12, 21:15, 21:24,
22:2, 22:19, 23:5,
24:1, 24:8, 24:10,
24:18, 24:21, 25:3,
25:22, 27:5, 28:3,
28:7, 28:13, 28:21,
29:16, 29:24, 30:8,
30:22, 31:12, 32:5,
32:8, 32:10, 32:16,
33:13, 33:23, 34:8,
34:19, 35:7, 35:21,
36:4, 36:6, 36:12,
37:15, 38:3, 38:14,
38:18, 39:15, 39:18,
40:13, 41:14, 41:16,
41:17
**Oklahoma** [1] - 30:12
**once** [3] - 14:16,
15:23, 36:17
**one** [5] - 13:25, 14:3,
16:1, 22:7, 33:17
**one's** [1] - 34:19
**only** [7] - 5:24, 20:12,
22:25, 23:3, 23:22,
24:3, 36:13
**operations** [4] - 7:13,
7:14, 8:15, 14:17
**opposed** [1] - 12:9
**order** [2] - 5:2, 22:10
**other** [20] - 5:10, 5:13,
14:3, 20:1, 20:12,
20:13, 21:9, 21:12,
24:3, 24:14, 28:4,
29:21, 30:23, 31:2,
31:4, 33:4, 34:3,

37:25, 40:7, 40:18
**otherwise** [1] - 42:13
**out** [11] - 13:4, 23:13,
24:9, 25:25, 27:14,
27:21, 28:22, 32:22,
37:18, 38:19, 38:22
**outside** [2] - 13:13,
21:7
**over** [7] - 4:21, 5:1,
5:9, 14:18, 14:20,
15:24, 21:4
**overall** [1] - 30:2
**oversees** [1] - 25:12
**owned** [1] - 20:11
**owner** [3] - 24:15,
33:8, 36:23

## P

**p.m** [1] - 1:20
**page** [2] - 21:23, 26:18
**PAGE** [1] - 3:3
**pages** [1] - 26:20
**paint** [8] - 10:7, 10:24,
11:19, 18:9, 18:13,
18:22, 19:7, 19:11
**paper** [1] - 41:3
**paperwork** [1] - 13:24
**particular** [2] - 7:8,
22:20
**party** [1] - 42:13
**past** [1] - 25:18
**path** [1] - 13:21
**Patrick** [3] - 1:16,
42:4, 42:21
**peers** [1] - 31:13
**Pelini** [1] - 2:4
**pending** [1] - 5:25
**people** [2] - 20:12,
27:23
**person** [4] - 13:8,
13:18, 23:3, 23:22
**personally** [2] - 31:5,
31:16
**persons** [1] - 24:3
**perspective** [1] - 40:5
**pet** [20] - 16:24, 21:17,
21:19, 21:20, 21:22,
21:25, 22:14, 24:25,
25:5, 25:18, 26:9,
26:22, 26:25, 27:17,
27:23, 28:10, 28:22,
29:14, 35:19, 36:9
**pet-friendly** [3] -
21:20, 27:23, 29:14
**Petro** [4] - 35:5, 35:7,
35:11, 35:24
**PETRO** [1] - 4:2
**pets** [2] - 21:21, 26:23
**pick** [2] - 23:12, 24:9

**picture** [1] - 26:7
**piece** [1] - 12:20
**place** [9] - 18:8, 21:3,
30:1, 30:20, 30:23,
31:2, 37:5, 38:6,
42:11
**PLAINTIFF'S** [1] - 3:6
**Plaintiffs** [3] - 1:6,
1:14, 2:2
**planning** [1] - 15:25
**point** [6] - 10:13, 12:5,
17:20, 32:23, 33:5,
35:8
**point-of-sale** [3] -
32:23, 33:5, 35:8
**policy** [30] - 21:17,
21:19, 21:23, 21:25,
22:5, 24:25, 25:5,
25:18, 25:24, 26:4,
26:5, 26:6, 26:7,
26:9, 26:17, 26:18,
27:6, 27:9, 27:10,
27:11, 27:13, 27:17,
28:10, 28:14, 28:22,
28:25, 35:19, 35:22,
36:9
**position** [2] - 6:23,
7:12
**possibility** [1] - 33:18
**posted** [2] - 26:10,
26:12
**potentially** [3] - 9:11,
10:9, 33:2
**Premier** [1] - 1:24
**prepare** [1] - 37:24
**prepared** [1] - 42:8
**presence** [1] - 42:8
**present** [1] - 19:13
**pretty** [12] - 15:22,
17:22, 22:4, 24:16,
27:4, 27:7, 29:13,
31:22, 35:12, 37:17,
41:9
**prevention** [1] - 14:23
**previous** [2] - 12:15,
33:24
**prior** [5] - 7:11, 8:3,
22:21, 27:13, 34:4
**pro** [3] - 16:15, 17:16,
24:5
**probably** [9] - 6:5,
13:13, 20:12, 23:15,
24:4, 26:1, 26:22,
35:6, 38:19
**Procedure** [1] - 1:15
**process** [1] - 32:8
**produced** [2] - 19:3,
42:8
**properly** [1] - 5:4
**protocols** [1] - 9:9

provide [2] - 21:24, 29:22
provided [2] - 29:24, 35:13
Public [3] - 1:17, 42:4, 42:21
published [2] - 41:4, 41:5
purchase [1] - 32:5
purchased [1] - 32:3
purposes [1] - 28:11
pursuant [1] - 1:14
put [6] - 8:18, 10:10, 10:22, 11:11, 11:12, 41:2
putting [1] - 13:6

**Q**

qualified [1] - 42:5
question [12] - 5:6, 5:25, 6:1, 6:6, 6:8, 6:10, 6:12, 6:13, 6:14, 30:3, 30:4
questions [4] - 4:24, 28:17, 33:25, 34:15
quote [1] - 41:4

**R**

Ray [22] - 14:22, 16:13, 17:19, 17:20, 17:22, 18:11, 18:12, 18:19, 24:11, 24:12, 24:17, 32:21, 32:23, 33:18, 35:5, 36:2, 37:19, 39:13, 39:15, 40:8
RAYMOND [1] - 4:2
re [1] - 27:9
read [4] - 22:6, 26:6, 41:3, 41:10
really [1] - 39:17
Realtime [1] - 1:17, 42:4
Realtor [2] - 32:5, 32:7
reared [1] - 17:1
reason [2] - 5:20, 26:15
recall [3] - 24:18, 29:11, 31:21
recently [1] - 39:1
recognize [1] - 23:19
recollection [1] - 19:14
record [6] - 4:13, 6:7, 34:8, 34:10, 34:11, 40:21
reduced [1] - 42:7
referred [2] - 7:21

refresher [1] - 39:24
regard [2] - 9:13, 15:20
regards [1] - 25:19
Registered [2] - 1:16, 42:4
regular [1] - 11:5
relate [1] - 18:4
related [2] - 35:22, 36:9
relations [2] - 8:14
relative [1] - 42:12
remark [1] - 39:16
remember [2] - 24:10, 27:20
remembered [1] - 39:22
rephrase [2] - 6:10, 15:20
report [7] - 11:12, 11:13, 11:15, 17:25, 21:13, 36:19, 37:4
reported [12] - 12:8, 12:25, 13:2, 13:16, 13:20, 14:12, 14:14, 14:15, 36:15, 36:17, 37:7, 37:16
reporter [1] - 5:1
Reporter [4] - 1:17, 42:4, 42:4
reporting [2] - 9:5, 42:15
Reporting [1] - 1:24
reports [5] - 11:4, 12:11, 21:2, 31:1, 34:14
requirements [1] - 9:6
Resetar [2] - 2:9, 40:20
RESETAR [4] - 11:17, 38:19, 40:25, 41:17
responses [1] - 5:14
responsibilities [1] - 9:13
responsibility [1] - 8:21
responsible [2] - 9:14, 35:18
restroom [1] - 5:21
result [5] - 29:25, 30:13, 30:14, 30:20, 31:14
results [1] - 35:22
review [6] - 9:16, 11:4, 13:12, 13:14, 27:11, 36:10
reviews [1] - 22:5
right [20] - 4:21, 6:16, 6:25, 7:11, 7:17, 11:7, 11:25, 12:3,

18:22, 22:9, 24:21, 27:5, 34:20, 38:5, 38:25, 39:12, 39:15, 40:13, 41:3, 41:10
RMR [1] - 42:21
Roetzel [2] - 1:18, 2:9
role [1] - 34:23
rolled [2] - 27:20, 28:22
route [1] - 11:10
Rule [1] - 42:15
Rules [1] - 1:15
rules [1] - 5:3
run [1] - 8:13
rundown [1] - 12:15
running [1] - 7:1

**S**

safe [2] - 9:10, 29:22
safety [7] - 9:9, 9:15, 13:11, 13:14, 40:3, 40:5, 40:14
said [22] - 6:12, 16:1, 16:3, 16:8, 16:23, 16:24, 17:6, 20:21, 24:9, 25:17, 26:2, 26:4, 31:23, 39:2, 39:3, 39:8, 39:14, 39:17, 41:1, 41:10, 42:8
sale [3] - 32:23, 33:5, 35:8
same [10] - 11:9, 11:19, 12:25, 13:17, 13:22, 13:24, 19:5, 34:17, 34:21, 35:14
SARA [1] - 1:6
saw [2] - 10:15, 32:24
say [21] - 5:8, 6:25, 8:16, 10:4, 10:21, 13:16, 14:7, 14:14, 17:3, 17:4, 17:15, 18:5, 19:20, 23:6, 23:21, 24:4, 27:19, 28:16, 39:16, 40:21, 41:5
saying [4] - 5:2, 5:11, 20:17, 21:2
says [1] - 27:4
scenario [1] - 30:8
scenarios [1] - 21:9
seal [1] - 42:17
second [1] - 34:9
security [3] - 18:14, 35:2, 35:3
Sedgwick [7] - 11:17, 11:18, 12:8, 37:13, 37:15, 37:16
see [13] - 4:25, 10:8,

10:21, 11:2, 12:11, 12:13, 17:5, 17:6, 17:23, 18:4, 21:3, 40:17
seem [1] - 39:15
seems [1] - 8:19
seen [8] - 19:2, 20:2, 23:8, 30:17, 30:19, 31:1, 31:6, 31:10
segments [1] - 8:8
senior [4] - 12:2, 13:2, 15:22, 22:9
sense [3] - 6:3, 6:14, 14:4, 40:16
service [2] - 27:22, 28:2
services [1] - 16:15
set [1] - 42:17
setup [1] - 35:3
shake [1] - 37:18
she [27] - 5:17, 16:22, 16:23, 16:24, 17:1, 17:3, 17:4, 17:6, 19:4, 23:6, 24:5, 31:18, 39:2, 39:3, 39:6, 39:8, 39:10, 39:11, 39:14, 39:21, 41:7, 41:11
she's [3] - 31:19, 31:23, 41:2
short [1] - 41:9
should [5] - 12:4, 28:15, 34:22, 34:25
shouldn't [1] - 28:15
show [1] - 26:8
shown [1] - 26:20
similar [1] - 30:19
since [3] - 23:11, 27:12, 27:14, 32:11, 34:6
sitting [1] - 38:13
situation [2] - 12:6, 15:14
slip [3] - 10:21, 10:22, 10:24
SMs [1] - 34:17
some [11] - 6:10, 10:8, 10:9, 10:10, 22:11, 28:25, 30:13, 30:14, 33:2, 33:24, 40:20
somebody [9] - 12:19, 17:17, 25:1, 29:12, 30:9, 34:14, 35:2, 35:4, 36:8
someone [2] - 11:7, 35:25
something [8] - 9:15, 9:24, 10:21, 11:13, 13:12, 30:9, 33:3, 36:2

somewhat [1] - 33:25
somewhere [1] - 38:21
source [1] - 22:25
South [2] - 1:19, 2:10
speak [1] - 37:25
specific [2] - 7:1, 7:3
specifically [2] - 17:3, 24:19
specified [1] - 42:11
spell [1] - 4:13
spill [1] - 9:23
spills [1] - 9:11
spoke [3] - 7:15, 16:13, 23:4
spoken [3] - 31:21, 39:1, 40:7
spray [5] - 18:9, 18:12, 18:22, 19:7, 19:11
SS [1] - 42:2
Stacy [20] - 16:15, 16:17, 16:19, 16:20, 17:8, 20:1, 20:11, 22:22, 22:23, 22:25, 23:5, 23:21, 23:24, 26:1, 32:21, 33:6, 39:1, 39:21, 40:7
standard [1] - 15:18
standpoint [1] - 40:6
start [2] - 13:4, 37:19
started [1] - 4:9
starts [1] - 37:18
State [2] - 1:18, 42:5
STATE [1] - 42:2
state [2] - 4:12, 17:2
stated [2] - 16:14, 16:22
states [1] - 31:4
STATES [1] - 1:1
Stenotypy [1] - 42:7
step [1] - 11:24
stiffing [1] - 38:12
stock [1] - 9:25
store [59] - 6:24, 6:25, 7:1, 7:3, 7:9, 7:11, 7:23, 7:25, 8:1, 8:8, 8:10, 8:18, 9:10, 9:14, 11:8, 11:9, 12:13, 14:6, 14:8, 18:20, 19:4, 19:5, 19:13, 20:1, 20:17, 20:22, 22:7, 22:10, 22:21, 23:2, 23:8, 23:20, 25:4, 26:10, 26:13, 26:21, 28:19, 29:6, 29:14, 29:23, 30:1, 30:11, 30:23, 31:19, 32:17, 33:11, 34:2, 34:14, 35:6, 35:16, 35:17, 36:7,

36:13, 37:2, 39:2, 39:14, 40:4, 40:15
**stores** [1] - 25:13
**Street** [2] - 1:19, 2:10
**structure** [1] - 36:6
**structured** [1] - 15:21
**stuff** [1] - 28:1
**subsequently** [1] - 16:14
**substantive** [1] - 31:24
**Suite** [2] - 1:19, 2:4
**summary** [1] - 26:22
**SUMMIT** [1] - 42:3
**sun** [1] - 8:16
**superior** [1] - 34:20
**supposed** [2] - 10:17, 38:8
**sure** [24] - 10:1, 11:21, 17:18, 22:3, 22:4, 23:14, 24:16, 24:22, 27:4, 31:7, 31:15, 31:22, 34:1, 34:24, 35:12, 36:14, 36:24, 37:11, 37:17, 38:5, 40:5, 40:16, 41:7
**surprising** [1] - 18:18
**swiped** [1] - 32:25
**sworn** [2] - 4:3, 42:6
**system** [7] - 10:11, 11:9, 12:7, 12:25, 13:1, 13:7, 13:10

## T

**take** [8] - 5:17, 5:20, 6:1, 10:17, 10:20, 13:4, 30:19, 36:21
**taken** [6] - 1:15, 30:23, 31:2, 37:4, 40:25, 42:11
**takes** [1] - 29:6
**taking** [6] - 5:1, 21:3, 30:1, 38:22, 40:17, 40:20
**talk** [13] - 8:11, 10:3, 16:3, 16:18, 29:10, 31:13, 34:13, 35:2, 35:5, 38:7, 38:14, 39:6, 40:3
**talked** [11] - 14:25, 16:20, 19:24, 23:5, 23:6, 25:17, 26:1, 32:10, 33:17, 35:24, 39:6
**talking** [9] - 5:9, 8:1, 10:6, 13:12, 17:17, 18:8, 27:5, 27:7, 35:14
**team** [4] - 15:23, 24:6,

28:17, 35:20
**tell** [9] - 14:15, 16:6, 16:8, 16:21, 18:3, 18:12, 23:7, 23:17, 32:22
**telling** [1] - 24:18
**term** [1] - 7:25
**terms** [2] - 9:9, 35:21
**testified** [2] - 4:4, 18:12
**testify** [1] - 42:6
**testimony** [4] - 41:6, 41:13, 42:7, 42:9
**than** [8] - 20:1, 20:14, 33:4, 34:16, 35:5, 35:11, 37:25, 40:7
**thank** [1] - 40:24
**thanks** [1] - 38:12
**that** [203] - 4:10, 5:1, 5:3, 5:4, 5:5, 5:13, 5:14, 5:25, 6:3, 6:7, 6:9, 6:13, 7:3, 7:8, 7:15, 8:20, 9:3, 9:5, 9:6, 9:11, 9:13, 9:14, 9:17, 9:25, 10:1, 10:8, 10:9, 10:10, 10:13, 10:15, 11:2, 11:7, 11:9, 11:13, 11:19, 11:21, 12:4, 12:5, 12:7, 12:17, 12:19, 12:25, 13:3, 13:7, 13:13, 14:3, 14:8, 14:11, 14:18, 14:21, 14:24, 15:3, 15:10, 15:14, 15:18, 15:21, 16:4, 16:9, 16:14, 16:22, 16:23, 16:25, 17:3, 17:13, 17:19, 17:20, 18:4, 18:6, 18:7, 18:12, 18:16, 18:19, 18:20, 19:9, 19:10, 19:11, 19:13, 19:18, 19:25, 20:1, 20:7, 20:11, 20:13, 20:17, 20:21, 20:25, 21:2, 21:13, 22:2, 22:4, 22:5, 22:6, 22:8, 22:16, 22:19, 23:1, 23:4, 23:6, 23:7, 23:15, 23:18, 23:22, 24:3, 24:12, 24:16, 24:19, 24:25, 25:5, 25:22, 26:17, 26:20, 26:25, 27:3, 27:12, 27:13, 27:16, 27:21, 28:1, 28:20, 28:22, 29:8, 29:10, 29:18, 29:25, 30:3, 30:4, 30:10, 30:13, 30:14, 30:17,

30:19, 30:23, 31:2, 31:9, 31:13, 32:8, 32:14, 32:17, 32:23, 32:24, 33:2, 33:3, 33:4, 33:5, 33:7, 33:8, 33:16, 33:18, 33:19, 34:2, 34:16, 34:17, 35:4, 35:10, 35:11, 35:14, 35:23, 35:25, 36:2, 36:8, 37:4, 37:7, 37:11, 37:20, 38:1, 39:3, 39:14, 39:16, 39:19, 40:8, 40:16, 40:18, 40:20, 40:22, 41:1, 41:17, 42:5, 42:7, 42:9, 42:10, 42:12, 42:14
**that's** [19] - 7:5, 10:21, 10:23, 11:8, 11:24, 17:6, 19:24, 23:3, 23:22, 24:6, 27:8, 28:2, 33:16, 33:17, 36:22, 36:25, 37:17, 38:25
**THE** [4] - 1:1, 38:20, 41:16, 41:18
**themselves** [1] - 12:21
**there** [27] - 4:17, 10:24, 14:18, 15:14, 16:9, 16:18, 16:22, 17:24, 18:22, 19:10, 19:15, 19:18, 21:3, 22:4, 22:7, 23:16, 23:24, 24:1, 26:6, 27:15, 27:25, 34:15, 34:22, 35:10, 35:25, 36:6, 36:19
**there's** [12] - 5:3, 9:2, 9:23, 9:24, 18:22, 23:15, 23:18, 27:25, 28:18, 33:2, 36:20, 40:18
**these** [2] - 21:2, 39:20
**they've** [2] - 23:8, 28:9
**thing** [6] - 4:11, 5:13, 5:24, 13:11, 22:8, 35:4
**things** [10] - 9:6, 9:11, 12:17, 14:18, 31:13, 33:17, 35:23, 36:20, 40:18, 40:21
**think** [28] - 4:10, 8:20, 10:8, 11:10, 16:13, 17:16, 18:23, 19:18, 20:10, 23:18, 24:1, 24:16, 25:23, 29:8, 29:14, 31:22, 32:6, 32:9, 33:2, 33:7, 33:23, 39:8, 39:9,

41:9, 41:12, 41:13
**this** [51] - 4:22, 5:4, 5:5, 5:22, 6:5, 7:22, 10:3, 10:25, 11:11, 12:8, 14:5, 14:21, 15:11, 16:2, 16:8, 17:9, 18:7, 18:20, 19:8, 19:15, 20:2, 20:18, 21:7, 22:20, 23:19, 24:10, 24:11, 25:19, 25:20, 25:24, 26:1, 26:4, 26:9, 28:21, 29:5, 31:8, 33:22, 33:25, 36:14, 37:4, 37:13, 39:4, 40:8, 41:9, 42:10, 42:13, 42:17
**those** [6] - 11:4, 12:11, 16:1, 24:14, 29:11, 34:15
**though** [1] - 40:5
**thought** [1] - 26:4
**three** [6] - 7:20, 8:7, 21:23, 26:18, 26:20, 27:19
**three-page** [2] - 21:23, 26:18
**through** [2] - 9:22, 12:16
**throughout** [4] - 7:22, 15:23, 15:25, 25:3
**time** [24] - 4:10, 11:2, 12:5, 12:8, 14:17, 16:7, 16:14, 16:16, 17:21, 19:4, 20:25, 24:23, 25:4, 28:21, 28:23, 32:3, 33:12, 34:2, 36:18, 39:9, 40:17, 40:19, 40:20, 42:11
**times** [1] - 27:10
**title** [1] - 25:10
**today** [7] - 5:14, 8:10, 23:20, 37:25, 38:4, 39:25, 40:18
**together** [1] - 32:14
**told** [2] - 16:3, 29:25
**Toledo** [1] - 30:11
**took** [2] - 17:9, 18:8
**top** [1] - 9:25
**track** [1] - 33:4
**training** [7] - 21:24, 22:4, 28:10, 29:25, 30:13, 30:14, 35:21
**transcribe** [1] - 41:2
**Transcription** [1] - 42:8
**transcription** [1] - 42:9
**true** [1] - 42:9

**truth** [3] - 42:6, 42:7
**try** [3] - 5:7, 11:21
**trying** [4] - 5:23, 19:9, 31:7, 32:21
**two** [1] - 20:12
**type** [4] - 10:10, 22:11, 35:4
**types** [1] - 11:4

## U

**uncomfortable** [1] - 5:24
**under** [3] - 4:25, 8:16, 42:15
**undersigned** [1] - 1:16
**understand** [5] - 6:9, 8:20, 12:19, 29:8, 29:18
**understood** [2] - 6:8, 6:13
**unfair** [1] - 21:5
**UNITED** [1] - 1:1
**unquote** [1] - 41:4
**until** [1] - 5:8
**up** [12] - 5:12, 10:1, 22:3, 22:5, 26:3, 29:4, 29:5, 29:18, 30:3, 33:20, 37:7, 41:15
**upset** [1] - 38:21
**us** [2] - 5:11, 36:17
**use** [1] - 5:21, 7:25
**used** [4] - 9:19, 33:3, 33:14, 35:12
**usually** [1] - 12:16

## V

**vacation** [1] - 38:11
**various** [1] - 24:22
**verbal** [2] - 5:15, 5:16
**versus** [2] - 1:7, 13:19
**very** [1] - 26:9
**vicinity** [1] - 20:13
**video** [7] - 18:19, 19:2, 19:3, 19:7, 19:11, 32:24, 33:5

## W

**Wadsworth** [3] - 7:18, 7:19, 8:3
**waiting** [1] - 38:13
**waive** [2] - 41:11, 41:14
**walk** [3] - 8:18, 9:16, 9:22
**walked** [2] - 10:23,

19:5

**want** [5] - 17:15, 22:8, 29:9, 34:1, 37:25
**wanted** [2] - 34:13, 35:2
**ways** [2] - 6:6, 8:17
**week** [4] - 12:15, 14:16, 15:11, 15:25
**week's** [1] - 12:15
**weekly** [1] - 15:18
**weeks** [2] - 39:4, 39:19
**whatever** [2] - 5:21, 16:2
**whatnot** [6] - 11:1, 26:24, 27:24, 28:2, 37:20, 39:5
**WHEREOF** [1] - 42:17
**WHEREUPON** [1] - 4:1
**whether** [7] - 22:15, 22:19, 23:1, 24:12, 28:14, 31:9, 36:7
**whole** [1] - 42:6
**why** [2] - 27:21, 38:16
**Williams** [7] - 2:4, 16:17, 20:1, 20:11, 22:25, 33:6, 39:1
**with** [45] - 5:14, 6:21, 7:12, 8:24, 9:2, 13:8, 14:8, 14:11, 14:16, 15:18, 15:22, 17:8, 17:15, 19:6, 19:9, 21:8, 21:12, 21:17, 22:12, 22:13, 23:12, 23:23, 24:23, 25:5, 25:7, 26:1, 28:7, 28:10, 28:17, 30:9, 31:7, 31:25, 33:20, 37:25, 39:1, 39:21, 40:7, 40:14, 40:19, 40:22, 41:17, 42:15
**within** [2] - 42:4, 42:5
**within-named** [1] - 42:5
**without** [1] - 42:11
**WITNESS** [4] - 38:20, 41:16, 41:18, 42:17
**witness** [5] - 5:12, 11:20, 19:20, 20:8, 42:8
**Witness** [2] - 1:13, 42:6
**wondered** [1] - 38:16
**words** [3] - 8:18, 14:15, 21:19
**work** [6] - 6:19, 7:17, 8:4, 10:7, 22:2, 23:24
**worked** [3] - 7:8,

16:15, 24:5
**workers'** [1] - 14:1
**working** [1] - 8:3
**works** [1] - 4:22
**worry** [1] - 38:24
**would** [49] - 11:2, 11:9, 11:10, 11:11, 11:12, 11:25, 12:2, 12:25, 13:2, 13:4, 13:13, 15:18, 18:4, 19:9, 19:10, 21:2, 21:5, 21:6, 21:21, 22:8, 22:17, 22:25, 23:18, 23:21, 24:1, 24:3, 24:4, 24:16, 24:17, 29:9, 29:23, 30:13, 31:5, 34:16, 34:17, 34:21, 35:10, 35:13, 35:16, 35:17, 35:25, 36:1, 36:22, 36:25, 37:21, 40:14
**wouldn't** [3] - 18:18, 33:15, 36:2
**wow** [1] - 27:19
**written** [1] - 9:19
**www. premierreporters. com** [1] - 1:25

## Y

**years** [11] - 4:18, 6:22, 7:10, 7:20, 20:23, 20:24, 20:25, 21:5, 27:19, 32:9

## Z

**zone** [1] - 8:8
**zones** [1] - 8:8