1          IN THE UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF OHIO

3                EASTERN DIVISION

4

5   KRYSTAL MOSHOLDER, et al., ) CASE NO. 5:18cv1325
                               )
6            Plaintiffs,       ) JUDGE SARA LIOI
                               )
7   versus                     )
                               ) **DEPOSITION OF**
8   LOWE'S COMPANIES, INC.,     )
    et al.,                    ) **RAYMOND PETRO**
9                               )
             Defendants.        )
10

11                  - - - - - - -

12

13        Deposition of **RAYMOND PETRO**, a Witness herein,

14   called by the Plaintiffs for Cross-Examination pursuant

15   to the Ohio Rules of Civil Procedure, taken before me,

16   the undersigned, Anika W. Patrick, a Registered Merit

17   Reporter, Certified Realtime Reporter and Notary Public

18   in and for the State of Ohio, at the offices of Roetzel

19   & Andress, 222 South Main Street, Suite 400, Akron,

20   Ohio, on Friday, December 20, 2019, at 1:08 p.m.

21

22

23

24              **Premier Court Reporting**
         **Canton 330.492.4221    Akron 330.928.1418**
25              **www.premierreporters.com**

1    APPEARANCES:

2

         On Behalf of the Plaintiffs:
3
             Craig M. Eoff, Esq.
4            Pelini, Campbell & Williams, LLC
             Bretton Commons, Suite 400
5            8040 Cleveland Avenue N.W.
             North Canton, Ohio 44720
6            330.305.6400
             ceoff@pelini-law.com
7

8        On Behalf of the Defendants:

9            Nicholas P. Resetar, Esq.
             Roetzel & Andress
10           222 South Main Street
             Akron, Ohio 44308
11           330376.2700
             nresetar@ralaw.com
12

13                   - - - - - - -

14

15

16

17

18

19

20

21

22

23

24

25

1                         I N D E X

2

3    EXAMINATION BY                              PAGE

4     Mr. Eoff                                    4

5

6    PLAINTIFF'S EXHIBITS MARKED

7     None

8

9    DEFENDANT'S EXHIBITS MARKED

10    None

11

12                   - - - - - -

13

14

15

16

17

18

19

20

21

22

23

24

25

WHEREUPON,

RAYMOND PETRO,

after being first duly sworn, as hereinafter

certified, testified as follows:

CROSS-EXAMINATION

BY MR. EOFF:

Q.   Okay.  Ray, my name is Craig Eoff.  We just met a
few moments ago before the start of the
deposition.  I represent the Plaintiffs in this
matter, Danny and Krystal Mosholder.  Could you
please state your name and spell your last name
for the record?

A.   Raymond Petro, P-e-t-r-o.

Q.   Okay.  And, Raymond -- do you care if I call you
Ray?

A.   Ray is preferable.

Q.   Okay.  That's fine.  So, Ray, let me ask you,
where do you currently reside?

A.   I live in Cuyahoga Falls.

Q.   What's your address?

A.   2606 Owaisa Road, O-w-a-i-s-a, Road, in the Falls
44221.

Q.   Okay.  Thank you.  So are you currently employed?

A.   At Lowe's, yes.

Q.   And you work for Lowe's?

1   A.   Yes.

2   Q.   Do you have a specific store location that you

3        work for?

4   A.   No.  I cover multiple locations.  So I work for

5        District 848, so --

6   Q.   Okay.  So let's back up a second and start with,

7        what do you do for Lowe's?  What's your job title?

8   A.   Well, they just changed it again, so my official

9        title as of today is the senior asset protection

10       manager.

11   Q.   And what does the senior asset protection manager

12       do?  Give me a description of your duties.

13   A.   It's trifold.  We work with the internal and

14       external shrink and investigations involved in

15       such.  We also work with the operations side as

16       far as inventory management and helping the stores

17       make their, you know, financial numbers.  So a lot

18       of what we do is helping to make the stores

19       profitable from a shrink and loss standpoint.  And

20       then the last part of our job is safety.  So we're

21       in charge of safety partnership with the stores to

22       help develop safety cultures within the stores,

23       prevent injuries.

24   Q.   Okay.  So let's take each piece of that for a

25       second.  You're talking about shrinkage and loss

1       prevention.  Obviously we're talking about people

2       that are trying to steal from the store and

3       shoplift, correct?

4   A.  Uh-huh.  Correct.

5   Q.  So what types of things do you get involved in

6       there that help Lowe's prevent those things?

7   A.  A lot of what we do is communication and

8       identification.  Once we identify it, you know, we

9       communicate it, train the associates to help

10      prevent it.  All that we do when it comes to an

11      external piece like that when it's a shoplifter is

12      based off customer service.  We try to encourage

13      the customers or the employees to customer service

14      the people to limit the ability to steal or to

15      make it so difficult that they know that we would

16      know so that they would just prefer to leave and

17      go somewhere else.  That's the essence of what we

18      do with that.

19  Q.  So are you saying that -- this is interesting.  I

20      think I might have just learned something.  Are

21      you saying that one of the reasons that when

22      you're walking through the store as a customer

23      that you have people coming up to you and asking

24      you if they want help -- if you need help or if

25      you're looking for something is that they're

1          trying to maintain that contact and make sure

2          people understand there's a presence around?

3    A.    The most important part is the customer service

4          presence, to let actual customers understand that

5          we're there for them, we're there to help them and

6          meet whatever needs they would have.  But if that

7          person happens to be a shoplifter, they also are

8          aware that we're there to help meet all their

9          needs, which then would limit their ability for

10         that quiet corner in the store where they can

11         shoplift without --

12   Q.    Sure.  Right.  Somebody's around?

13   A.    Right.

14   Q.    Yeah, that's interesting.  Okay.  So I'm assuming

15         then as part of that, though, there's obviously

16         security cameras?

17   A.    Correct.

18   Q.    Are you directly involved in monitoring those

19         cameras or do you train people that do that?

20   A.    I am directly responsible for those cameras and

21         making sure that, you know, they're up to date,

22         they're working, all that.

23   Q.    Okay.

24   A.    We do train the store associates to use them as

25         needed because there are times when they would

1      also need to view them.  But most of the camera

2      work is done by myself and my peers.

3  Q.  And when you say, "most of the camera work," are

4      we talking about the installation of the cameras?

5  A.  No, no.  We're talking just the use of them for

6      our business purposes.

7  Q.  Who handles the installation of the cameras?

8  A.  It usually is a third-party vendor.  Right now we

9      use Johnson Controls, which is also Sensormatic,

10     Tyco.  And I can give you eight more different

11     parent company names.  But Sensormatic is the

12     original guys that I've dealt with for the longest

13     time, and there was a different company before

14     them.

15  Q.  So they'll come up and set up the cameras, I'm

16     assuming, where Lowe's directs them to put them?

17  A.  Correct.  That's done at a corporate level.  We

18     don't have that input at the store levels.  They

19     pick a camera package where they feel it best

20     suits that store.  And the camera packages

21     generally are determined by the revenue of the

22     store, the location of the store, like the

23     high-theft nature of the store versus, you know,

24     the lower-theft nature.  And so they pick that

25     camera package and they install it.  And every

1          store is different.  I would like to say that
2          every store was exactly the same, and they're not.
3    Q.    Okay.
4    A.    So they are very different.  Some stores have many
5          more cameras than others, and others, you know,
6          have very few.
7    Q.    So the neighborhood, if you will, and the quality
8          of the neighborhood is going to impact how many
9          cameras are in a given store location?
10   A.    Right.  They use demographics for that.  Like the
11         corporate level pulls that stuff and looks at what
12         the crime level for that demographic area is going
13         in, because you never know.  You could open up a
14         store and you think it would be a low-theft store
15         in a very, you know, maybe rural area with low
16         shrink and it ends up being the exact opposite.
17         So sometimes they have to do that after the fact.
18         And they will make those decisions and change
19         stuff down the line, potentially.
20   Q.    So does someone in your position get any input on
21         that?  Do you have an opportunity to opine?
22   A.    I do.  I do send my opinions up to see if they
23         maybe would change.  Generally, I don't have much
24         of an impact, though.
25   Q.    Okay.  Once the camera system, whatever package

1  they decide to install, is put in place, there's

2  obviously some place in each of those stores where

3  someone can sit in front of monitors and see

4  what's on those cameras, right?

5 A. Correct.

6 Q. Okay.  Are those folks people that are under your

7  purview?

8 A. Well, most of them are me.  I mean, that would

9  be -- you know, my level would do that.

10 Q. Okay.

11 A. And then, like I said, we would train store

12  associates on occasions to use them as needed,

13  because sometimes they use them for employee

14  watching, making sure that the employees are being

15  productive and things like that, as well.  Not

16  just, you know, straight shoplifting and the other

17  thing.

18 Q. Sure.  And I would assume you're also looking for

19  employees who might be stealing?

20 A. We do use them for that.

21 Q. That's just a reality of a --

22 A. Every register we have almost has two to three

23  cameras on it for that specific reason.

24 Q. Okay.  Okay.  How about -- so when we're looking

25  at wherever this room is, wherever -- let me go

| | | |
|---|---|---|
| 1 | | back. Let's talk about the Brimfield store -- |
| 2 | A. | The Brimfield store, yeah. |
| 3 | Q. | -- that we're talking about in this lawsuit. And |
| 4 | | I'll just refer to that store as the Brimfield |
| 5 | | store. In fact, I think I have the address of 218 |
| 6 | | Nicholas Way, Kent, Ohio; is that correct? |
| 7 | A. | That's correct. |
| 8 | Q. | And that's the store where the dog bite incident |
| 9 | | of March 15, 2018 involving Krystal Mosholder -- |
| 10 | | to your knowledge, that's the store it took place |
| 11 | | in? |
| 12 | A. | Yes. |
| 13 | Q. | So when I say "the Brimfield store," that's the |
| 14 | | store I'm talking about. |
| 15 | A. | Okay. |
| 16 | Q. | And you know what? This is a good time -- I |
| 17 | | completely forgot. I jumped ahead. There are a |
| 18 | | few things about taking a deposition that you |
| 19 | | probably should know that I should have covered at |
| 20 | | the very beginning and I forgot. So let me do |
| 21 | | that real quick. First and foremost, if you need |
| 22 | | to take a break, let me know. |
| 23 | A. | Okay. |
| 24 | Q. | I've got no intention here to turn this into an |
| 25 | | inquisition. If you need a break, the only thing |

1      I ask is if I have a question pending, that you

2      answer my question before we break. Okay?

3  A.   Okay.

4  Q.   The second thing is that as you can see, the court

5      reporter is taking down everything that you and I

6      say. You're doing a great job of responding to me

7      verbally. Make sure you continue to do that. She

8      can't take down nods of the head and things of

9      that nature. And obviously, that doesn't make a

10     good record. Okay?

11        And then this is something I'm terrible

12     at. We'll have to work together on this. We've

13     got to try not to talk over each other because

14     it's hard to take down two people talking at the

15     same time. So I'll do the best I can to let you

16     finish talking before I ask my next question, and

17     you let me finish asking my question.

18  A.   No problem.

19  Q.   In the event that your counsel objects, obviously

20     let him, you know, say what he needs to say before

21     you start talking. And then last is that in the

22     event that you answer my question, I am going to

23     assume that you understood it.

24  A.   Okay.

25  Q.   Okay. Fair enough? So if I ask a question that

1       you don't understand, make sure that you say so.

2   A.  Ask for clarification.

3   Q.  Yeah.  And I'll try to help you, because sometimes

4       I ask bad questions.  I mean, that happens, too.

5               Okay.  So back to what we were talking

6       about.  At the Brimfield store, where in the store

7       is the place located where these monitors are?

8   A.  The AP office is what it's called, is located at

9       the front of the building, right where the

10      customer service area is.  There is a set of

11      offices and it's in those offices right there.

12  Q.  Okay.  So I know exactly -- I can see that setup

13      because like many other people, I've been in a

14      Lowe's a thousand times.  So is there always

15      somebody in that office?

16  A.  No, there's not.

17  Q.  Okay.  So there is not someone watching those

18      cameras or watching those video screens at all

19      times the store is open?

20  A.  No, there's not.

21  Q.  Okay.  Why is that?

22  A.  Our position is not really to do the camera

23      watching all the time like that.  A lot of what we

24      do is review video.  I do a lot more work with

25      recorded video than I do with live video because

1    our job a lot of times is going backwards and

2    doing research and reviewing those cameras.

3         And that store at the time of this

4    incident, the alleged incident, is what we call a

5    non-LP or non-staffed store.  So the revenue level

6    of that store wasn't high enough to support the

7    payment or the, you know, the, I guess the

8    employment of a loss prevention officer.  So it

9    was what we called a non-LP store at that time.

10        And so I had a couple other people that

11   I -- my peers that I worked with, we would go to

12   that store and, you know, as issues would arise

13   and handle them.

14   Q.  So when you were talking about, I think you

15       mentioned that you oversee what you called, I

16       thought you referred to it as District 848?

17   A.  Right.  I -- we have -- my position now, we break

18       a district up into pods.  I have the northern pod

19       of the market, so I have the north of District 848

20       and I have two peers that cover the southwest and

21       southeast of it.

22   Q.  So the stores that you cover, that northern pod,

23       if you will, what are the other stores?  I'm

24       assuming that Brimfield is part of that?

25   A.  Brimfield is part of that.

1    Q.    Okay.

2    A.    And then I also have the Stow location.

3    Q.    Okay.

4    A.    I have the Green location located on Arlington

5          Road in Akron.

6    Q.    Okay.  I'm in there all the time.  I'll say hi to

7          you.

8    A.    And the Fairlawn store located over right off the

9          highway there and 186, what is it, Massillon,

10         Akron, Cleveland Road, I believe, something like

11         that.

12   Q.    Yes, I know exactly where you're talking about.

13   A.    And then the last location I have is in Wadsworth.

14   Q.    Okay.  So if I counted right, that's five stores?

15   A.    Five stores.

16   Q.    Okay.  So talk to me a little bit about how

17         you -- how do you divide your time amongst five

18         stores?

19   A.    In general, we try to visit every store once a

20         week.  Right now.  At that time the separation of

21         the duties was much different than it is today.

22         So at that time that store was a once every two to

23         three week visit.

24   Q.    The Brimfield store?

25   A.    The Brimfield store at that time.  We would go to

1      that store, you know, once every two to three

2      weeks. We would go in, meet with the store

3      manager, ask what their business needs were and do

4      our best to support them and come back again every

5      two to three weeks.

6  Q.  Okay. So at this point in time I'm getting the

7      impression that that's changed, too. You try to

8      go to each of those stores every week?

9  A.  Correct. They did change the way that the

10     business is run now and they created a district

11     level position called senior asset protection,

12     which is my title now.

13  Q.  Sure.

14  A.  And we actually get an opportunity to go to stores

15     more than we did with the old setup just because

16     of the way our team was set up. The other parts

17     of the company, every store was staffed. So they

18     had -- it was a much different format, whereas

19     those markets maybe had 15, 18 loss prevention

20     officers and there was somebody in every building

21     because they had a higher revenue tier, higher

22     theft and they required them. Our market never

23     had somebody in every store.

24  Q.  Okay.

25  A.  So actually, when we had to change, we're actually

1      going to stores more often than we were prior,

2      whereas before the change we only went to the

3      stores once every two to three weeks.

4   Q.  Okay.  So when you talk about the higher-revenue,

5      higher-theft stores, it seemed to probably get

6      more attention than maybe the other stores?

7   A.  Exactly.

8   Q.  Do those two things go hand-in-hand?  Are the

9      higher-revenue stores also the higher-theft

10      stores, typically?  I think it would be the

11      inverse relationship.

12   A.  No.  What the higher revenue indicates is more

13      product, more personnel, which is operationally

14      the opportunities that we look at for internal

15      loss from operations and processes.  So the reason

16      that we staff the higher volume stores is so that

17      there's somebody there helping manage all the

18      processes from receiving, stocking, selling to

19      prevent loss.

20           High shrink is the other end of the

21      thing.  We are there for high external shrinks.

22      We have somebody there to prevent large numbers of

23      shoplifting incidents.

24   Q.  Sure.

25   A.  So there are high-theft and high-revenue stores,

|    |    |                                                          |
|----|----|----------------------------------------------------------|
| 1  |    | but they're not -- they don't go hand-in-hand.           |
| 2  | Q. | They don't go hand-in-hand.  So in other words,          |
| 3  |    | you only have to be one of those two things --           |
| 4  | A. | Correct.                                                 |
| 5  | Q. | -- and you get the additional attention?                 |
| 6  | A. | Correct.                                                 |
| 7  | Q. | Okay.  Fair enough.  That makes sense to me.  So         |
| 8  |    | give me an example in the area -- and this has           |
| 9  |    | really got very little to do with your deposition        |
| 10 |    | and more just to get me to understand it.  Give me       |
| 11 |    | an example in the area of a store that is a              |
| 12 |    | high-revenue store.                                      |
| 13 | A. | The closest high revenue for us would be New             |
| 14 |    | Philadelphia.                                            |
| 15 | Q. | Do you know how they determine that?  Is there           |
| 16 |    | like a number that you become high revenue?              |
| 17 |    | MR. RESETAR:  I'm going to object to a                   |
| 18 |    | number only because that's proprietary.                  |
| 19 |    | MR. EOFF:  How about we don't get the                    |
| 20 |    | actual number, but --                                    |
| 21 |    | MR. RESETAR:  Yeah, yeah.                                 |
| 22 | Q. | But I'm assuming that you have to reach a certain        |
| 23 |    | sales volume.  Is that a fair way to ask it?             |
| 24 | A. | Sales volume is fair.                                     |
| 25 | Q. | So you reach a certain sales volume before you           |

| | | |
|---|---|---|
| 1 | | become a high-revenue store? |
| 2 | A. | (Witness nodding head up and down.) |
| 3 | Q. | Okay. Do you -- I mean, so -- you could get on |
| 4 | | that list without necessarily a profit-and-loss |
| 5 | | function, but the volume of your sales will get |
| 6 | | you on that list? |
| 7 | A. | There's tiers. The company has predetermined |
| 8 | | tiers. |
| 9 | Q. | Okay. |
| 10 | A. | And once you reach one of the certain tiers, then |
| 11 | | you would qualify, you know, for a loss prevention |
| 12 | | officer at that time. |
| 13 | Q. | Okay. |
| 14 | A. | And, you know, like I said, they would go |
| 15 | | hand-in-hand. If you reach a certain tier for |
| 16 | | theft, you would also. And they, you know, they |
| 17 | | scale. |
| 18 | Q. | So it's really a formulaic equation. I mean, |
| 19 | | someone evaluates data, and when you reach a |
| 20 | | certain point, that extra body goes in the store? |
| 21 | A. | That's fair. |
| 22 | Q. | Okay. Okay. So give me an example in the area of |
| 23 | | a high-theft location. |
| 24 | A. | Bedford Heights. |
| 25 | Q. | Bedford Heights, okay. Okay. So understanding |

|   |   |
|---|---|
| 1 |    | those as examples -- and it's two areas that at |
| 2 |    | least I know, so I get it -- where does Brimfield |
| 3 |    | fall in that?  Are they -- is Brimfield -- I |
| 4 |    | assume that Brimfield is not either a high-revenue |
| 5 |    | or a high-loss store, correct? |
| 6 | A. | They're a middle revenue. |
| 7 | Q. | Okay. |
| 8 | A. | What Lowe's would be considered a -- you know, of |
| 9 |    | the tiers, they're in the middle.  And |
| 10 |   | historically they've been at the very low end on |
| 11 |   | the theft scale, which is why, you know, they're |
| 12 |   | really close.  They're a store that was -- is very |
| 13 |   | close at that time that could have earned, you |
| 14 |   | know, before the structure change, could have very |
| 15 |   | easily earned itself to have a loss prevention |
| 16 |   | person in it.  They were getting to that point. |
| 17 | Q. | From a theft standpoint? |
| 18 | A. | No, more from a -- |
| 19 | Q. | Sales standpoint? |
| 20 | A. | -- sales standpoint. |
| 21 | Q. | Just out of my own curiosity, what about Green? |
| 22 | A. | Green is also -- at that time was a non-staffed |
| 23 |   | location. |
| 24 | Q. | Okay. |
| 25 | A. | And they're a much higher shrink store on that |

1            side, but they're a lower revenue.

2    Q.    Okay.  There are some -- that's some surprising

3          tidbits there.

4                  MR. RESETAR:  They're going to start

5              staffing that store now that you know that.

6                  MR. EOFF:  Well, you know, I mean, as a

7              resident of Green, I just always assumed we

8              were above-board, quality people and didn't

9              have those problems.

10   A.    Well, if you know the location.

11   Q.    I do, yeah.

12   A.    Unfortunately for the -- when it comes to high

13         shrink, the Wal-Mart store is less than a mile

14         away.

15   Q.    Doesn't help the cause.

16   A.    One of the highest shrinking stores in the state

17         of Ohio.

18   Q.    Was it really?  Well, you know, it's interesting

19         because, you know, that store sits in the City of

20         Green, but, I mean, you can hit a golf ball to the

21         City of Akron from where you're at there.  You

22         know what I mean?  You're very close.  You're

23         almost out of Green at that point.  Anyway, okay.

24                So we covered that those video monitors

25         are not being looked at at all times.  You

1      indicated that you spent a fair amount of your

2      time going back and looking at tape from the

3      cameras.

4  A.  Yes.

5  Q.  Is that something that you do regularly just to

6      look for things or is that something that you do

7      because you've got to report or some type of an

8      incident and you're going back specifically to

9      look for something?

10  A.  It's a combination of both.

11  Q.  Okay.

12  A.  It is a combination.  It just depends on what our

13      agendas are or our plans are.  A lot of times

14      reports or incidents do dictate what we do.  And

15      sometimes, you know, we're looking to validate

16      processes and things and we uncover stuff.  We

17      didn't have an agenda going in, we were just

18      looking at video to potentially look for

19      something.

20  Q.  You're analyzing?

21  A.  Right.  So we do both.

22  Q.  So in an instance like a dog bite situation like

23      we're here to talk about today, you would have

24      gotten a report of my client's dog bite incident

25      and that's what caused you to go back and look

1          through the video to pull the video that we

2          received in this case, correct?

3    A.    I was actually requested to do so after the store

4          was notified.  They obviously forwarded it up to

5          our claims division and then I got an e-mail

6          asking me to go pull that video for them.

7    Q.    Okay.

8    A.    And that's what I did.

9    Q.    Okay.  So how much time in a given week do you

10         think typically, and I'm just looking for an

11         average here, do you think you spend looking at

12         video?

13   A.    It -- it depends what our -- what we're working

14         on.  There's days where I may not look at video at

15         all.

16   Q.    Okay.

17   A.    And then there's other days where I might look at

18         video for eight to ten hours.

19   Q.    Okay.  So if we take that time that you're looking

20         at video, how much of that in terms of

21         percentages, is it half or something along those

22         lines of how much of that you're looking backwards

23         for some specific incident or reason that you've

24         been requested versus analyzing what's going on in

25         the store?

1   A.   Are you asking for, like, a percentage, would you

2        say?

3   Q.   Yeah, if you could give me an idea.

4   A.   Again, it just depends on what the current, you

5        know --

6   Q.   Sure.

7   A.   I guess what the current atmosphere or environment

8        of where we're at.  There's times when shoplifting

9        becomes a very big part of what we're doing.  Like

10       in this season right now, shoplifting has

11       become -- so a lot of what I've been doing video

12       watching has been for shoplifting incidents going

13       backwards.

14   Q.   Is that typically more what you're looking for

15       when you're going back, looking for incidents that

16       you know are specific?

17   A.   Yeah, generally when we're looking for specific

18       incidents, it's usually related to a shoplifting,

19       an internal or potential safety.  I mean,

20       generally.

21   Q.   You could be looking for accidents that took place

22       in the store, someone got injured?

23   A.   Yes, we do do that.

24   Q.   Okay.  You would characterize that as

25       being -- taking less of your time or there's fewer

1    of those incidents than when you're looking for

2    theft?

3  A.  Hopefully so.  That's our goal, is that we don't

4    have that many safety incidents that require

5    review, yes.

6  Q.  Sure.  I assume you look at a dog bite situation

7    as a safety incident?

8  A.  I would, yes.

9  Q.  Okay.  So when you're doing that, looking at your

10    safety incidents and thinking about the dog bites,

11    how often do you find yourself going back to look

12    for incidents involving animals in the store in

13    Brimfield?

14  A.  This was the first and only one that I've had.

15  Q.  Okay.  And how long would you have been the

16    person -- how long has it been since you would

17    have been the person responsible to go back and

18    look at the video for that particular location?

19  A.  We looked at it right after the notification.  We

20    submitted the video and then, to be honest, I

21    don't think I reviewed it for quite some time.

22        MR. RESETAR:  I'm trying to help you out.

23      I think I know what you're asking.  I don't

24      think he understands the question.

25  Q.  Yeah, let me ask again.  So I'm just trying to

1        figure out, so how long have you been employed by

2        Lowe's?

3  A.   Almost ten years.  About nine and a half right

4        now.

5  Q.   Prior to your current position, what was your

6        position?

7  A.   I was a store manager at a different retailer.

8  Q.   And you were -- where were you at?

9  A.   Aaron's Leasing.

10  Q.   Okay.  You, since the time that you left Aaron's

11        Leasing and came to Lowe's, have you always been

12        in a position, whether the title changed or not,

13        but you've been essentially in the same position

14        in terms of what you've described to me today?

15  A.   Yes, from day one I've been nothing at Lowe's

16        other than loss prevention, asset protection,

17        safety, operation, yeah.

18  Q.   Okay.  Perfect.  So how long during that ten-year

19        period of time has it been since you would have

20        been responsible to review incident footage for

21        the Brimfield location?

22  A.   The first time I was officially, officially

23        assigned Brimfield was probably five years ago.

24        And then as I train -- I'm a trainer, so I do a

25        lot of the training.  So as we would bring new

1  loss prevention people on board, I would give up

2  the Brimfield store to allow them to have

3  experience covering a second location. So of my

4  ten years, I've been involved sporadically with

5  the store, but I would say that I have probably

6  been directly responsible for that store of that

7  ten, probably at least three of it.

8 Q. Okay. So in the last three years you are

9  confident in telling me that the only dog bite

10  incident you've reviewed for the Brimfield

11  location is the dog bite incident that we're

12  talking about today?

13 A. To the best of my knowledge, that's the only one

14  that I remember being.

15 Q. Okay. You don't have any knowledge of any other

16  incidents?

17 A. No, not that I know of.

18 Q. Did -- sorry. Go ahead.

19 A. Yeah, only if the -- only if the stores required

20  me to have to review it, but I have not been --

21 Q. So I guess it's theoretically possible that there

22  was another dog bite incident but you weren't

23  asked to review it? Is that possible?

24 A. I would say potentially. It would be very small

25  because generally, they do review all that with

1      me.

2  Q.  Okay.  So let's go there for a second.  Who

3      else -- is there anyone else that could be charged

4      with the responsibility --

5  A.  The store manager.

6  Q.  The store manager.  So between you and the store

7      manager, as I'm talking about the Brimfield

8      location in the last three years, there wouldn't

9      be anybody else that you would think would be

10     charged with the responsibility to go back and

11     look at videos of dog bite incidents other than

12     the two of you?

13  A.  Yeah, they may ask an assistant manager to look at

14     it, but ultimately it would fall to the store

15     manager as the ultimate responsibility.

16  Q.  Okay.  Thank you.  I appreciate that.  I'm glad we

17     walked through that, because that is very helpful.

18              Okay.  So let's go to -- let's talk a

19     little bit about the video that you secured in

20     relation to the incident that we're talking about

21     that took place on March 15th, 2018.  It is my

22     understanding that you took a series of video

23     clips and provided them to your counsel,

24     Mr. Resetar, who is with us here today, of my

25     client, Krystal Mosholder, walking through the

```
 1            store that day?
 2    A.      Correct.
 3    Q.      You also took a series of video clips with a
 4            gentleman who had a dog that fit the description
 5            of the dog that we believe was involved in the dog
 6            bite incident, and you put all those together as
 7            well, correct?
 8    A.      Correct.  I was asked to complete from entering
 9            the parking lot to leaving the parking lot and
10            everything in between.  So I was asked to get
11            every clip that was on camera for each of
12            those -- each of those folks.
13    Q.      And I'm assuming when you say "on camera," you're
14            talking about any security camera that that
15            Brimfield location has, correct?
16    A.      Right.  Correct.
17    Q.      And is it fair to say that for both of the
18            individuals whom you collected those video clips
19            for off of those security cameras, that you
20            provided every one of those clips off of every
21            single security camera that they existed on to
22            Mr. Resetar?
23    A.      Correct.
24                    MR. EOFF:  And, Mr. Resetar, I'm assuming
25                that I've been provided all of those video
```

1           clips?

2                MR. RESETAR:  Craig, I've provided you

3           everything that I've been given, video clips

4           and otherwise.

5                MR. EOFF:  Okay.  Thank you.  I

6           appreciate that, sir.

7     Q.    Okay.  So let's talk a little bit about -- one of

8           the things that I noticed -- and I'm going to walk

9           you through a clip here in a minute.  We're going

10          to talk about some things, because I'm going to

11          move into point-of-sale stuff and I want you to

12          try to help me as much as you can.  I understand

13          you understand the point-of-sale system to a

14          certain degree as well.

15               Let's talk about camera setup again.  We

16          were talking about there's different packages

17          depending on the store and its needs, it gets

18          different packages.  If I understood you saying

19          what you were talking about the Brimfield

20          location, it sits somewhere in the middle of the

21          spectrum of the good and the bad.  So describe the

22          camera package that it might get versus New

23          Philadelphia or Bedford Heights.

24    A.    It's a much lighter package, much less camera

25          presence throughout the building.  So the -- they

1       generally cover most of the exits.

2    Q.  Okay.

3    A.  And, you know, the register areas, and

4        that's -- that's about the extent of the Brimfield

5        store.  It's not as extensive as, let's say, you

6        know, a Bedford Heights.

7    Q.  Sure.  So if we looked at, like, a Bedford Heights

8        or a New Philadelphia -- you said New Philadelphia

9        was a high sales store?

10   A.  Higher sales store, yes.

11   Q.  So from a square-footage standpoint, is that New

12       Philadelphia store larger than the Brimfield

13       store?

14   A.  Actually, it might be the smallest one in our

15       district.

16   Q.  Is it really?

17   A.  Yeah.

18   Q.  That's interesting.  So that doesn't really drive

19       the size of the box that gets put up?

20   A.  Right.

21   Q.  It's the volume of the inventory, probably, that

22       gets in and out of the store is what we're really

23       talking about?

24   A.  Right.  The turns and the sales, yeah.

25   Q.  So the size of the store doesn't impact that

| | | |
|---|---|---|
| 1 | | camera package? |
| 2 | A. | Not generally, no. |
| 3 | Q. | Okay. |
| 4 | A. | Not the square footage part of it.  That doesn't |
| 5 | | come into play, I don't believe. |
| 6 | Q. | How many cameras, how many security cameras are in |
| 7 | | the Brimfield location? |
| 8 | A. | I would have to pull it up to actually count them, |
| 9 | | but best guess, the camera packages that I see |
| 10 | | range anywhere from mid 20s to high 40s, and I |
| 11 | | would say that it falls probably towards the lower |
| 12 | | end of that spectrum. |
| 13 | Q. | Okay.  And you actually just kind of jumped ahead |
| 14 | | to where I was going.  I was trying to get a feel |
| 15 | | for the difference.  So someplace like New |
| 16 | | Philadelphia and Bedford Heights might be getting |
| 17 | | those 40-something camera packages? |
| 18 | A. | And Bedford, I believe, because they have the |
| 19 | | newer systems that we carry.  Not even the systems |
| 20 | | in the stores down this way, they might even have |
| 21 | | more than that. |
| 22 | Q. | Okay. |
| 23 | A. | They easily could have 60 cameras. |
| 24 | Q. | Oh, wow.  Okay.  Okay.  And you would put it, you |
| 25 | | said, somewhere in the middle.  So, I mean, I'm |

1       not making -- I'm not holding you to this, I'm

2       just trying to get a feel, somewhere 25, 30

3       cameras is probably what's in that Brimfield

4       location?

5  A.   I'd say that's pretty fair.  And like I said, I

6       can pull an exact number if you'd like.

7  Q.   Okay.  I mean, obviously there's going to be

8       cameras in places that were not germane to

9       you -- your project of pulling video of these two

10      individuals walking through the store on March

11      15th because there's going to be video cameras in

12      places where those folks would not have gone?

13  A.   Correct.  Like the dock where our trucks park.

14  Q.   Right.

15  A.   The receiving department, things like that, yes.

16  Q.   All right.  That makes sense to me.  Okay.  So

17      fair enough.  So the incident in question, based

18      on my client's testimony -- I'm just going to

19      represent that to you.

20  A.   Right.

21  Q.   -- is that she got bit by this dog while she was

22      in the spray paint aisle.  Okay.  I've watched the

23      video of both my client and of course the

24      gentleman with the dog, who we do not know the

25      name of, by the way.  Any chance you know the name

1     of the gentleman who had the dog in the store that

2     day?

3  A.   No.  I did extensive research to try to provide

4     you with that and unfortunately, I was not able to

5     do so.

6  Q.   And I'm going to ask you about that in a second,

7     because I think you were probably trying to work

8     through that point-of-sale information for me.

9     For what it's worth as we're sitting here today, I

10    do want to extend to you that I appreciate the

11    time you put into that because obviously, it's

12    important that I try to figure out who this guy

13    is.  And I don't want to make you feel bad, I

14    think you were my last chance at figuring that

15    out, but I appreciate you taking the time to do

16    it.

17           That being said, when I went through all

18    these video clips, I don't see a video at all of

19    the, and again, I'm using it generically, the

20    spray paint aisle, which is where my client said

21    the incident happened.  Is there a camera that

22    covers the spray paint aisle at the Brimfield

23    location?

24  A.   There is not.

25  Q.   Can you tell me why that is?

1   A.   It being that it was a corporate decision, I

2        cannot tell you the exact reason, probably not.  I

3        can give you my best guess.

4   Q.   Please do.

5   A.   If that's okay.

6             MR. RESETAR:  Don't guess.  Base it upon

7          your experience with Lowe's as loss

8          prevention.

9   A.   Based on experience, the paint aisle, the spray

10       paint aisles specifically, are not higher theft

11       aisles.

12  Q.   Okay.

13  A.   So they generally would not, you know, want to

14       include those in the video package because

15       everything comes down to need and the need just is

16       not there for it.

17  Q.   So is that because of the value of a can of spray

18       paint or is that because people typically don't

19       try to steal spray paint?

20  A.   More towards people typically don't try to steal

21       spray paint.

22  Q.   It's funny to me, because if you think about

23       trying to go to Lowe's and walk out with

24       something, of all the things in the store that you

25       could walk out with, I would think spray paint

1      would be one of the easier things to steal.

2              MR. RESETAR:  Can we go off the record

3         for one second?

4              MR. EOFF:  Go off the record.

5              (Discussion off the record.)

6              MR. EOFF:  Let's go back on the record.

7    BY MR. EOFF:

8    Q.   So we were talking about the placement of the

9         cameras in the store and, you know, you had

10        confirmed that there wasn't a camera in that spray

11        paint aisle.  Okay.  I'm assuming, obviously, that

12        the entries, the entry and exits of the stores are

13        covered?

14   A.   Correct.

15   Q.   We've got -- from the video I've seen, I know that

16        the cash register areas are covered.

17   A.   Correct.

18   Q.   It seems like, you know, and I'm using my

19        experience as someone who's been a customer in

20        Lowe's stores, okay, you know, you come into this

21        store and there is kind of a general flow through

22        the front of the store and you've got the aisles.

23        They're -- you know, if you go in the front of the

24        store to your left, there's another collection of

25        merchandise, but there's also kind of a larger

1       aisleway that flows to the back of the store that

2       direction and there's kind of one -- well, there

3       really isn't because on the right side of the

4       store you get into lumber and all that kind of

5       stuff.

6  A.   Depending on the stores.  Sometimes they're

7       flipped.

8  Q.   So from what I saw on the videos that you provided

9       for me, Ray, I saw that those main aisles up

10      front, that main drag through the front of the

11      store down that left side of the store, whatnot,

12      that seems to be covered?

13  A.   Correct.

14  Q.   Okay.  And again, you would say that that's just

15      strategic because of the items that would be in

16      those areas or that those being high-traffic areas

17      so they -- I mean, is it because it's a

18      high-traffic area and creates more likelihood for

19      problems?

20  A.   Because it is a higher customer flow, it makes

21      more sense to have the cameras because you'll see

22      the most traffic through there for customers.  So

23      in a store like Brimfield, that is pretty much

24      most of the camera package.  It is enters, exits,

25      the main aisle, the cash registers and tool world.

1   Q.   And again, you're doing great work here because

2         you were right where I was headed with this about

3         the Brimfield store.  So the concentration of the

4         cameras in the Brimfield store are in those areas

5         we were just talking about?

6   A.   Yes.

7             MR. EOFF:  Okay.  All right.  So, Nick,

8           if you don't mind, let's find the video of

9           the dog owner as he's actually in the

10          checkout aisle and he's running that card or

11          whatever he's using.

12             MR. RESETAR:  Let me play it to make sure

13          and then you can ask questions.

14             MR. EOFF:  That's fine.

15             MR. RESETAR:  I'll cue it up.  I think

16          this is it.  Yeah, this is it.  That's him.

17             MR. EOFF:  And that's clip 12, isn't it?

18             MR. RESETAR:  Yes.

19   Q.   Okay.  So, Ray, what we've got up on --

20             MR. RESETAR:  Do you want me to play it?

21             MR. EOFF:  No, just hang on a second.

22   Q.   So what we've got up on the -- we've got a video

23         screen here in the conference room where we're

24         taking the deposition.  And it's a large TV,

25         actually.  That TV has video clip 12 of the dog

1　　　　owner that you provided us and it's going to show

2　　　　this gentleman going through the checkout.

3　　　　　　　　MR. EOFF:  So, Nick, go ahead and play it

4　　　　　　from where it's at right now.

5　　　　　　　　MR. RESETAR:  And just for the record,

6　　　　　　Craig, to make it clean, this is Exhibit 1 to

7　　　　　　Ms. Mosholder's deposition.

8　　　　　　　　MR. EOFF:  Correct.

9　　　　　　　　MR. RESETAR:  Ready?

10　　　　　　　　MR. EOFF:  Yes.

11　　　　　　　　MR. RESETAR:  Tell me if you want me to

12　　　　　　stop.

13　　　　　　　　MR. EOFF:  I will.  All right.  Go ahead

14　　　　　　and stop it real quick, Nick.

15　Q.　Okay.  So when I have him run this again, Ray,

16　　　　what I want you to pay very close attention to is

17　　　　the things that the gentleman with the dog does in

18　　　　terms of that point-of-sale interface that he's

19　　　　dealing with.  We've all used these things where

20　　　　you use your card.  You either swipe it or you put

21　　　　your chip side in, whatever the case may be.  I'm

22　　　　assuming that piece of equipment that I'm talking

23　　　　about there has a name.  What is that thing?

24　A.　We just call them a card reader.

25　Q.　Card reader?  Okay.  Your card reader in this

         Brimfield location that we're looking at at cash
         register number 11 on the date of March 15th,
         2018, do you know whether or not on that date that
         card reader was chip-enabled as well?
A.       I believe, to the best of my knowledge, at that
         point we were chip-enabled.
Q.       Okay.  So it would take a swipe or a chip?
A.       Correct.
Q.       Okay.  Explain to me what the difference is in
         terms of would it take either/or?  If my card has
         a magnetic strip and a chip, will it take both?
A.       I'm not 100 percent sure at the time when this
         happened, but I know when the chip readers first
         became part of using the credit cards, there was a
         time where the bank, in the information, would
         determine whether they had to chip it or they had
         to swipe it because it was -- I think it
         was -- like there was like a growing process with
         it.  Not just at Lowe's, but as a retailer, anyone
         using those cards.  So I know for a while there
         were people that had a chip on their card and they
         could swipe it and it would register as a credit
         transaction.
Q.       Sure.
A.       But as the, I guess, the softwares and the

```
 1        programs had developed, now if you have a chip, it
 2        will not allow you to swipe it and use it as a
 3        credit card.
 4    Q.  And that's -- I mean, you know, just as a consumer
 5        in the world, my understanding is the chip is a
 6        more secure card than using the magnetic strip,
 7        right?
 8    A.  Correct.
 9    Q.  So this has developed in a way now where my card
10        is enabled with a chip, you're telling me it won't
11        work unless I use the chip?  And that's because of
12        the security protection?
13    A.  That it is for the consumer's protection, yes.
14    Q.  So is the information that's contained in the chip
15        and the magnetic strip the same?
16    A.  I'm not 100 percent sure of the actual mechanics
17        of that, to be honest with you.
18    Q.  Okay.
19    A.  I'm not sure how they design their cards that way.
20        I'm not sure if there's different information on
21        the chip than there is on the thing.  But we do
22        deal with a lot of stolen and fraudulent credit
23        cards, and I know that they can program the strip.
24        But as to the best of my knowledge, I don't think
25        anyone's ever been able to figure out how to
```

1        program the chips yet.

2   Q.   Okay.

3   A.   But I'm sure --

4   Q.   Does debit card versus credit card make a

5        difference?

6   A.   Generally a true credit card, you can still use it

7        as like a -- you can type in the pin, as far as I

8        understand, but in general, if it's -- if you're

9        using it as a debit, you would swipe it, key in

10       your pin code and then proceed with the

11       transaction.  And then it would register as a

12       debit sale.  If you insert it now, it becomes a

13       credit card transaction.

14              And a lot of times, depending on the

15       bank, I still believe there are certain

16       restrictions.  Some banks you are not required to

17       do anything up to, like, maybe $50 where other

18       banks maybe you have to enter a code after 100 or

19       25.

20  Q.   Okay.

21  A.   So I -- to my knowledge, I don't know what the

22       banks --

23  Q.   So if you insert a debit card with the chip, in

24       theory you may not have to use your pin, it's all

25       going to be driven by whatever the requirements of

1   the bank that issued the card?

2 A. To the best of my knowledge, that's the way I

3   understand it.

4 Q. Okay.  Fair enough.  So -- okay.  So what kind of

5   information, when I walk through my friendly

6   neighborhood Lowe's and I buy something and I use

7   my credit card or my debit card, what information

8   about that transaction does Lowe's compile or

9   keep?

10 A. Well, they would obviously keep the credit card

11   number that was used.  Associates are not

12   allowed -- that's privileged information now.

13   Back in the day credit card numbers being stored

14   was very common, but because of privacy and

15   security now, there are -- there are no credit

16   card numbers kept at store level.

17 Q. Okay.

18 A. Like they cannot see those or view those in any

19   way, whether on our electronics or any of our

20   paperwork that prints out.  Everything prints out

21   as Xs except for the last four.

22 Q. What about names?

23 A. In the credit card files that we print every day

24   they do not keep any names.  They just have that

25   number, the invoice and the totals and the

1    reporting.

2  Q.  Okay.  So, I mean, obviously when I go through the

3      store and I buy something, I get a receipt.

4  A.  Correct.

5  Q.  That receipt's going to have the date on it; it's

6      going to have what I bought; it's going to have

7      something on it that's going to indicate how I

8      paid, whether I paid by cash or by one of my

9      cards, correct?

10 A.  Correct.

11 Q.  All of that stuff is going to be there, right?

12 A.  Yeah, it would be on your receipt.

13 Q.  What else is going to be on that receipt?

14 A.  It depends.  A lot of times there will be a

15     message from the store manager, the address of the

16     store, you know, invoice numbers.  You know,

17     unique transaction numbers are on there.  There's

18     a variety of information, not just for the

19     customer's perspective, but for Lowe's that we can

20     use to help them, like we conduct a return later.

21 Q.  So let's say that -- I was just going to go there

22     with the return.  So let's say I come back to the

23     store.  And, you know, I bought too many, you

24     know, of whatever I bought.  I just need to return

25     one of them, whatever the case may be.  As I do

1      that and I bring my receipt up to customer

2      service, typically speaking, my experience has

3      been that they want to repay me in the same manner

4      that I paid Lowe's.

5   A.  Correct.

6   Q.  So if I paid cash, I'm going to get cash back.  If

7      I use my debit card, they want to put it back on

8      my debit card, vice versa, correct?

9   A.  Generally debit cards go back to cash.

10  Q.  Oh, they go back to cash?

11  A.  Uh-huh.

12  Q.  So only when you use a credit card do you -- that

13      return goes back to the credit card?

14  A.  Correct.

15  Q.  So talk to me about how that works for a second.

16      If -- well, you said they're not storing the

17      credit card information at the local store.

18  A.  As far as where we can visibly see those numbers,

19      correct.

20  Q.  Okay.  So the information exists, it's in Lowe's

21      system, but an associate can't see it,

22      necessarily?

23  A.  Correct.

24  Q.  Okay.  How does that -- I mean, how does that

25      work?  Where is that information being stored?

1  A.  I'm not the IT expert, not -- you know, I'm not

2      sure if it's a local retention or if there is a

3      server retention or if it's corporate retention.

4      That, I don't know for sure.

5  Q.  It's somewhere in the infamous cloud is what

6      you're telling me?

7  A.  We'll go with that.  If you come in to do a return

8      and we scan the receipt -- because usually on the

9      receipt there's a bar code that we can scan that

10     will bring up that information in our system.

11     While the associates cannot see it when that

12     return is conducted, the system will recognize the

13     credit card used and send that money directly back

14     to that credit card.

15 Q.  Okay.  So when we get back to this video in a

16     minute, and we're going to watch this gentleman

17     with a dog check out, he's going to -- I want you

18     to notice, he's going to swipe some type of a

19     card.

20 A.  Right.

21 Q.  Okay.  If that were a credit card or a debit card,

22     would Lowe's be able to tell me who used that

23     card, whose name was on that card?

24 A.  When they use that card, if there's a name

25     assigned to it, because sometimes the credit card

1       companies, again, just put customer, so it would

2       come up -- and that's in our electronic journal.

3       So our electronic journal, you could pull it up,

4       and again, you can't see the credit card number,

5       but it would say, like, thank you, Ray Petro.  It

6       would be in our digital system that the associates

7       can see the name.  And because our return policy

8       is a 90-day return policy, they make sure that

9       that information is available for that 90-day

10      period.

11              MR. EOFF:  Okay.  Nick, let's go ahead

12          and roll the video.

13              MR. RESETAR:  Ready?

14              MR. EOFF:  Yeah.

15  Q.  All right.  You see that card in his left hand,

16      Ray?

17  A.  Uh-huh.  So he swipes.

18  Q.  You know what a My Lowe's card is?

19  A.  Yes.

20  Q.  Okay.  Do you see him use that at all here?

21  A.  Usually she would have already taken that

22      information prior to the swipe.

23  Q.  And I'll be honest with you, I didn't see it.  I

24      have one and I've used one, so I get the idea.  I

25      know what it is.  I never saw it happen.

1           MR. EOFF:  Go ahead and stop the video.

2    Q.    Okay.  So we just saw the entire transaction.  You

3          never saw him use this thing that we call a My

4          Lowe's card, correct?

5    A.    I did not, no.

6    Q.    Okay.  I didn't, either.  Is there any way to use

7          your My Lowe's number without it being scanned?

8    A.    You can ask them to type in your phone number and

9          they can pull it up that way.

10   Q.    Okay.  Did you see anything there in the video,

11         and we can replay it if you need to, Ray, did you

12         see anything that would indicate that that took

13         place here?

14   A.    I did not.  I mean, I would re-watch it just to

15         validate, but generally you would see the cashier

16         at the register typing, because it takes a few

17         screens to get through it.  I didn't see anything

18         that extensive.

19   Q.    I've actually had them look mine up that way, so I

20         understand exactly what you're talking about.  So,

21         I mean, as we get ready to cue this back up, let's

22         watch for that.  And then while we're waiting and

23         while you're watching it, if you don't mind, can

24         you tell me what kind of information is collected

25         from that My Lowe's scan?  When somebody uses that

1  My Lowe's card, what's Lowe's collecting

2  information and data-wise there?

3  A.  It's a customer assistance tool.  It's similar to,

4     like, a Giant Eagle card, things like that.  What

5     it does is it allows them to store their sales

6     information --

7  Q.  Right.

8  A.  -- for later retention so you don't have to keep

9     the physical copy of the receipt.  So it's a bonus

10     to help people without keeping stacks of receipts.

11     But there's more features to it.  Like you can go

12     and keep your paint colors.

13  Q.  Yeah.

14  A.  You can keep room measurements.  You can do things

15     to help with your shopping experience at Lowe's.

16     You can set a reminder, let's say, for your air

17     filter for your furnace and you'll get an e-mail

18     from your My Lowe's that says, hey, it's time to

19     change the air filter.

20  Q.  I just put it in my phone.

21  A.  So there are a lot of features, you know, to use

22     for that and that's -- that will -- it's basically

23     a customer-driven program.  They can use it for

24     what they want and do all those features or they

25     can scan it to just, you know, use it to keep

1    receipts.

2         MR. EOFF:  Okay.  So let's roll this

3    again, Nick.

4 Q.  And, Ray, with your expertise, I want you to watch

5    closely here and tell me if your cashier does

6    anything that would indicate to you that he

7    provided his phone number for this My Lowe's card

8    look-up.

9         MR. RESETAR:  Ready?

10        MR. EOFF:  Yes, sir.

11 A.  To me that looks like she, after scanning the

12    item, she hit total and there wasn't -- there

13    wasn't much more involved in that, because what

14    she would have had to do to do that, she did not

15    take that kind of time.

16 Q.  Okay.  So from your view, you think it's unlikely

17    from what you're seeing here that he used the My

18    Lowe's card as part of his transaction?

19 A.  I would say it's very unlikely.

20 Q.  So based on some conversation that you and I had

21    before we got started with the deposition -- and

22    to be clear for the purposes of the record,

23    Mr. Resetar was present when we were having that

24    conversation -- you had done some work to try to

25    use the point-of-sale information to help us

1   identify who this gentleman in this video is with

2   this dog; is that correct?

3 A. Correct.

4 Q. And tell me about -- well, let's start with, is

5   the result of your research that you are able to

6   tell me the name of this gentleman with this dog?

7 A. Unfortunately, I was not able to obtain the name.

8 Q. Okay.  Explain to me what you looked at and what

9   you did to try to figure that out.

10 A. Well, based on the video, I had hoped it was a

11   credit card, but it very easily could have been a

12   gift card, which we wouldn't have had anything,

13   because that would have been the same type of

14   swipe.  So under the assumption that that was a

15   credit card used and swiped, that electronic

16   journal would have had his name.

17 Q. Sure.

18 A. So I was researching to try to gather that

19   information.  But much like I said, a lot of our

20   information storage needs are based on our return

21   program, and since this was in March 2018, I did

22   not have anything locally.  So I reached out to

23   our corporate level teams, our records retention

24   to see if they could help me.  I was asking for a

25   specific date.  I was asking for a specific

1     register.  Then when they were unable to comply, I

2     asked them to just send me everything they had on

3     that date for the store and I would do my best to

4     sort through it.

5  Q.  Okay.

6  A.  But the result was the same.  They no longer had

7     that information from March of 2018.

8  Q.  Okay.  So ultimately we're not sure whether or not

9     that guy used a credit card or a gift card.  We

10    don't know the answer to any of that?

11 A.  I cannot answer that question, no.

12 Q.  Okay.  All right.  There was some indication from

13    a previous witness in this case that this

14    gentleman might have been in the store other

15    times.  Have you ever seen him yourself?

16 A.  I have not, no.

17 Q.  Okay.  Have you talked to anybody, maybe any of

18    your other fellow employees that know who this guy

19    is or have talked to him or seen him in the store

20    at other times?

21 A.  To the best of my knowledge, the only person that

22    may have known that was the young lady you spoke

23    with already, Stacy.

24 Q.  Stacy Williams.

25 A.  And if she did not have the name, then I am -- to

```
1        the best of my knowledge, that was our best
2        chance.
3   Q.   Okay.  You indicated -- you indicated to me
4        earlier that you do some of the safety training?
5   A.   Quite a bit of it.
6   Q.   So when we talk about safety training, we talked
7        about dog bites and things like that of those
8        types of incidents being inside the realm of
9        safety.  Do you provide any training to Lowe's
10       employees about the Lowe's pet policy?
11  A.   Yeah, we do.
12  Q.   Okay.  Can you walk me through that?  First of
13       all, in your words, what is Lowe's pet policy?
14              MR. RESETAR:  Can I just interject?
15              MR. EOFF:  Sure.
16              MR. RESETAR:  At the time of the
17          incident?
18              MR. EOFF:  At the time of the incident.
19  Q.   At the time of the incident, to the best of your
20       knowledge, in your words, what was Lowe's pet
21       policy?
22  A.   To the best of my knowledge we would accept an
23       animal or a service animal into the building that
24       was well-behaved and on a leash, and that the
25       responsibility to keep that animal, you know,
```

1  safe, you know, for the people around it was the

2  ultimate responsibility of the owner of that.

3  Q.  So does that pet have to be a safety animal?

4  A.  No.

5  Q.  Oh, can anybody bring a dog?

6  A.  No, it can be a pet.  It doesn't have to be a

7  service animal.

8  Q.  Okay.  When you are in the Brimfield location, do

9  you frequently see dogs in the store?

10  A.  In every store I see lots of animals, yes.

11  Q.  So when you provide training to the Lowe's

12  employees about the pet policy, what is it that

13  you cover?  Talk to me as if I'm one of those

14  employees and what you would want me to know.

15  A.  Generally we ask them to respect the owner and ask

16  for permission before they would want to pet or

17  interact with an animal.

18  Q.  Okay.

19  A.  And then to use common sense and not, like,

20  approach an animal from behind or spook an animal

21  in those regards.  Just a general

22  common-sense-type training, because our associates

23  love the animals and they want to interact with

24  them.  And so we caution them, you know, because

25  you don't want to surprise the animal, but always

1       get the owner's permission is pretty much the

2       extent of what we ask.

3  Q.  Okay.  What type of training are employees

4       provided in the event that they see a dog bite?

5       If they see an incident involving one of the

6       animals in the store?

7  A.  It's a see something, say something.  They're

8       required to go to their manager and let them know

9       what they had seen.  And, you know, the manager

10      then would, you know, take that information down

11      and retain it if needed.

12  Q.  Okay.  So let's just say, for instance, I'm

13      working at the paint counter and I see a dog in

14      the store with an owner, on a leash, and I see

15      that dog bite a fellow employee or I see it bite a

16      patron, whatever the case may be.  My first move

17      is to call the store manager or get somebody in

18      management or am I --

19  A.  Their direct supervisor generally, yeah.

20  Q.  Okay.  I'm not to talk to the gentleman with the

21      dog and ask him to leave the store?

22  A.  Generally, they want -- the care is for whoever is

23      injured.  I mean, that's usually the priority.

24  Q.  Okay.

25  A.  Is to make sure if there is somebody injured,

|     |     |                                                         |
| --- | --- | ------------------------------------------------------- |
| 1   |     | whatever the safety incident is.                        |
| 2   | Q.  | So if it's witnessed by one of the Lowe's               |
| 3   |     | employees, we're obviously -- the Lowe's employee       |
| 4   |     | is going to, you would assume, contact direct           |
| 5   |     | supervision and obviously make sure that the            |
| 6   |     | person who has been bit by the dog doesn't need         |
| 7   |     | medical attention?                                      |
| 8   | A.  | Correct.                                                |
| 9   | Q.  | Okay.  What about the person who's got the dog?         |
| 10  |     | Is that person addressed at all?                        |
| 11  | A.  | Generally all parties that were involved in it, we      |
| 12  |     | would want to ask for their pertinent information.      |
| 13  | Q.  | Okay.  And so you would at that moment in time,         |
| 14  |     | you would try to identify --                            |
| 15  | A.  | Correct.  If the scenario came up where there was       |
| 16  |     | a dog bite and it was reported immediately to the       |
| 17  |     | management, whether an employee witnessed it or         |
| 18  |     | not, we would do our best to gather the                 |
| 19  |     | information from the party that was bitten as well      |
| 20  |     | as the owner of the dog.  If it was reported at         |
| 21  |     | that time.  And it's regardless, that's the same        |
| 22  |     | scenario for any incident that would happen.            |
| 23  | Q.  | Sure.                                                   |
| 24  | A.  | So we would do our best to get as much information      |
| 25  |     | about the incident as possible.                         |

1   Q.   Okay.  So can you give me an example of any of

2        this in live action?  I mean, you indicated, you

3        know, I think we talked about the last three years

4        I think was how we termed it, there hadn't been

5        another dog bite incident in the Brimfield

6        location.  But you also indicated you're working

7        over five stores at this point.  Have you ever

8        been involved in a dog bite incident or seen one

9        as it happened while you were in a Lowe's store?

10  A.   This is the first and only one that I've dealt

11       with.

12  Q.   In any way?

13  A.   In any way, in any of the five stores that I've

14       been in.

15  Q.   Okay.  What about in conversations with fellow

16       employees at these various locations?  I mean,

17       have you had anybody tell you of other incidents?

18  A.   I've heard of an employee playing with a dog and

19       kind of got knocked over, you know.

20  Q.   Big dog?

21  A.   Yeah, we -- in the Stow store there's a dog, and

22       it should be a horse, it should have a saddle on

23       it, that's frequent and it's one of the best

24       demeanered dogs you'd ever meet.

25  Q.   Sure.

1    A.   But when it -- associates interact with him.  You

2         know, he's a big dog.  But that's pretty much the

3         extent of it.  There's a possibility that I think

4         maybe one time I heard about an associate playing

5         with a dog that got maybe nipped, but it -- I'm

6         trying to remember to the best of my ability.

7    Q.   No, I appreciate that.

8    A.   It was no incident involved.  There is no -- there

9         was no injury involved in it, you know, that kind

10        of thing.

11   Q.   Okay.  You've never experienced a situation where

12        an animal was involved in an incident at Lowe's

13        and seen the policy of that store change as a

14        result of that, right?

15   A.   I have not seen that, no.

16   Q.   Okay.

17   A.   No.  And I do remember on the date of the incident

18        that the pet policy was clearly displayed on every

19        entrance and exit door in the building.

20   Q.   I mean, to your knowledge, that's probably the

21        case at all the stores?

22   A.   I assume so, yes.

23   Q.   Is that the -- is that the case in all five stores

24        that you go to?

25   A.   To the best of my knowledge, yes.

```
 1   Q.   And your testimony was you believe that was the
 2        case on the day in question at the Brimfield
 3        location?
 4   A.   I was actually, as part of the video retention of
 5        this, I actually went to the exits and entrances
 6        of the store that time.  And I believe you might
 7        have still photos of those.
 8                 MR. RESETAR:  The ones we can't read.
 9                 MR. EOFF:  Yeah.
10                 MR. RESETAR:  I think that's what it is.
11                 THE WITNESS:  I'm sorry.
12                 MR. RESETAR:  No, it's not your fault.
13                 MR. EOFF:  No, no, it's not your fault,
14            but I suspect I probably have it.
15                 THE WITNESS:  That's actually the photo I
16            was talking about.  (Indicating.)
17                 MR. RESETAR:  See, I really did turn
18            everything over.
19                 MR. EOFF:  For what it's worth, I haven't
20            questioned that.  I believe that.  Let's go
21            off the record for a second.
22                 (Discussion off the record.)
23                 MR. EOFF:  Let's go back on the record.
24   BY MR. EOFF:
25   Q.   Ray, I appreciate your time here today.  I do
```

1     appreciate the time that you took to research the

2     point-of-sale information and its availability and

3     whether or not you'd be able to help us identify

4     the dog owner.  I appreciate you coming here today

5     to answer my questions.  I know spending time

6     being asked questions by a lawyer is not the, you

7     know, most exciting thing in the world to do, but

8     you've been very informative and I've appreciated

9     your time today.

10         I'm going to conclude my deposition of

11    you at this time.  Mr. Resetar probably has a

12    couple things that he needs to say before we close

13    the record.

14        MR. RESETAR:  Ray, you have the right to

15       read your deposition to ensure its accuracy.

16       You can't -- you're not -- you don't get to

17       change what you said, it's just to make sure

18       that everything you said was transcribed

19       correctly.  I have faith that it will be.

20        With that being said, it is your call if

21       you would like to read your transcript before

22       it's transcribed or you can waive that.  My

23       advice to you in this case would be if you

24       would like to waive it, I think it would be

25       okay.  But it's your choice.

1          THE WITNESS:  That's fine.  I'll waive.

2                    - - - - - - -

3        (The deposition was concluded at 2:28 p.m.)

4                    - - - - - - -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

STATE OF OHIO,    )
                 ) SS:
SUMMIT COUNTY.   )

     I, Anika W. Patrick, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public within and for the State of Ohio, duly commissioned and qualified, do hereby certify that the within-named Witness, RAYMOND PETRO, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony so given by him was by me reduced to Stenotypy in the presence of said witness; afterwards prepared and produced by means of Computer-Aided Transcription, and that the foregoing is a true and correct transcription of the testimony so given by him as aforesaid.

     I do further certify that this deposition was taken at the time and place in the foregoing caption specified, and was completed without adjournment.

     I do further certify that I am not a relative, employee of or attorney for any party or counsel, or otherwise financially interested in this action.

     I do further certify that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Akron, Ohio, this 25th day of December, 2019.


_____
Anika W. Patrick, RMR, CRR & Notary Public
My commission expires March 13, 2020

Anika W. Patrick,
Notary Public, State of Ohio
My Commission Expires 3/13/20

# $

**$50** [1] - 42:17

# 1

**1** [1] - 39:6
**100** [3] - 40:12, 41:16, 42:18
**11** [1] - 40:2
**12** [2] - 38:17, 38:25
**13** [1] - 62:21
**15** [2] - 11:9, 16:19
**15th** [3] - 28:21, 33:11, 40:2
**18** [1] - 16:19
**186** [1] - 15:9
**1:08** [1] - 1:20

# 2

**20** [1] - 1:20
**2018** [5] - 11:9, 28:21, 40:3, 51:21, 52:7
**2019** [2] - 1:20, 62:18
**2020** [1] - 62:21
**20s** [1] - 32:10
**218** [1] - 11:5
**222** [2] - 1:19, 2:10
**25** [2] - 33:2, 42:19
**25th** [1] - 62:17
**2606** [1] - 4:21
**28(D)** [1] - 62:15
**2:28** [1] - 61:3

# 3

**30** [1] - 33:2
**330.305.6400** [1] - 2:6
**330.492.4221** [1] - 1:24
**330.928.1418** [1] - 1:24
**330376.2700** [1] - 2:11

# 4

**4** [1] - 3:4
**40-something** [1] - 32:17
**400** [2] - 1:19, 2:4
**40s** [1] - 32:10
**44221** [1] - 4:22
**44308** [1] - 2:10
**44720** [1] - 2:5

# 5

**5:18cv1325** [1] - 1:5

# 6

**60** [1] - 32:23

# 8

**8040** [1] - 2:5
**848** [3] - 5:5, 14:16, 14:19

# 9

**90-day** [2] - 47:8, 47:9

# A

**Aaron's** [2] - 26:9, 26:10
**ability** [3] - 6:14, 7:9, 58:6
**able** [6] - 34:4, 41:25, 46:22, 51:5, 51:7, 60:3
**about** [51] - 5:25, 6:1, 8:4, 10:24, 11:1, 11:3, 11:14, 11:18, 13:6, 14:14, 15:12, 15:16, 17:4, 18:19, 20:21, 22:23, 25:10, 26:3, 27:12, 28:7, 28:19, 28:20, 29:14, 30:7, 30:10, 30:15, 30:16, 30:19, 31:4, 31:23, 34:6, 35:22, 36:8, 38:2, 38:5, 39:23, 43:8, 43:22, 45:15, 48:20, 51:4, 53:6, 53:7, 53:10, 54:12, 56:9, 56:25, 57:3, 57:15, 58:4, 59:16
**above** [1] - 21:8
**above-board** [1] - 21:8
**accept** [1] - 53:22
**accidents** [1] - 24:21
**accuracy** [1] - 60:15
**action** [2] - 57:2, 62:13
**actual** [3] - 7:4, 18:20, 41:16
**actually** [13] - 16:14, 16:25, 23:3, 31:14, 32:8, 32:13, 38:9, 38:25, 48:19, 59:4, 59:5, 59:15
**additional** [1] - 18:5
**address** [3] - 4:20, 11:5, 44:15
**addressed** [1] - 56:10
**adjournment** [1] -

62:11
**advice** [1] - 60:23
**affiliated** [1] - 62:15
**affixed** [1] - 62:17
**aforesaid** [2] - 62:7, 62:9
**after** [6] - 4:3, 9:17, 23:3, 25:19, 42:18, 50:11
**afterwards** [1] - 62:8
**again** [12] - 5:8, 16:4, 24:4, 25:25, 30:15, 34:19, 37:14, 38:1, 39:15, 47:1, 47:4, 50:3
**agenda** [1] - 22:17
**agendas** [1] - 22:13
**ago** [2] - 4:8, 26:3
**ahead** [7] - 11:17, 27:18, 32:13, 39:3, 39:13, 47:11, 48:1
**Aided** [1] - 62:8
**air** [2] - 49:16, 49:19
**aisle** [7] - 33:22, 34:20, 34:22, 35:9, 36:11, 37:25, 38:10
**aisles** [4] - 35:10, 35:11, 36:22, 37:9
**aisleway** [1] - 37:1
**Akron** [7] - 1:19, 1:24, 2:10, 15:5, 15:10, 21:21, 62:17
**al** [2] - 1:5, 1:8
**all** [31] - 6:10, 7:8, 7:22, 13:18, 13:23, 15:6, 17:17, 21:25, 23:15, 27:25, 29:6, 29:25, 33:16, 34:17, 34:18, 35:24, 37:4, 38:7, 39:13, 39:19, 42:24, 44:11, 47:15, 47:20, 49:24, 52:12, 53:13, 56:10, 56:11, 58:21, 58:23
**alleged** [1] - 14:4
**allow** [2] - 27:2, 41:2
**allowed** [1] - 43:12
**allows** [1] - 49:5
**almost** [3] - 10:22, 21:23, 26:3
**along** [1] - 23:21
**already** [2] - 47:21, 52:23
**also** [12] - 5:15, 7:7, 8:1, 8:9, 10:18, 15:2, 17:9, 19:16, 20:22, 29:3, 36:25, 57:6
**always** [4] - 13:14, 21:7, 26:11, 54:25
**am** [7] - 7:20, 12:22,

52:25, 55:18, 62:12, 62:14, 62:15
**amongst** [1] - 15:17
**amount** [1] - 22:1
**analyzing** [2] - 22:20, 23:24
**Andress** [2] - 1:19, 2:9
**Anika** [1] - 1:16, 62:4, 62:21
**animal** [10] - 53:23, 53:25, 54:3, 54:7, 54:17, 54:20, 54:25, 58:12
**animals** [4] - 25:12, 54:10, 54:23, 55:6
**another** [3] - 27:22, 36:24, 57:5
**answer** [5] - 12:2, 12:22, 52:10, 52:11, 60:5
**any** [18] - 9:20, 27:15, 29:14, 33:25, 43:18, 43:19, 43:24, 48:6, 52:10, 52:17, 53:9, 56:22, 57:1, 57:12, 57:13, 62:13
**anybody** [4] - 28:9, 52:17, 54:5, 57:17
**anyone** [2] - 28:3, 40:19
**anyone's** [1] - 41:25
**anything** [7] - 42:17, 48:10, 48:12, 48:17, 50:6, 51:12, 51:22
**anyway** [1] - 21:23
**anywhere** [1] - 32:10
**AP** [1] - 13:8
**APPEARANCES** [1] - 2:1
**appreciate** [8] - 28:16, 30:6, 34:10, 34:15, 58:7, 59:25, 60:1, 60:4
**appreciated** [1] - 60:8
**approach** [1] - 54:20
**are** [45] - 4:23, 6:2, 6:19, 6:20, 7:7, 7:18, 7:25, 8:3, 8:21, 9:4, 9:9, 10:6, 10:8, 10:14, 11:17, 13:7, 14:23, 17:8, 17:21, 17:25, 20:3, 21:2, 21:25, 22:13, 24:1, 24:16, 27:8, 32:6, 35:10, 36:12, 36:16, 38:4, 42:15, 42:16, 43:11, 43:15, 44:17, 49:21, 51:5, 51:20, 54:8, 55:3
**area** [7] - 9:12, 9:15,

13:10, 18:8, 18:11, 19:22, 37:18
**areas** [6] - 20:1, 31:3, 36:16, 37:16, 38:4
**arise** [1] - 14:12
**Arlington** [1] - 15:4
**around** [3] - 7:2, 7:12, 54:1
**ask** [18] - 4:17, 12:1, 12:16, 12:25, 13:2, 13:4, 16:3, 18:23, 25:25, 28:13, 34:6, 38:13, 48:8, 54:15, 55:2, 55:21, 56:12
**asked** [5] - 27:23, 29:8, 29:10, 52:2, 60:6
**asking** [6] - 6:23, 12:17, 23:6, 24:1, 25:23, 51:24, 51:25
**asset** [4] - 5:9, 5:11, 16:11, 26:16
**assigned** [2] - 26:23, 46:25
**assistance** [1] - 49:3
**assistant** [1] - 28:13
**associate** [2] - 45:21, 58:4
**associates** [8] - 6:9, 7:24, 10:12, 43:11, 46:11, 47:6, 54:22, 58:1
**assume** [6] - 10:18, 12:23, 20:4, 25:6, 56:4, 58:22
**assumed** [1] - 21:7
**assuming** [8] - 7:14, 8:16, 14:24, 18:22, 29:13, 29:24, 36:11, 39:22
**assumption** [1] - 51:14
**atmosphere** [1] - 24:7
**attention** [4] - 17:6, 18:5, 39:16, 56:7
**attorney** [1] - 62:13
**availability** [1] - 60:2
**available** [1] - 47:9
**Avenue** [1] - 2:5
**average** [1] - 23:11
**aware** [1] - 7:8
**away** [1] - 21:14

# B

**back** [24] - 5:6, 11:1, 13:5, 16:4, 22:2, 22:8, 22:25, 24:15, 25:11, 25:17, 28:10, 36:6, 37:1, 43:13,

1

44:22, 45:6, 45:7, 45:9, 45:10, 45:13, 46:13, 46:15, 48:21, 59:23

**backwards** [3] - 14:1, 23:22, 24:13

**bad** [3] - 13:4, 30:21, 34:13

**ball** [1] - 21:20

**bank** [3] - 40:15, 42:15, 43:1

**banks** [3] - 42:16, 42:18, 42:22

**bar** [1] - 46:9

**base** [1] - 35:6

**based** [6] - 6:12, 33:17, 35:9, 50:20, 51:10, 51:20

**basically** [1] - 49:22

**became** [1] - 40:14

**because** [40] - 7:25, 9:13, 10:13, 12:13, 13:3, 13:13, 13:25, 16:15, 16:21, 18:18, 21:19, 22:7, 27:25, 28:17, 30:10, 32:18, 33:11, 34:7, 34:11, 35:14, 35:17, 35:18, 35:22, 37:3, 37:15, 37:17, 37:20, 37:21, 38:1, 40:17, 41:11, 43:14, 46:8, 46:25, 47:7, 48:16, 50:13, 51:13, 54:22, 54:24

**become** [3] - 18:16, 19:1, 24:11

**becomes** [2] - 24:9, 42:12

**Bedford** [7] - 19:24, 19:25, 30:23, 31:6, 31:7, 32:16, 32:18

**been** [30] - 13:13, 20:10, 23:24, 24:11, 24:12, 25:15, 25:16, 25:17, 26:1, 26:11, 26:13, 26:15, 26:19, 26:20, 27:4, 27:6, 27:20, 29:25, 30:3, 36:19, 41:25, 45:3, 51:11, 51:13, 52:14, 56:6, 57:4, 57:8, 57:14, 60:8

**before** [13] - 1:15, 4:8, 8:13, 12:2, 12:16, 12:20, 17:2, 18:25, 20:14, 50:21, 54:16, 60:12, 60:21

**beginning** [1] - 11:20

**Behalf** [2] - 2:2, 2:8

**behaved** [1] - 53:24

**behind** [1] - 54:20

**being** [15] - 4:3, 9:16, 10:14, 21:25, 24:25, 27:14, 34:17, 35:1, 37:16, 43:13, 45:25, 48:7, 53:8, 60:6, 60:20

**believe** [9] - 15:10, 29:5, 32:5, 32:18, 40:5, 42:15, 59:1, 59:6, 59:20

**best** [20] - 8:19, 12:15, 16:4, 27:13, 32:9, 35:3, 40:5, 41:24, 43:2, 52:3, 52:21, 53:1, 53:19, 53:22, 56:18, 56:24, 57:23, 58:6, 58:25

**between** [2] - 28:6, 29:10

**big** [3] - 24:9, 57:20, 58:2

**bit** [6] - 15:16, 28:19, 30:7, 33:21, 53:5, 56:6

**bite** [15] - 11:8, 22:22, 22:24, 25:6, 27:9, 27:11, 27:22, 28:11, 29:6, 55:4, 55:15, 56:16, 57:5, 57:8

**bites** [2] - 25:10, 53:7

**bitten** [1] - 56:19

**board** [2] - 21:8, 27:1

**body** [1] - 19:20

**bonus** [1] - 49:9

**both** [5] - 22:10, 22:21, 29:17, 33:23, 40:11

**bought** [3] - 44:6, 44:23, 44:24

**box** [1] - 31:19

**break** [4] - 11:22, 11:25, 12:2, 14:17

**Bretton** [1] - 2:4

**Brimfield** [32] - 11:1, 11:2, 11:4, 11:13, 13:6, 14:24, 14:25, 15:24, 15:25, 20:2, 20:3, 20:4, 25:13, 26:21, 26:23, 27:2, 27:10, 28:7, 29:15, 30:19, 31:4, 31:12, 32:7, 33:3, 34:22, 37:23, 38:3, 38:4, 40:1, 54:8, 57:5, 59:2

**bring** [4] - 26:25, 45:1, 46:10, 54:5

**building** [5] - 13:9, 16:20, 30:25, 53:23,

58:19

**business** [3] - 8:6, 16:3, 16:10

**but** [42] - 7:6, 8:1, 8:11, 18:1, 18:20, 18:22, 19:5, 21:1, 21:20, 26:13, 27:5, 27:20, 27:22, 28:14, 32:9, 34:15, 36:25, 40:13, 40:19, 40:25, 41:21, 41:24, 42:3, 42:8, 43:14, 44:19, 45:21, 47:5, 48:15, 49:11, 51:11, 51:19, 52:6, 54:25, 57:6, 58:1, 58:2, 58:5, 59:14, 60:7, 60:25, 62:6

**buy** [2] - 43:6, 44:3

**by** [17] - 1:14, 8:2, 8:21, 26:1, 33:21, 33:25, 42:25, 44:8, 56:2, 56:6, 60:6, 62:6, 62:7, 62:8, 62:9

**BY** [4] - 3:3, 4:6, 36:7, 59:24

## C

**call** [6] - 4:14, 14:4, 39:24, 48:3, 55:17, 56:22

**called** [5] - 1:14, 13:8, 14:9, 14:15, 16:11

**came** [2] - 26:11, 56:15

**camera** [20] - 8:1, 8:3, 8:19, 8:20, 8:25, 9:25, 13:22, 29:11, 29:13, 29:14, 29:21, 30:15, 30:22, 30:24, 32:1, 32:9, 32:17, 34:21, 36:10, 37:24

**cameras** [23] - 7:16, 7:19, 7:20, 8:4, 8:7, 8:15, 9:5, 9:9, 10:4, 10:23, 13:18, 14:2, 22:3, 29:19, 32:6, 32:23, 33:3, 33:8, 33:11, 36:9, 37:21, 38:4

**Campbell** [1] - 2:4

**can** [37] - 7:10, 8:10, 10:3, 12:4, 12:15, 13:12, 21:20, 30:12, 33:6, 34:25, 35:3, 35:17, 36:2, 38:13, 41:23, 42:6, 42:7, 44:19, 45:18, 46:9,

47:7, 48:8, 48:9, 48:11, 48:23, 49:11, 49:14, 49:16, 49:23, 49:25, 53:12, 53:14, 54:5, 54:6, 57:1, 60:22

**can't** [5] - 12:8, 45:21, 47:4, 59:8, 60:16

**cannot** [4] - 35:2, 43:18, 46:11, 52:11

**Canton** [2] - 1:24, 2:5

**caption** [1] - 62:11

**card** [50] - 38:10, 39:20, 39:24, 39:25, 40:4, 40:10, 40:21, 41:3, 41:6, 41:9, 42:4, 42:6, 42:13, 42:23, 43:1, 43:7, 43:10, 43:13, 43:16, 43:23, 45:7, 45:8, 45:12, 45:13, 45:17, 46:13, 46:14, 46:19, 46:21, 46:23, 46:24, 46:25, 47:4, 47:15, 47:18, 48:4, 49:1, 49:4, 50:7, 50:18, 51:11, 51:12, 51:15, 52:9

**cards** [6] - 40:14, 40:20, 41:19, 41:23, 44:9, 45:9

**care** [2] - 4:14, 55:22

**carry** [1] - 32:19

**CASE** [1] - 1:5

**case** [9] - 23:2, 39:21, 44:25, 52:13, 55:16, 58:21, 58:23, 59:2, 60:23

**cash** [8] - 36:16, 37:25, 40:1, 44:8, 45:6, 45:9, 45:10

**cashier** [2] - 48:15, 50:5

**cause** [2] - 21:15, 62:7

**caused** [1] - 22:25

**caution** [1] - 54:24

**ceoff@pelini** [1] - 2:6

**ceoff@pelini-law. com** [1] - 2:6

**certain** [7] - 18:22, 18:25, 19:10, 19:15, 19:20, 30:14, 42:15

**Certified** [2] - 1:17, 62:4

**certified** [1] - 4:4

**certify** [4] - 62:5, 62:10, 62:12, 62:14

**chance** [3] - 33:25, 34:14, 53:2

**change** [9] - 9:18,

9:23, 16:9, 16:25, 17:2, 20:14, 49:19, 58:13, 60:17

**changed** [2] - 5:8, 16:7, 26:12

**characterize** [1] - 24:24

**charge** [1] - 5:21

**charged** [2] - 28:3, 28:10

**check** [1] - 46:17

**checkout** [2] - 38:10, 39:2

**chip** [15] - 39:21, 40:4, 40:6, 40:7, 40:11, 40:13, 40:16, 40:21, 41:1, 41:5, 41:10, 41:11, 41:14, 41:21, 42:23

**chip-enabled** [2] - 40:4, 40:6

**chips** [1] - 42:1

**choice** [1] - 60:25

**City** [2] - 21:19, 21:21

**Civil** [2] - 1:15, 62:15

**claims** [1] - 23:5

**clarification** [1] - 13:2

**clean** [1] - 39:6

**clear** [1] - 50:22

**clearly** [1] - 58:18

**Cleveland** [2] - 2:5, 15:10

**client** [3] - 28:25, 33:23, 34:20

**client's** [2] - 22:24, 33:18

**clip** [4] - 29:11, 30:9, 38:17, 38:25

**clips** [7] - 28:23, 29:3, 29:18, 29:20, 30:1, 30:3, 34:18

**close** [5] - 20:12, 20:13, 21:22, 39:16, 60:12

**closely** [1] - 50:5

**closest** [1] - 18:13

**cloud** [1] - 46:5

**code** [3] - 42:10, 42:18, 46:9

**collected** [2] - 29:18, 48:24

**collecting** [1] - 49:1

**collection** [1] - 36:24

**colors** [1] - 49:12

**combination** [2] - 22:10, 22:12

**come** [7] - 8:15, 16:4, 32:5, 36:20, 44:22, 46:7, 47:2

**comes** [3] - 6:10,

21:12, 35:15
**coming** [2] - 6:23, 60:4
**commission** [1] - 62:21
**commissioned** [1] - 62:5
**common** [3] - 43:14, 54:19, 54:22
**common-sense-type** [1] - 54:22
**Commons** [1] - 2:4
**communicate** [1] - 6:9
**communication** [1] - 6:7
**COMPANIES** [1] - 1:8
**companies** [1] - 47:1
**company** [4] - 8:11, 8:13, 16:17, 19:7
**compile** [1] - 43:8
**complete** [1] - 29:8
**completed** [1] - 62:11
**completely** [1] - 11:17
**comply** [1] - 52:1
**Computer** [1] - 62:8
**Computer-Aided** [1] - 62:8
**concentration** [1] - 38:3
**conclude** [1] - 60:10
**concluded** [1] - 61:3
**conduct** [1] - 44:20
**conducted** [1] - 46:12
**conference** [1] - 38:23
**confident** [1] - 27:9
**confirmed** [1] - 36:10
**considered** [1] - 20:8
**consumer** [1] - 41:4
**consumer's** [1] - 41:13
**contact** [2] - 7:1, 56:4
**contained** [1] - 41:14
**continue** [1] - 12:7
**contract** [1] - 62:15
**Controls** [1] - 8:9
**conversation** [2] - 50:20, 50:24
**conversations** [1] - 57:15
**copy** [1] - 49:9
**corner** [1] - 7:10
**corporate** [5] - 8:17, 9:11, 35:1, 46:3, 51:23
**correct** [39] - 6:3, 6:4, 7:17, 8:17, 10:5, 11:6, 11:7, 16:9, 18:4, 18:6, 20:5, 23:2, 29:2, 29:7, 29:8, 29:15, 29:16,

29:23, 33:13, 36:14, 36:17, 37:13, 39:8, 40:8, 41:8, 44:4, 44:9, 44:10, 45:5, 45:8, 45:14, 45:19, 45:23, 48:4, 51:2, 51:3, 56:8, 56:15, 62:9
**correctly** [1] - 60:19
**could** [14] - 4:10, 9:13, 19:3, 20:13, 20:14, 24:3, 24:21, 28:3, 32:23, 35:25, 40:22, 47:3, 51:11, 51:24
**counsel** [3] - 12:19, 28:23, 62:13
**count** [1] - 32:8
**counted** [1] - 55:14
**counter** [1] - 55:13
**COUNTY** [1] - 62:3
**couple** [2] - 14:10, 60:12
**course** [1] - 33:23
**court** [2] - 12:4, 62:15
**Court** [1] - 1:24
**COURT** [1] - 1:1
**cover** [5] - 5:4, 14:20, 14:22, 31:1, 54:13
**covered** [5] - 11:19, 21:24, 36:13, 36:16, 37:12
**covering** [1] - 27:3
**covers** [1] - 34:22
**Craig** [4] - 2:3, 4:7, 30:2, 39:6
**created** [1] - 16:10
**creates** [1] - 37:18
**credit** [23] - 40:14, 40:22, 41:3, 41:22, 42:4, 42:6, 42:13, 43:7, 43:10, 43:13, 43:15, 43:23, 45:12, 45:13, 45:17, 46:13, 46:14, 46:21, 46:25, 47:4, 51:11, 51:15, 52:9
**crime** [1] - 9:12
**Cross** [1] - 1:14
**CROSS** [1] - 4:5
**Cross-Examination** [1] - 1:14
**CROSS-EXAMINATION** [1] - 4:5
**CRR** [1] - 62:21
**cue** [2] - 38:15, 48:21
**cultures** [1] - 5:22
**curiosity** [1] - 20:21
**current** [3] - 24:4, 24:7, 26:5

**currently** [2] - 4:18, 4:23
**customer** [11] - 6:12, 6:13, 6:22, 7:3, 13:10, 36:19, 37:20, 45:1, 47:1, 49:3, 49:23
**customer's** [1] - 44:19
**customer-driven** [1] - 49:23
**customers** [3] - 6:13, 7:4, 37:22
**Cuyahoga** [1] - 4:19

# D

**Danny** [1] - 4:10
**data** [2] - 19:19, 49:2
**data-wise** [1] - 49:2
**date** [7] - 7:21, 40:2, 40:3, 44:5, 51:25, 52:3, 58:17
**day** [7] - 26:15, 29:1, 34:2, 43:13, 43:23, 59:2, 62:18
**days** [2] - 23:14, 23:17
**deal** [1] - 41:22
**dealing** [1] - 39:19
**dealt** [2] - 8:12, 57:10
**debit** [9] - 42:4, 42:9, 42:12, 42:23, 43:7, 45:7, 45:8, 45:9, 46:21
**December** [2] - 1:20, 62:18
**decide** [1] - 10:1
**decision** [1] - 35:1
**decisions** [1] - 9:18
**DEFENDANT'S** [1] - 3:9
**Defendants** [2] - 1:9, 2:8
**defined** [1] - 62:15
**degree** [1] - 30:14
**demeanered** [1] - 57:24
**demographic** [1] - 9:12
**demographics** [1] - 9:10
**department** [1] - 33:15
**depending** [3] - 30:17, 37:6, 42:14
**depends** [4] - 22:12, 23:13, 24:4, 44:14
**deposition** [10] - 4:9, 11:18, 18:9, 38:24, 39:7, 50:21, 60:10, 60:15, 61:3, 62:10
**DEPOSITION** [1] - 1:7

**Deposition** [1] - 1:13
**describe** [1] - 30:21
**described** [1] - 26:14
**description** [2] - 5:12, 29:4
**design** [1] - 41:19
**determine** [2] - 18:15, 40:16
**determined** [1] - 8:21
**develop** [1] - 5:22
**developed** [2] - 41:1, 41:9
**dictate** [1] - 22:14
**did** [14] - 16:9, 16:15, 23:8, 27:18, 34:3, 48:5, 48:10, 48:11, 48:14, 50:14, 51:9, 51:21, 52:25, 59:17
**didn't** [5] - 21:8, 22:17, 47:23, 48:6, 48:17
**difference** [3] - 32:15, 40:9, 42:5
**different** [10] - 8:10, 8:13, 9:1, 9:4, 15:21, 16:18, 26:7, 30:16, 30:18, 41:20
**difficult** [1] - 6:15
**digital** [1] - 47:6
**direct** [2] - 55:19, 56:4
**direction** [1] - 37:2
**directly** [4] - 7:18, 7:20, 27:6, 46:13
**directs** [1] - 8:16
**Discussion** [2] - 36:5, 59:22
**displayed** [1] - 58:18
**DISTRICT** [2] - 1:1, 1:2
**district** [3] - 14:18, 16:10, 31:15
**District** [3] - 5:5, 14:16, 14:19
**divide** [1] - 15:17
**division** [1] - 23:5
**DIVISION** [1] - 1:3
**do** [79] - 4:14, 4:18, 5:2, 5:7, 5:12, 5:18, 6:5, 6:7, 6:10, 6:18, 7:19, 7:24, 9:17, 9:21, 9:22, 10:9, 10:20, 11:20, 12:7, 12:15, 13:22, 13:24, 13:25, 15:17, 16:3, 17:8, 18:9, 18:15, 19:3, 21:11, 22:5, 22:6, 22:14, 22:21, 23:3, 23:9, 23:11, 24:23, 25:11, 26:24, 27:25, 33:24, 34:5, 34:10, 34:15, 35:4,

38:20, 40:3, 41:21, 42:17, 43:24, 44:25, 45:12, 46:7, 47:20, 49:14, 49:24, 50:14, 52:3, 53:4, 53:9, 53:11, 54:8, 56:18, 56:24, 58:17, 59:25, 60:7, 62:5, 62:10, 62:12, 62:14
**dock** [1] - 33:13
**does** [11] - 5:11, 9:20, 20:2, 39:17, 42:4, 43:8, 45:24, 49:5, 50:5, 54:3
**doesn't** [7] - 12:9, 21:15, 31:18, 31:25, 32:4, 54:6, 56:6
**dog** [39] - 11:8, 22:22, 22:24, 25:6, 25:10, 27:9, 27:11, 27:22, 28:11, 29:4, 29:5, 33:21, 33:24, 34:1, 38:9, 38:25, 39:17, 46:17, 51:2, 51:6, 53:7, 54:5, 55:4, 55:13, 55:15, 55:21, 56:6, 56:9, 56:16, 56:20, 57:5, 57:8, 57:18, 57:20, 57:21, 58:2, 58:5, 60:4
**dogs** [2] - 54:9, 57:24
**doing** [6] - 12:6, 14:2, 24:9, 24:11, 25:9, 38:1
**don't** [25] - 8:18, 9:23, 13:1, 18:1, 18:2, 18:19, 25:3, 25:21, 25:23, 27:15, 32:5, 34:13, 34:18, 35:6, 35:18, 35:20, 38:8, 41:24, 42:21, 46:4, 48:23, 49:8, 52:10, 54:25, 60:16
**done** [3] - 8:2, 8:17, 50:24
**door** [1] - 58:19
**down** [9] - 9:19, 12:5, 12:8, 12:14, 19:2, 32:20, 35:15, 37:11, 55:10
**drag** [1] - 37:10
**drive** [1] - 31:18
**driven** [2] - 42:25, 49:23
**duly** [3] - 4:3, 62:5, 62:6
**during** [1] - 26:18
**duties** [2] - 5:12, 15:21

# E

**e-mail** [2] - 23:5, 49:17
**each** [6] - 5:24, 10:2, 12:13, 16:8, 29:11, 29:12
**Eagle** [1] - 49:4
**earlier** [1] - 53:4
**earned** [2] - 20:13, 20:15
**easier** [1] - 36:1
**easily** [3] - 20:15, 32:23, 51:11
**EASTERN** [1] - 1:3
**eight** [2] - 8:10, 23:18
**either** [3] - 20:4, 39:20, 48:6
**either/or** [1] - 40:10
**electronic** [3] - 47:2, 47:3, 51:15
**electronics** [1] - 43:19
**else** [5] - 6:17, 28:3, 28:9, 44:13
**employed** [2] - 4:23, 26:1
**employee** [6] - 10:13, 55:15, 56:3, 56:17, 57:18, 62:13
**employees** [10] - 6:13, 10:14, 10:19, 52:18, 53:10, 54:12, 54:14, 55:3, 56:3, 57:16
**employment** [1] - 14:8
**enabled** [3] - 40:4, 40:6, 41:10
**encourage** [1] - 6:12
**end** [3] - 17:20, 20:10, 32:12
**ends** [1] - 9:16
**enough** [5] - 12:25, 14:6, 18:7, 33:17, 43:4
**ensure** [1] - 60:15
**enter** [1] - 42:18
**entering** [1] - 29:8
**enters** [1] - 37:24
**entire** [1] - 48:2
**entrance** [1] - 58:19
**entrances** [1] - 59:5
**entries** [1] - 36:12
**entry** [1] - 36:12
**environment** [1] - 24:7
**Eoff** [3] - 2:3, 3:4, 4:7
**EOFF** [28] - 4:6, 18:19, 21:6, 29:24, 30:5, 36:4, 36:6, 36:7, 38:7, 38:14, 38:17, 38:21, 39:3, 39:8, 39:10, 39:13, 47:11, 47:14, 48:1, 50:2,

50:10, 53:15, 53:18, 59:9, 59:13, 59:19, 59:23, 59:24
**equation** [1] - 19:18
**equipment** [1] - 39:22
**Esq** [2] - 2:3, 2:9
**essence** [1] - 6:17
**essentially** [1] - 26:13
**et** [2] - 1:5, 1:8
**evaluates** [1] - 19:19
**even** [2] - 32:19, 32:20
**event** [3] - 12:19, 12:22, 55:4
**ever** [4] - 41:25, 52:15, 57:7, 57:24
**every** [18] - 8:25, 9:2, 10:22, 15:19, 15:22, 16:1, 16:4, 16:8, 16:17, 16:20, 16:23, 17:3, 29:11, 29:20, 43:23, 54:10, 58:18
**everything** [8] - 12:5, 29:10, 30:3, 35:15, 43:20, 52:2, 59:18, 60:18
**exact** [3] - 9:16, 33:6, 35:2
**exactly** [5] - 9:2, 13:12, 15:12, 17:7, 48:20
**EXAMINATION** [2] - 3:3, 4:5
**Examination** [1] - 1:14
**example** [4] - 18:8, 18:11, 19:22, 57:1
**examples** [1] - 20:1
**except** [1] - 43:21
**exciting** [1] - 60:7
**Exhibit** [1] - 39:6
**EXHIBITS** [2] - 3:6, 3:9
**existed** [1] - 29:21
**exists** [1] - 45:20
**exit** [1] - 58:19
**exits** [4] - 31:1, 36:12, 37:24, 59:5
**experience** [6] - 27:3, 35:7, 35:9, 36:19, 45:2, 49:15
**experienced** [1] - 58:11
**expert** [1] - 46:1
**expertise** [1] - 50:4
**expires** [1] - 62:21
**explain** [2] - 40:9, 51:8
**extend** [1] - 34:10
**extensive** [3] - 31:5, 34:3, 48:18
**extent** [3] - 31:4, 55:2, 58:3

**external** [3] - 5:14, 6:11, 17:21
**extra** [1] - 19:20

# F

**fact** [2] - 9:17, 11:5
**fair** [10] - 12:25, 18:7, 18:23, 18:24, 19:21, 22:1, 29:17, 33:5, 33:17, 43:4
**Fairlawn** [1] - 15:8
**faith** [1] - 60:19
**fall** [2] - 20:3, 28:14
**falls** [1] - 32:11
**Falls** [2] - 4:19, 4:21
**far** [3] - 5:16, 42:7, 45:18
**fault** [2] - 59:12, 59:13
**features** [3] - 49:11, 49:21, 49:24
**feel** [4] - 8:19, 32:14, 33:2, 34:13
**fellow** [3] - 52:18, 55:15, 57:15
**few** [4] - 4:8, 9:6, 11:18, 48:16
**fewer** [1] - 24:25
**figure** [4] - 26:1, 34:12, 41:25, 51:9
**figuring** [1] - 34:14
**files** [1] - 43:23
**filter** [2] - 49:17, 49:19
**financial** [1] - 5:17
**financially** [1] - 62:13
**find** [2] - 25:11, 38:8
**fine** [3] - 4:17, 38:14, 61:1
**finish** [2] - 12:16, 12:17
**firm** [1] - 62:15
**first** [9] - 4:3, 11:21, 25:14, 26:22, 40:13, 53:12, 55:16, 57:10, 62:6
**fit** [1] - 29:4
**five** [7] - 15:14, 15:15, 15:17, 26:23, 57:7, 57:13, 58:23
**flipped** [1] - 37:7
**flow** [2] - 36:21, 37:20
**flows** [1] - 37:1
**folks** [3] - 10:6, 29:12, 33:12
**follows** [1] - 4:4
**footage** [3] - 26:20, 31:11, 32:4
**for** [89] - 1:14, 1:18, 4:12, 4:25, 5:3, 5:4, 5:7, 5:24, 6:25, 7:5,

7:9, 7:20, 8:5, 8:12, 9:10, 9:12, 10:13, 10:18, 10:20, 10:23, 13:2, 17:14, 17:21, 18:13, 19:11, 19:15, 21:12, 22:6, 22:9, 22:18, 23:6, 23:10, 23:18, 23:23, 24:1, 24:12, 24:14, 24:15, 24:17, 24:21, 25:1, 25:12, 25:18, 25:21, 26:20, 27:6, 27:10, 28:2, 29:11, 29:17, 29:19, 32:15, 34:8, 34:9, 35:16, 36:3, 37:9, 37:18, 37:22, 39:5, 40:20, 41:13, 43:21, 44:18, 44:19, 45:15, 46:4, 47:9, 48:22, 49:8, 49:16, 49:17, 49:22, 49:23, 50:7, 50:22, 51:24, 51:25, 52:3, 54:1, 54:16, 55:12, 55:22, 56:12, 56:22, 59:19, 59:21, 62:5, 62:13
**foregoing** [2] - 62:9, 62:11
**foremost** [1] - 11:21
**forgot** [2] - 11:17, 11:20
**format** [1] - 16:18
**formulaic** [1] - 19:18
**forwarded** [1] - 23:4
**four** [1] - 43:21
**fraudulent** [1] - 41:22
**frequent** [1] - 57:23
**frequently** [1] - 54:9
**Friday** [1] - 1:20
**friendly** [1] - 43:5
**from** [24] - 5:19, 6:2, 17:15, 17:18, 20:17, 20:18, 21:21, 22:2, 26:15, 29:8, 31:11, 32:10, 36:15, 37:8, 39:4, 44:15, 48:25, 49:18, 50:16, 50:17, 52:7, 52:12, 54:20, 56:19
**front** [6] - 10:3, 13:9, 36:22, 36:23, 37:10
**function** [1] - 19:5
**funny** [1] - 35:22
**furnace** [1] - 49:17
**further** [3] - 62:10, 62:12, 62:14

# G

**gather** [2] - 51:18,

56:18

**general** [4] - 15:19, 36:21, 42:8, 54:21
**generally** [15] - 8:21, 9:23, 24:17, 24:20, 27:25, 31:1, 32:2, 35:13, 42:6, 45:9, 48:15, 54:15, 55:19, 55:22, 56:11
**generically** [1] - 34:19
**gentleman** [10] - 29:4, 33:24, 34:1, 39:2, 39:17, 46:16, 51:1, 51:6, 52:14, 55:20
**germane** [1] - 33:8
**get** [37] - 6:5, 9:20, 16:14, 17:5, 18:5, 18:10, 18:19, 19:3, 19:5, 20:2, 29:10, 30:22, 32:14, 33:2, 37:4, 44:3, 45:6, 46:15, 47:24, 48:17, 48:21, 49:17, 55:1, 55:17, 56:24, 60:16
**gets** [3] - 30:17, 31:19, 31:22
**getting** [3] - 16:6, 20:16, 32:16
**Giant** [1] - 49:4
**gift** [2] - 51:12, 52:9
**give** [9] - 5:12, 8:10, 18:8, 18:10, 19:22, 24:3, 27:1, 35:3, 57:1
**given** [5] - 9:9, 23:9, 30:3, 62:7, 62:9
**glad** [1] - 28:16
**go** [37] - 6:17, 10:25, 14:11, 15:25, 16:2, 16:8, 16:14, 17:8, 18:1, 18:2, 19:14, 22:25, 23:6, 25:17, 27:18, 28:2, 28:10, 28:18, 35:23, 36:2, 36:4, 36:6, 36:23, 39:3, 39:13, 44:2, 44:21, 45:9, 45:10, 46:7, 47:11, 48:1, 49:11, 55:8, 58:24, 59:20, 59:23
**goal** [1] - 25:3
**goes** [2] - 19:20, 45:13
**going** [38] - 9:8, 9:12, 12:22, 14:1, 17:1, 18:17, 21:4, 22:2, 22:8, 22:17, 23:24, 24:12, 24:15, 25:11, 30:8, 30:9, 30:10, 32:14, 33:7, 33:11, 33:18, 34:6, 39:1,

39:2, 42:25, 44:5, 44:6, 44:7, 44:11, 44:13, 44:21, 45:6, 46:16, 46:17, 46:18, 56:4, 60:10
**golf** [1] - 21:20
**gone** [1] - 33:12
**good** [3] - 11:16, 12:10, 30:21
**got** [16] - 11:24, 12:13, 18:9, 22:7, 23:5, 24:22, 33:21, 36:15, 36:22, 38:19, 38:22, 50:21, 56:9, 57:19, 58:5
**gotten** [1] - 22:24
**great** [2] - 12:6, 38:1
**Green** [6] - 15:4, 20:21, 20:22, 21:7, 21:20, 21:23
**growing** [1] - 40:18
**guess** [7] - 14:7, 24:7, 27:21, 32:9, 35:3, 35:6, 40:25
**guy** [3] - 34:12, 52:9, 52:18
**guys** [1] - 8:12

## H

**had** [25] - 14:10, 16:18, 16:19, 16:21, 16:23, 16:25, 25:14, 29:4, 34:1, 36:9, 40:16, 40:21, 41:1, 48:19, 50:14, 50:20, 50:24, 51:10, 51:12, 51:16, 52:2, 52:6, 55:9, 57:17
**hadn't** [1] - 57:4
**half** [2] - 23:21, 26:3
**hand** [10] - 17:8, 18:1, 18:2, 19:15, 47:15, 62:17
**hand-in-hand** [4] - 17:8, 18:1, 18:2, 19:15
**handle** [1] - 14:13
**handles** [1] - 8:7
**hang** [1] - 38:21
**happen** [2] - 47:25, 56:22
**happened** [3] - 34:21, 40:13, 57:9
**happens** [2] - 7:7, 13:4
**hard** [1] - 12:14
**has** [15] - 10:22, 18:8, 19:7, 24:10, 24:12, 25:16, 26:19, 29:15,

38:25, 39:23, 40:10, 41:9, 45:2, 56:6, 60:11
**have** [83] - 5:2, 6:20, 6:23, 7:6, 8:18, 9:4, 9:6, 9:17, 9:21, 9:23, 10:22, 11:5, 11:19, 12:1, 12:12, 14:17, 14:18, 14:19, 14:20, 15:2, 15:4, 15:13, 17:22, 18:3, 18:22, 20:13, 20:14, 20:15, 21:9, 22:17, 22:23, 25:4, 25:15, 25:17, 26:1, 26:11, 26:19, 27:2, 27:5, 27:15, 27:20, 32:8, 32:18, 32:20, 32:23, 33:12, 37:21, 39:15, 41:1, 42:18, 42:24, 43:24, 44:5, 44:6, 47:21, 47:24, 49:8, 50:14, 51:11, 51:12, 51:13, 51:16, 51:22, 52:14, 52:15, 52:16, 52:17, 52:19, 52:22, 52:25, 54:3, 54:6, 57:7, 57:17, 57:22, 58:15, 59:7, 59:14, 60:14, 60:19, 62:17
**haven't** [1] - 59:19
**having** [1] - 50:23
**he** [6] - 12:20, 25:24, 47:17, 50:6, 50:17, 60:12
**he's** [7] - 38:9, 38:10, 38:11, 39:18, 46:17, 46:18, 58:2
**head** [2] - 12:8, 19:2
**headed** [1] - 38:2
**heard** [2] - 57:18, 58:4
**Heights** [6] - 19:24, 19:25, 30:23, 31:6, 31:7, 32:16
**help** [17] - 5:22, 6:6, 6:9, 6:24, 7:5, 7:8, 13:3, 21:15, 25:22, 30:12, 44:20, 49:10, 49:15, 50:25, 51:24, 60:3
**helpful** [1] - 28:17
**helping** [3] - 5:16, 5:18, 17:17
**here** [14] - 11:24, 22:23, 23:11, 28:24, 30:9, 34:9, 38:1, 38:23, 47:20, 48:13, 50:5, 50:17, 59:25, 60:4
**hereby** [1] - 62:5

**herein** [1] - 1:13
**hereinafter** [1] - 4:3
**hereunto** [1] - 62:17
**hey** [1] - 49:18
**hi** [1] - 15:6
**high** [18] - 8:23, 14:6, 16:20, 17:21, 17:25, 18:12, 18:13, 18:16, 19:1, 19:23, 20:4, 20:5, 21:12, 31:9, 32:10, 37:16, 37:18
**high-loss** [1] - 20:5
**high-revenue** [4] - 17:25, 18:12, 19:1, 20:4
**high-theft** [3] - 8:23, 17:25, 19:23
**high-traffic** [2] - 37:16, 37:18
**higher** [12] - 16:21, 17:4, 17:5, 17:9, 17:12, 17:16, 20:25, 31:10, 35:10, 37:20
**higher-revenue** [2] - 17:4, 17:9
**higher-theft** [2] - 17:5, 17:9
**highest** [1] - 21:16
**highway** [1] - 15:9
**him** [12] - 12:20, 38:16, 39:15, 47:20, 48:3, 52:15, 52:19, 55:21, 58:1, 62:7, 62:9
**his** [4] - 47:15, 50:7, 50:18, 51:16
**historically** [1] - 20:10
**hit** [2] - 21:20, 50:12
**holding** [1] - 33:1
**honest** [3] - 25:20, 41:17, 47:23
**hoped** [1] - 51:10
**hopefully** [1] - 25:3
**horse** [1] - 57:22
**hours** [1] - 23:18
**how** [23] - 9:8, 10:24, 15:16, 15:17, 18:15, 18:19, 23:9, 23:20, 23:22, 25:11, 25:15, 25:16, 26:1, 26:18, 32:6, 41:19, 41:25, 44:7, 45:15, 45:24, 57:4
**huh** [3] - 6:4, 45:11, 47:17

## I

**idea** [2] - 24:3, 47:24
**identification** [1] - 6:8

**identify** [4] - 6:8, 51:1, 56:14, 60:3
**immediately** [1] - 56:16
**impact** [3] - 9:8, 9:24, 31:25
**important** [2] - 7:3, 34:12
**impression** [1] - 16:7
**IN** [2] - 1:1, 62:17
**INC** [1] - 1:8
**incident** [27] - 11:8, 14:4, 22:8, 22:24, 23:23, 25:7, 26:20, 27:10, 27:11, 27:22, 28:20, 29:6, 33:17, 34:21, 53:17, 53:18, 53:19, 55:5, 56:1, 56:22, 56:25, 57:5, 57:8, 58:8, 58:12, 58:17
**incidents** [13] - 17:23, 22:14, 24:12, 24:15, 24:18, 25:1, 25:4, 25:10, 25:12, 27:16, 28:11, 53:8, 57:17
**include** [1] - 35:14
**indicate** [3] - 44:7, 48:12, 50:6
**indicated** [5] - 22:1, 53:3, 57:2, 57:6
**indicates** [1] - 17:12
**indicating** [1] - 59:16
**indication** [1] - 52:12
**individuals** [2] - 29:18, 33:10
**infamous** [1] - 46:5
**information** [26] - 34:8, 40:15, 41:14, 41:20, 43:5, 43:7, 43:12, 44:18, 45:17, 45:20, 45:25, 46:10, 47:9, 47:22, 48:24, 49:2, 49:6, 50:25, 51:19, 51:20, 52:7, 55:10, 56:12, 56:19, 56:24, 60:2
**informative** [1] - 60:8
**injured** [3] - 24:22, 55:23, 55:25
**injuries** [1] - 5:23
**injury** [1] - 58:9
**input** [2] - 8:18, 9:20
**inquisition** [1] - 11:25
**insert** [2] - 42:12, 42:23
**inside** [1] - 53:8
**install** [2] - 8:25, 10:1
**installation** [2] - 8:4, 8:7

**instance** [2] - 22:22, 55:12
**intention** [1] - 11:24
**interact** [3] - 54:17, 54:23, 58:1
**interested** [1] - 62:13
**interesting** [4] - 6:19, 7:14, 21:18, 31:18
**interface** [1] - 39:18
**interject** [1] - 53:14
**internal** [3] - 5:13, 17:14, 24:19
**inventory** [2] - 5:16, 31:21
**inverse** [1] - 17:11
**investigations** [1] - 5:14
**invoice** [2] - 43:25, 44:16
**involved** [11] - 5:14, 6:5, 7:18, 27:4, 29:5, 50:13, 56:11, 57:8, 58:8, 58:9, 58:12
**involving** [3] - 11:9, 25:12, 55:5
**issued** [1] - 43:1
**issues** [1] - 14:12
**IT** [1] - 46:1
**item** [1] - 50:12
**items** [1] - 37:15
**itself** [1] - 20:15

## J

**job** [4] - 5:7, 5:20, 12:6, 14:1
**Johnson** [1] - 8:9
**journal** [3] - 47:2, 47:3, 51:16
**JUDGE** [1] - 1:6
**jumped** [2] - 11:17, 32:13

## K

**keep** [8] - 43:9, 43:10, 43:24, 49:8, 49:12, 49:14, 49:25, 53:25
**keeping** [1] - 49:10
**Kent** [1] - 11:6
**kept** [1] - 43:16
**key** [1] - 42:9
**kind** [10] - 32:13, 36:21, 36:25, 37:2, 37:4, 43:4, 48:24, 50:15, 57:19, 58:9
**knocked** [1] - 57:19
**knowledge** [13] - 11:10, 27:13, 27:15, 40:5, 41:24, 42:21,

43:2, 52:21, 53:1, 53:20, 53:22, 58:20, 58:25
**known** [1] - 52:22
**Krystal** [3] - 4:10, 11:9, 28:25
**KRYSTAL** [1] - 1:5

## L

**lady** [1] - 52:22
**large** [2] - 17:22, 38:24
**larger** [2] - 31:12, 36:25
**last** [9] - 4:11, 5:20, 12:21, 15:13, 27:8, 28:8, 34:14, 43:21, 57:3
**later** [2] - 44:20, 49:8
**law.com** [1] - 2:6
**lawsuit** [1] - 11:3
**lawyer** [1] - 60:6
**learned** [1] - 6:20
**leash** [1] - 53:24, 55:14
**Leasing** [2] - 26:9, 26:11
**least** [2] - 20:2, 27:7
**leave** [2] - 6:16, 55:21
**leaving** [1] - 29:9
**left** [4] - 26:10, 36:24, 37:11, 47:15
**less** [3] - 21:13, 24:25, 30:24
**let** [11] - 4:17, 7:4, 10:25, 11:20, 11:22, 12:15, 12:17, 12:20, 25:25, 38:12, 55:8
**let's** [21] - 5:6, 5:24, 11:1, 28:2, 28:18, 30:7, 30:15, 31:5, 36:6, 38:8, 44:21, 44:22, 47:11, 48:21, 49:16, 50:2, 51:4, 55:12, 59:20, 59:23
**level** [8] - 8:17, 9:11, 9:12, 10:9, 14:5, 16:11, 43:16, 51:23
**levels** [1] - 8:18
**lighter** [1] - 30:24
**like** [39] - 6:11, 8:22, 9:1, 9:10, 10:11, 10:15, 13:13, 13:23, 15:10, 18:16, 19:14, 22:22, 24:1, 24:9, 31:7, 32:15, 33:5, 33:6, 33:13, 33:15, 36:18, 37:23, 40:18, 42:7, 42:17, 43:18,

44:20, 47:5, 49:4, 49:11, 50:11, 51:19, 53:7, 54:19, 60:21, 60:24
**likelihood** [1] - 37:18
**limit** [2] - 6:14, 7:9
**line** [1] - 9:19
**lines** [1] - 23:22
**LIOI** [1] - 1:6
**list** [2] - 19:4, 19:6
**little** [4] - 15:16, 18:9, 28:19, 30:7
**live** [3] - 4:19, 13:25, 57:2
**LLC** [1] - 2:4
**local** [2] - 45:17, 46:2
**locally** [1] - 51:22
**located** [4] - 13:7, 13:8, 15:4, 15:8
**location** [23] - 5:2, 8:22, 9:9, 15:2, 15:4, 15:13, 19:23, 20:23, 21:10, 25:18, 26:21, 27:3, 27:11, 28:8, 29:15, 30:20, 32:7, 33:4, 34:23, 40:1, 54:8, 57:6, 59:3
**locations** [2] - 5:4, 57:16
**long** [4] - 25:15, 25:16, 26:1, 26:18
**longer** [1] - 52:6
**longest** [1] - 8:12
**look** [14] - 17:14, 22:6, 22:9, 22:18, 22:25, 23:14, 23:17, 25:6, 25:11, 25:18, 28:11, 28:13, 48:19, 50:8
**look-up** [1] - 50:8
**looked** [4] - 21:25, 25:19, 31:7, 51:8
**looking** [17] - 6:25, 10:18, 10:24, 22:2, 22:15, 22:18, 23:10, 23:11, 23:19, 23:22, 24:14, 24:15, 24:17, 24:21, 25:1, 25:9, 40:1
**looks** [2] - 9:11, 50:11
**loss** [13] - 5:19, 5:25, 14:8, 16:19, 17:15, 17:19, 19:4, 19:11, 20:5, 20:15, 26:16, 27:1, 35:7
**lot** [15] - 5:17, 6:7, 13:23, 13:24, 14:1, 22:13, 24:11, 26:25, 29:9, 41:22, 42:14, 44:14, 49:21, 51:19
**lots** [1] - 54:10

**love** [1] - 54:23
**low** [3] - 9:14, 9:15, 20:10
**low-theft** [1] - 9:14
**LOWE'S** [1] - 1:8
**Lowe's** [39] - 4:24, 4:25, 5:7, 6:6, 8:16, 13:14, 20:8, 26:2, 26:11, 26:15, 35:7, 35:23, 36:20, 40:19, 43:6, 43:8, 44:19, 45:4, 45:20, 46:22, 47:18, 48:4, 48:7, 48:25, 49:1, 49:15, 49:18, 50:7, 50:18, 53:9, 53:10, 53:13, 53:20, 54:11, 56:2, 56:3, 57:9, 58:12
**lower** [3] - 8:24, 21:1, 32:11
**lower-theft** [1] - 8:24
**LP** [2] - 14:5, 14:9
**lumber** [1] - 37:4

## M

**magnetic** [3] - 40:11, 41:6, 41:15
**mail** [2] - 23:5, 49:17
**Main** [2] - 1:19, 2:10
**main** [3] - 37:9, 37:10, 37:25
**maintain** [1] - 7:1
**make** [16] - 5:17, 5:18, 6:15, 7:1, 9:18, 12:7, 12:9, 13:1, 34:13, 38:12, 39:6, 42:4, 47:8, 55:25, 56:5, 60:17
**makes** [3] - 18:7, 33:16, 37:20
**making** [3] - 7:21, 10:14, 33:1
**manage** [1] - 17:17
**management** [3] - 5:16, 55:18, 56:17
**manager** [13] - 5:10, 5:11, 16:3, 26:7, 28:5, 28:6, 28:7, 28:13, 28:15, 44:15, 55:8, 55:9, 55:17
**manner** [1] - 45:3
**many** [7] - 9:4, 9:8, 13:13, 25:4, 32:6, 44:23
**March** [7] - 11:9, 28:21, 33:10, 40:2, 52:1, 52:7, 62:21
**MARKED** [2] - 3:6, 3:9
**market** [2] - 14:19,

16:22
**markets** [1] - 16:19
**Mart** [1] - 21:13
**Massillon** [1] - 15:9
**matter** [1] - 4:10
**may** [7] - 23:14, 28:13, 39:21, 42:24, 44:25, 52:22, 55:16
**maybe** [9] - 9:15, 9:23, 16:19, 17:6, 42:17, 42:18, 52:17, 58:4, 58:5
**mean** [20] - 10:8, 13:4, 19:3, 19:18, 21:6, 21:20, 21:22, 24:19, 32:25, 33:7, 37:17, 41:4, 44:2, 45:24, 48:14, 48:21, 55:23, 57:2, 57:16, 58:20
**means** [1] - 62:8
**measurements** [1] - 49:14
**mechanics** [1] - 41:16
**medical** [1] - 56:7
**meet** [4] - 7:6, 7:8, 16:2, 57:24
**mentioned** [1] - 14:15
**merchandise** [1] - 36:25
**Merit** [2] - 1:16, 62:4
**message** [1] - 44:15
**met** [1] - 4:7
**mid** [1] - 32:10
**middle** [4] - 20:6, 20:9, 30:20, 32:25
**might** [9] - 6:20, 10:19, 23:17, 30:22, 31:14, 32:16, 32:20, 52:14, 59:6
**mile** [1] - 21:13
**mind** [2] - 38:8, 48:23
**mine** [1] - 48:19
**minute** [2] - 30:9, 46:16
**moment** [1] - 56:13
**moments** [1] - 4:8
**money** [1] - 46:13
**monitoring** [1] - 7:18
**monitors** [1] - 10:3, 13:7, 21:24
**more** [18] - 8:10, 9:5, 13:24, 16:15, 17:1, 17:6, 17:12, 17:13, 18:10, 20:18, 24:14, 32:21, 35:20, 37:18, 37:21, 41:6, 49:11, 50:13
**MOSHOLDER** [1] - 1:5
**Mosholder** [3] - 4:10, 11:9, 28:25

**Mosholder's** [1] - 39:7
**most** [8] - 7:3, 8:1, 8:3, 10:8, 31:1, 37:22, 37:24, 60:7
**move** [2] - 30:11, 55:16
**Mr** [6] - 3:4, 28:24, 29:22, 29:24, 50:23, 60:11
**MR** [51] - 4:6, 18:17, 18:19, 18:21, 21:4, 21:6, 25:22, 29:24, 30:2, 30:5, 35:6, 36:2, 36:4, 36:6, 36:7, 38:7, 38:12, 38:14, 38:15, 38:17, 38:18, 38:20, 38:21, 39:3, 39:5, 39:8, 39:9, 39:10, 39:11, 39:13, 47:11, 47:13, 47:14, 48:1, 50:2, 50:9, 50:10, 53:14, 53:15, 53:16, 53:18, 59:8, 59:9, 59:10, 59:12, 59:13, 59:17, 59:19, 59:23, 59:24, 60:14
**much** [6] - 9:23, 15:21, 16:18, 20:25, 23:9, 23:20, 23:22, 30:12, 30:24, 37:23, 50:13, 51:19, 55:1, 56:24, 58:2
**multiple** [1] - 5:4
**myself** [1] - 8:2

## N

**N.W** [1] - 2:5
**name** [13] - 4:7, 4:11, 33:25, 39:23, 46:23, 46:24, 47:7, 51:6, 51:7, 51:16, 52:25
**named** [1] - 62:5
**names** [3] - 8:11, 43:22, 43:24
**nature** [3] - 8:23, 8:24, 12:9
**necessarily** [2] - 19:4, 45:22
**need** [9] - 6:24, 8:1, 11:21, 11:25, 35:15, 44:24, 48:11, 56:6
**needed** [2] - 7:25, 10:12, 55:11
**needs** [7] - 7:6, 7:9, 12:20, 16:3, 30:17, 51:20, 60:12
**neighborhood** [3] - 9:7, 9:8, 43:6

**never** [5] - 9:13, 16:22, 47:25, 48:3, 58:11
**New** [6] - 18:13, 30:22, 31:8, 31:11, 32:15
**new** [1] - 26:25
**newer** [1] - 32:19
**next** [1] - 12:16
**Nicholas** [2] - 2:9, 11:6
**Nick** [5] - 38:7, 39:3, 39:14, 47:11, 50:3
**nine** [1] - 26:3
**nipped** [1] - 58:5
**NO** [1] - 1:5
**no** [29] - 5:4, 8:5, 11:24, 12:18, 13:16, 13:20, 17:12, 20:18, 27:17, 32:2, 34:3, 38:21, 43:15, 48:5, 52:6, 52:11, 52:16, 54:4, 54:6, 58:7, 58:8, 58:9, 58:15, 58:17, 59:12, 59:13
**nodding** [1] - 19:2
**nods** [1] - 12:8
**non** [4] - 14:5, 14:9, 20:22
**non-LP** [2] - 14:5, 14:9
**non-staffed** [2] - 14:5, 20:22
**None** [2] - 3:7, 3:10
**nor** [1] - 62:14
**north** [1] - 14:19
**North** [1] - 2:5
**NORTHERN** [1] - 1:2
**northern** [2] - 14:18, 14:22
**not** [65] - 9:2, 10:15, 12:13, 13:16, 13:17, 13:20, 13:22, 18:1, 20:4, 21:25, 23:14, 26:12, 27:17, 27:20, 31:5, 32:2, 32:4, 32:19, 33:1, 33:8, 33:12, 33:24, 34:4, 34:24, 35:2, 35:10, 35:13, 35:16, 40:3, 40:12, 40:19, 41:2, 41:16, 41:19, 41:20, 42:16, 42:24, 43:11, 43:24, 44:18, 45:16, 46:1, 48:5, 48:14, 50:14, 51:7, 51:22, 52:8, 52:16, 52:25, 54:19, 55:20, 56:18, 58:15, 59:12, 59:13, 60:3, 60:6, 60:16, 62:12, 62:14
**Notary** [3] - 1:17, 62:4, 62:21

**nothing** [2] - 26:15, 62:6
**notice** [1] - 46:18
**noticed** [1] - 30:8
**notification** [1] - 25:19
**notified** [1] - 23:4
**now** [14] - 8:8, 14:17, 15:20, 16:10, 16:12, 21:5, 24:10, 26:4, 39:4, 41:1, 41:9, 42:12, 43:12, 43:15
**nresetar@ralaw.com** [1] - 2:11
**number** [11] - 18:16, 18:18, 18:20, 33:6, 40:2, 43:11, 43:25, 47:4, 48:7, 48:8, 50:7
**numbers** [7] - 5:17, 17:22, 43:13, 43:16, 44:16, 44:17, 45:18

## O

**object** [1] - 18:17
**objects** [1] - 12:19
**obtain** [1] - 51:7
**obviously** [13] - 6:1, 7:15, 10:2, 12:9, 12:19, 23:4, 33:7, 34:11, 36:11, 43:10, 44:2, 56:3, 56:5
**occasions** [1] - 10:12
**OF** [3] - 1:2, 1:7, 62:2
**office** [2] - 13:8, 13:15, 62:17
**officer** [2] - 14:8, 19:12
**officers** [1] - 16:20
**offices** [3] - 1:18, 13:11
**official** [1] - 5:8
**officially** [2] - 26:22
**often** [2] - 17:1, 25:11
**OHIO** [1] - 1:2, 62:2
**Ohio** [9] - 1:15, 1:18, 1:20, 2:5, 2:10, 11:6, 21:17, 62:5, 62:17
**Okay** [1] - 33:7
**okay** [119] - 4:7, 4:14, 4:17, 4:23, 5:6, 5:24, 7:14, 7:23, 9:3, 9:25, 10:6, 10:10, 10:24, 11:15, 11:23, 12:2, 12:3, 12:10, 12:24, 12:25, 13:5, 13:12, 13:17, 13:21, 15:1, 15:3, 15:6, 15:14, 15:16, 16:6, 16:24, 17:4, 18:7, 19:3,

19:9, 19:13, 19:22, 19:25, 20:7, 20:24, 21:2, 21:23, 22:11, 23:7, 23:9, 23:16, 23:19, 24:24, 25:9, 25:15, 26:10, 26:18, 27:8, 27:15, 28:2, 28:16, 28:18, 30:5, 30:7, 31:2, 32:3, 32:13, 32:22, 32:24, 33:16, 33:22, 35:5, 35:12, 36:11, 36:20, 37:14, 38:7, 38:19, 39:15, 39:25, 40:7, 40:9, 41:18, 42:2, 42:20, 43:4, 43:17, 44:2, 45:20, 45:24, 46:15, 46:21, 47:11, 47:20, 48:2, 48:6, 48:10, 50:2, 50:16, 51:8, 52:5, 52:8, 52:12, 52:17, 53:3, 53:12, 54:8, 54:18, 55:3, 55:12, 55:20, 55:24, 56:9, 56:13, 57:1, 57:15, 58:11, 58:16, 60:25
**old** [1] - 16:15
**once** [7] - 6:8, 9:25, 15:19, 15:22, 16:1, 17:3, 19:10
**one** [24] - 6:21, 18:3, 19:10, 21:16, 25:14, 26:15, 27:13, 29:20, 30:7, 31:14, 36:1, 36:3, 37:2, 44:8, 44:25, 47:24, 54:13, 55:5, 56:2, 57:8, 57:10, 57:23, 58:4
**ones** [1] - 59:8
**only** [12] - 11:25, 17:2, 18:3, 18:18, 25:14, 27:9, 27:13, 27:19, 45:12, 52:21, 57:10
**open** [2] - 9:13, 13:19
**operation** [1] - 26:17
**operationally** [1] - 17:13
**operations** [2] - 5:15, 17:15
**opine** [1] - 9:21
**opinions** [1] - 9:22
**opportunities** [1] - 17:14
**opportunity** [2] - 9:21, 16:14
**opposite** [1] - 9:16
**original** [1] - 8:12
**other** [18] - 10:16, 12:13, 13:13, 14:10,

14:23, 16:16, 17:6, 17:20, 18:2, 23:17, 26:16, 27:15, 28:11, 42:17, 52:14, 52:18, 52:20, 57:17
**others** [2] - 9:5
**otherwise** [2] - 30:4, 62:13
**out** [15] - 20:21, 21:23, 25:22, 26:1, 31:22, 34:12, 34:15, 35:23, 35:25, 41:25, 43:20, 46:17, 51:9, 51:22
**over** [5] - 12:13, 15:8, 57:7, 57:19, 59:18
**oversee** [1] - 14:15
**Owaisa** [1] - 4:21
**OWAISA** [1] - 4:21
**own** [1] - 20:21
**owner** [7] - 38:9, 39:1, 54:2, 54:15, 55:14, 56:20, 60:4
**owner's** [1] - 55:1

## P

**P-e-t-r-o** [1] - 4:13
**p.m** [2] - 1:20, 61:3
**package** [8] - 8:19, 8:25, 9:25, 30:22, 30:24, 32:1, 35:14, 37:24
**packages** [5] - 8:20, 30:16, 30:18, 32:9, 32:17
**PAGE** [1] - 3:3
**paid** [4] - 44:8, 45:4, 45:6
**paint** [12] - 33:22, 34:20, 34:22, 35:9, 35:10, 35:18, 35:19, 35:21, 35:25, 36:11, 49:12, 55:13
**paperwork** [1] - 43:20
**parent** [1] - 8:11
**park** [1] - 33:13
**parking** [2] - 29:9
**part** [10] - 5:20, 7:3, 7:15, 14:24, 14:25, 24:9, 32:4, 40:14, 50:18, 59:4
**particular** [1] - 25:18
**parties** [1] - 56:11
**partnership** [1] - 5:21
**parts** [1] - 16:16
**party** [3] - 8:8, 56:19, 62:13
**Patrick** [3] - 1:16, 62:4, 62:21
**patron** [1] - 55:16

**pay** [1] - 39:16
**payment** [1] - 14:7
**peers** [3] - 8:2, 14:11, 14:20
**Pelini** [1] - 2:4
**pending** [1] - 12:1
**people** [16] - 6:1, 6:14, 6:23, 7:2, 7:19, 10:6, 12:14, 13:13, 14:10, 21:8, 27:1, 35:18, 35:20, 40:21, 49:10, 54:1
**percent** [2] - 40:12, 41:16
**percentage** [1] - 24:1
**percentages** [1] - 23:21
**perfect** [1] - 26:18
**period** [2] - 26:19, 47:10
**permission** [2] - 54:16, 55:1
**person** [8] - 7:7, 20:16, 25:16, 25:17, 52:21, 56:6, 56:9, 56:10
**personnel** [1] - 17:13
**perspective** [1] - 44:19
**pertinent** [1] - 56:12
**pet** [8] - 53:10, 53:13, 53:20, 54:3, 54:6, 54:12, 54:16, 58:18
**Petro** [2] - 4:13, 47:5
**PETRO** [4] - 1:8, 1:13, 4:2, 62:6
**Philadelphia** [6] - 18:14, 30:23, 31:8, 31:12, 32:16
**phone** [3] - 48:8, 49:20, 50:7
**photo** [1] - 59:15
**photos** [1] - 59:7
**physical** [1] - 49:9
**pick** [2] - 8:19, 8:24
**piece** [3] - 5:24, 6:11, 39:22
**pin** [3] - 42:7, 42:10, 42:24
**place** [8] - 10:1, 10:2, 11:10, 13:7, 24:21, 28:21, 48:13, 62:11
**placement** [1] - 36:8
**places** [2] - 33:8, 33:12
**PLAINTIFF'S** [1] - 3:6
**Plaintiffs** [4] - 1:6, 1:14, 2:2, 4:9
**plans** [1] - 22:13
**play** [4] - 32:5, 38:12,

38:20, 39:3
**playing** [2] - 57:18, 58:4
**please** [2] - 4:11, 35:4
**pod** [2] - 14:18, 14:22
**pods** [1] - 14:18
**point** [12] - 16:6, 19:20, 20:16, 21:23, 30:11, 30:13, 34:8, 39:18, 40:6, 50:25, 57:7, 60:2
**point-of-sale** [6] - 30:11, 30:13, 34:8, 39:18, 50:25, 60:2
**policy** [8] - 47:7, 47:8, 53:10, 53:13, 53:21, 54:12, 58:13, 58:18
**position** [8] - 9:20, 13:22, 14:17, 16:11, 26:5, 26:6, 26:12, 26:13
**possibility** [1] - 58:3
**possible** [3] - 27:21, 27:23, 56:25
**potential** [1] - 24:19
**potentially** [3] - 9:19, 22:18, 27:24
**predetermined** [1] - 19:7
**prefer** [1] - 6:16
**preferable** [1] - 4:16
**Premier** [1] - 1:24
**prepared** [1] - 62:8
**presence** [4] - 7:2, 7:4, 30:25, 62:8
**present** [1] - 50:23
**pretty** [4] - 33:5, 37:23, 55:1, 58:2
**prevent** [5] - 5:23, 6:6, 6:10, 17:19, 17:22
**prevention** [8] - 6:1, 14:8, 16:19, 19:11, 20:15, 26:16, 27:1, 35:8
**previous** [1] - 52:13
**print** [1] - 43:23
**prints** [2] - 43:20
**prior** [3] - 17:1, 26:5, 47:22
**priority** [1] - 55:23
**privacy** [1] - 43:14
**privileged** [1] - 43:12
**probably** [13] - 11:19, 17:5, 26:23, 27:5, 27:7, 31:21, 32:11, 33:3, 34:7, 35:2, 58:20, 59:14, 60:11
**problem** [1] - 12:18
**problems** [2] - 21:9, 37:19

**Procedure** [1] - 1:15
**proceed** [1] - 42:10
**process** [1] - 40:18
**processes** [3] - 17:15, 17:18, 22:16
**produced** [1] - 62:8
**product** [1] - 17:13
**productive** [1] - 10:15
**profit** [1] - 19:4
**profit-and-loss** [1] - 19:4
**profitable** [1] - 5:19
**program** [4] - 41:23, 42:1, 49:23, 51:21
**programs** [1] - 41:1
**project** [1] - 33:9
**proprietary** [1] - 18:18
**protection** [6] - 5:9, 5:11, 16:11, 26:16, 41:12, 41:13
**provide** [3] - 34:3, 53:9, 54:11
**provided** [8] - 28:23, 29:20, 29:25, 30:2, 37:8, 39:1, 50:7, 55:4
**Public** [3] - 1:17, 62:4, 62:21
**pull** [6] - 23:1, 23:6, 32:8, 33:6, 47:3, 48:9
**pulling** [1] - 33:9
**pulls** [1] - 9:11
**purposes** [2] - 8:6, 50:22
**pursuant** [1] - 1:14
**purview** [1] - 10:7
**put** [10] - 8:16, 10:1, 29:6, 31:19, 32:24, 34:11, 39:20, 45:7, 47:1, 49:20

**Q**

**qualified** [1] - 62:5
**qualify** [1] - 19:11
**quality** [2] - 9:7, 21:8
**question** [10] - 12:1, 12:2, 12:16, 12:17, 12:22, 12:25, 25:24, 33:17, 52:11, 59:2
**questioned** [1] - 59:20
**questions** [3] - 13:4, 38:13, 60:5, 60:6
**quick** [1] - 11:21, 39:14
**quiet** [1] - 7:10
**quite** [2] - 25:21, 53:5

**R**

**range** [1] - 32:10
**Ray** [13] - 4:7, 4:15, 4:16, 4:17, 37:9, 38:19, 39:15, 47:5, 47:16, 48:11, 50:4, 59:25, 60:14
**RAYMOND** [4] - 1:8, 1:13, 4:2, 62:6
**Raymond** [2] - 4:13, 4:14
**re** [1] - 48:14
**re-watch** [1] - 48:14
**reach** [5] - 18:22, 18:25, 19:10, 19:15, 19:19
**reached** [1] - 51:22
**read** [5] - 59:8, 60:15, 60:21
**reader** [4] - 39:24, 39:25, 40:4
**readers** [1] - 40:13
**ready** [4] - 39:9, 47:13, 48:21, 50:9
**real** [2] - 11:21, 39:14
**reality** [1] - 10:21
**really** [10] - 13:22, 18:9, 19:18, 20:12, 21:18, 31:16, 31:18, 31:22, 37:3, 59:17
**realm** [1] - 53:8
**Realtime** [2] - 1:17, 62:4
**reason** [4] - 10:23, 17:15, 23:23, 35:2
**reasons** [1] - 6:21
**receipt** [7] - 44:3, 44:12, 44:13, 45:1, 46:8, 46:9, 49:9
**receipt's** [1] - 44:5
**receipts** [2] - 49:10, 50:1
**received** [1] - 23:2
**receiving** [2] - 17:18, 33:15
**recognize** [1] - 46:12
**record** [12] - 4:12, 12:10, 36:2, 36:4, 36:5, 36:6, 39:5, 50:22, 59:21, 59:22, 59:23, 60:13
**recorded** [1] - 13:25
**records** [1] - 51:23
**reduced** [1] - 62:7
**refer** [1] - 11:4
**referred** [1] - 14:16
**regardless** [1] - 56:21
**regards** [1] - 54:21
**register** [8] - 10:22,

31:3, 36:16, 40:2, 40:22, 42:11, 48:16, 52:1
**Registered** [2] - 1:16, 62:4
**registers** [1] - 37:25
**regularly** [1] - 22:5
**related** [1] - 24:18
**relation** [1] - 28:20
**relationship** [1] - 17:11
**relative** [1] - 62:12
**remember** [3] - 27:14, 58:6, 58:17
**reminder** [1] - 49:16
**repay** [1] - 45:3
**replay** [1] - 48:11
**report** [2] - 22:7, 22:24
**reported** [2] - 56:16, 56:20
**Reporter** [2] - 1:17, 62:4, 62:4
**reporter** [1] - 12:5
**Reporting** [1] - 1:24
**reporting** [2] - 44:1, 62:15
**reports** [1] - 22:14
**represent** [2] - 4:9, 33:19
**requested** [2] - 23:3, 23:24
**require** [1] - 25:4
**required** [4] - 16:22, 27:19, 42:16, 55:8
**requirements** [1] - 42:25
**research** [4] - 14:2, 34:3, 51:5, 60:1
**researching** [1] - 51:18
**RESETAR** [23] - 18:17, 18:21, 21:4, 25:22, 30:2, 35:6, 36:2, 38:12, 38:15, 38:18, 38:20, 39:5, 39:9, 39:11, 47:13, 50:9, 53:14, 53:16, 59:8, 59:10, 59:12, 59:17, 60:14
**Resetar** [6] - 2:9, 28:24, 29:22, 29:24, 50:23, 60:11
**reside** [1] - 4:18
**resident** [1] - 21:7
**respect** [1] - 54:15
**responding** [1] - 12:6
**responsibility** [5] - 28:4, 28:10, 28:15, 53:25, 54:2
**responsible** [4] - 7:20,

25:17, 26:20, 27:6
**restrictions** [1] - 42:16
**result** [3] - 51:5, 52:6, 58:14
**retailer** [2] - 26:7, 40:19
**retain** [1] - 55:11
**retention** [6] - 46:2, 46:3, 49:8, 51:23, 59:4
**return** [9] - 44:20, 44:22, 44:24, 45:13, 46:7, 46:12, 47:7, 47:8, 51:20
**revenue** [14] - 8:21, 14:5, 16:21, 17:4, 17:9, 17:12, 17:25, 18:12, 18:13, 18:16, 19:1, 20:4, 20:6, 21:1
**review** [6] - 13:24, 25:5, 26:20, 27:20, 27:23, 27:25
**reviewed** [2] - 25:21, 27:10
**reviewing** [1] - 14:2
**right** [34] - 7:12, 7:13, 8:8, 9:10, 10:4, 13:9, 13:11, 14:17, 15:8, 15:14, 15:20, 22:21, 24:10, 25:19, 26:3, 29:16, 31:20, 31:24, 33:14, 33:16, 33:20, 37:3, 38:2, 38:7, 39:4, 39:13, 41:7, 44:11, 46:20, 47:15, 49:7, 52:12, 58:14, 59:5
**RMR** [1] - 62:21
**Road** [4] - 4:21, 15:5, 15:10
**Roetzel** [2] - 1:18, 2:9
**roll** [2] - 47:12, 50:2
**room** [3] - 10:25, 38:23, 49:14
**Rule** [1] - 62:15
**Rules** [1] - 1:15
**run** [2] - 16:10, 39:15
**running** [1] - 38:10
**rural** [1] - 9:15

**S**

**saddle** [1] - 57:22
**safe** [1] - 54:1
**safety** [13] - 5:20, 5:21, 5:22, 24:19, 25:4, 25:7, 25:10, 26:17, 53:4, 53:6, 53:9, 54:3, 56:1

**said** [13] - 10:11, 19:14, 31:8, 32:25, 33:5, 34:17, 34:20, 45:16, 51:19, 60:17, 60:18, 60:20, 62:8
**sale** [7] - 30:11, 30:13, 34:8, 39:18, 42:12, 50:25, 60:2
**sales** [10] - 18:23, 18:24, 18:25, 19:5, 20:19, 20:20, 31:9, 31:10, 31:24, 49:5
**same** [8] - 9:2, 12:15, 26:13, 41:15, 45:3, 51:13, 52:6, 56:21
**SARA** [1] - 1:6
**saw** [5] - 37:8, 37:9, 47:25, 48:2, 48:3
**say** [25] - 8:3, 9:1, 11:13, 12:6, 12:20, 13:1, 15:6, 24:2, 27:5, 27:24, 29:13, 29:17, 31:5, 32:11, 33:5, 37:14, 44:21, 44:22, 47:5, 49:16, 50:19, 55:7, 55:12, 60:12
**saying** [3] - 6:19, 6:21, 30:18
**says** [1] - 49:18
**scale** [2] - 19:17, 20:11
**scan** [4] - 46:8, 46:9, 48:25, 49:25
**scanned** [1] - 48:7
**scanning** [1] - 50:11
**scenario** [2] - 56:15, 56:22
**screen** [1] - 38:23
**screens** [2] - 13:18, 48:17
**seal** [1] - 62:17
**season** [1] - 24:10
**second** [10] - 5:6, 5:25, 12:4, 27:3, 28:2, 34:6, 36:3, 38:21, 45:15, 59:21
**secure** [1] - 41:6
**secured** [1] - 28:19
**security** [7] - 7:16, 29:14, 29:19, 29:21, 32:6, 41:12, 43:15
**see** [30] - 9:22, 10:3, 12:4, 13:12, 32:9, 34:18, 37:21, 43:18, 45:18, 45:21, 46:11, 47:4, 47:7, 47:15, 47:20, 47:23, 48:10, 48:12, 48:15, 48:17, 51:24, 54:9, 54:10,

55:4, 55:5, 55:7, 55:13, 55:14, 55:15, 59:17
**seeing** [1] - 50:17
**seemed** [1] - 17:5
**seems** [2] - 36:18, 37:12
**seen** [7] - 36:15, 52:15, 52:19, 55:9, 57:8, 58:13, 58:15
**selling** [1] - 17:18
**send** [3] - 9:22, 46:13, 52:2
**senior** [3] - 5:9, 5:11, 16:11
**sense** [5] - 18:7, 33:16, 37:21, 54:19, 54:22
**Sensormatic** [2] - 8:9, 8:11
**separation** [1] - 15:20
**series** [2] - 28:22, 29:3
**server** [1] - 46:3
**service** [7] - 6:12, 6:13, 7:3, 13:10, 45:2, 53:23, 54:7
**set** [5] - 8:15, 13:10, 16:16, 49:16, 62:17
**setup** [3] - 13:12, 16:15, 30:15
**she** [9] - 12:7, 33:21, 47:21, 50:11, 50:12, 50:14, 52:25
**shoplift** [2] - 6:3, 7:11
**shoplifter** [2] - 6:11, 7:7
**shoplifting** [6] - 10:16, 17:23, 24:8, 24:10, 24:12, 24:18
**shopping** [1] - 49:15
**should** [4] - 11:19, 57:22
**show** [1] - 39:1
**shrink** [6] - 5:14, 5:19, 9:16, 17:20, 20:25, 21:13
**shrinkage** [1] - 5:25
**shrinking** [1] - 21:16
**shrinks** [1] - 17:21
**side** [5] - 5:15, 21:1, 37:3, 37:11, 39:21
**similar** [1] - 49:3
**since** [4] - 25:16, 26:10, 26:19, 51:21
**single** [1] - 29:21
**sit** [1] - 10:3
**sits** [2] - 21:19, 30:20
**sitting** [1] - 34:9
**situation** [3] - 22:22, 25:6, 58:11

**size** [2] - 31:19, 31:25
**small** [1] - 27:24
**smallest** [1] - 31:14
**softwares** [1] - 40:25
**some** [14] - 9:4, 10:2, 21:2, 22:7, 23:23, 25:21, 30:10, 42:16, 46:18, 50:20, 50:24, 52:12, 53:4
**somebody** [8] - 13:15, 16:20, 16:23, 17:17, 17:22, 48:25, 55:17, 55:25
**somebody's** [1] - 7:12
**someone** [6] - 9:20, 10:3, 13:17, 19:19, 24:22, 36:19
**someplace** [1] - 32:15
**something** [15] - 6:20, 6:25, 12:11, 15:10, 22:5, 22:6, 22:9, 22:19, 23:21, 35:24, 43:6, 44:3, 44:7, 55:7
**sometimes** [6] - 9:17, 10:13, 13:3, 22:15, 37:6, 46:25
**somewhere** [6] - 6:17, 30:20, 32:25, 33:2, 46:5
**sorry** [2] - 27:18, 59:11
**sort** [1] - 52:4
**South** [2] - 1:19, 2:10
**southeast** [1] - 14:21
**southwest** [1] - 14:20
**speaking** [1] - 45:2
**specific** [7] - 5:2, 10:23, 23:23, 24:16, 24:17, 51:25
**specifically** [2] - 22:8, 35:10
**specified** [1] - 62:11
**spectrum** [2] - 30:21, 32:12
**spell** [1] - 4:11
**spend** [1] - 23:11
**spending** [1] - 60:5
**spent** [1] - 22:1
**spoke** [1] - 52:22
**spook** [1] - 54:20
**sporadically** [1] - 27:4
**spray** [9] - 33:22, 34:20, 34:22, 35:9, 35:17, 35:19, 35:21, 35:25, 36:10
**square** [2] - 31:11, 32:4
**square-footage** [1] - 31:11

**SS** [1] - 62:2
**stacks** [1] - 49:10
**Stacy** [2] - 52:23, 52:24
**staff** [1] - 17:16
**staffed** [3] - 14:5, 16:17, 20:22
**staffing** [1] - 21:5
**standpoint** [5] - 5:19, 20:17, 20:19, 20:20, 31:11
**start** [5] - 4:8, 5:6, 12:21, 21:4, 51:4
**started** [1] - 50:21
**STATE** [1] - 62:2
**State** [2] - 1:18, 62:5
**state** [2] - 4:11, 21:16
**STATES** [1] - 1:1
**steal** [5] - 6:2, 6:14, 35:19, 35:20, 36:1
**stealing** [1] - 10:19
**Stenotypy** [1] - 62:7
**still** [3] - 42:6, 42:15, 59:7
**stocking** [1] - 17:18
**stolen** [1] - 41:22
**stop** [3] - 39:12, 39:14, 48:1
**storage** [1] - 51:20
**store** [106] - 5:2, 6:2, 6:22, 7:10, 7:24, 8:18, 8:20, 8:22, 8:23, 9:1, 9:2, 9:9, 9:14, 10:11, 11:1, 11:2, 11:4, 11:5, 11:8, 11:10, 11:13, 11:14, 13:6, 13:19, 14:3, 14:5, 14:6, 14:9, 14:12, 15:8, 15:19, 15:22, 15:24, 15:25, 16:1, 16:2, 16:17, 16:23, 18:11, 18:12, 19:1, 19:20, 20:5, 20:12, 20:25, 21:5, 21:13, 21:19, 23:3, 23:25, 24:22, 25:12, 26:7, 27:2, 27:5, 27:6, 28:5, 28:6, 28:14, 29:1, 30:17, 31:5, 31:9, 31:10, 31:12, 31:13, 31:22, 31:25, 33:10, 34:1, 35:24, 36:9, 36:21, 36:22, 36:24, 37:1, 37:4, 37:11, 37:23, 38:3, 38:4, 43:16, 44:3, 44:15, 44:16, 44:23, 45:17, 49:5, 52:3, 52:14, 52:19, 54:9, 54:10,

55:6, 55:14, 55:17, 55:21, 57:9, 57:21, 58:13, 59:6
**stored** [2] - 43:13, 45:25
**stores** [31] - 5:16, 5:18, 5:21, 5:22, 9:4, 10:2, 14:22, 14:23, 15:14, 15:15, 15:18, 16:8, 16:14, 17:1, 17:3, 17:5, 17:6, 17:9, 17:10, 17:16, 17:25, 21:16, 27:19, 32:20, 36:12, 36:20, 37:6, 57:7, 57:13, 58:21, 58:23
**storing** [1] - 45:16
**Stow** [2] - 15:2, 57:21
**straight** [1] - 10:16
**strategic** [1] - 37:15
**Street** [2] - 1:19, 2:10
**strip** [4] - 40:11, 41:6, 41:15, 41:23
**structure** [1] - 20:14
**stuff** [6] - 9:11, 9:19, 22:16, 30:11, 37:5, 44:11
**submitted** [1] - 25:20
**such** [1] - 5:15
**Suite** [2] - 1:19, 2:4
**suits** [1] - 8:20
**SUMMIT** [1] - 62:3
**supervision** [1] - 56:5
**supervisor** [1] - 55:19
**support** [2] - 14:6, 16:4
**sure** [30] - 7:1, 7:12, 7:21, 10:14, 10:18, 12:7, 13:1, 16:13, 17:24, 24:6, 25:6, 31:7, 38:12, 40:12, 40:24, 41:16, 41:19, 41:20, 42:3, 46:2, 46:4, 47:8, 51:17, 52:8, 53:15, 55:25, 56:5, 56:23, 57:25, 60:17
**surprise** [1] - 54:25
**surprising** [1] - 21:2
**suspect** [1] - 59:14
**swipe** [9] - 39:20, 40:7, 40:17, 40:22, 41:2, 42:9, 46:18, 47:22, 51:14
**swiped** [1] - 51:15
**swipes** [1] - 47:17
**sworn** [2] - 4:3, 62:6
**system** [6] - 9:25, 30:13, 45:21, 46:10, 46:12, 47:6

**systems** [2] - 32:19

## T

**take** [10] - 5:24, 11:22, 12:8, 12:14, 23:19, 40:7, 40:10, 40:11, 50:15, 55:10
**taken** [3] - 1:15, 47:21, 62:11
**takes** [1] - 48:16
**taking** [5] - 11:18, 12:5, 24:25, 34:15, 38:24
**talk** [13] - 11:1, 12:13, 15:16, 17:4, 22:23, 28:18, 30:7, 30:10, 30:15, 45:15, 53:6, 54:13, 55:20
**talked** [4] - 52:17, 52:19, 53:6, 57:3
**talking** [24] - 5:25, 6:1, 8:4, 8:5, 11:3, 11:14, 12:14, 12:16, 12:21, 13:5, 14:14, 15:12, 27:12, 28:7, 28:20, 29:14, 30:16, 30:19, 31:23, 36:8, 38:5, 39:22, 48:20, 59:16
**tape** [1] - 22:2
**team** [1] - 16:16
**teams** [1] - 51:23
**tell** [9] - 34:25, 35:2, 39:11, 46:22, 48:24, 50:5, 51:4, 51:6, 57:17
**telling** [3] - 27:9, 41:10, 46:6
**ten** [5] - 23:18, 26:3, 26:18, 27:4, 27:7
**ten-year** [1] - 26:18
**termed** [1] - 57:4
**terms** [4] - 23:20, 26:14, 39:18, 40:10
**terrible** [1] - 12:11
**testified** [1] - 4:4
**testify** [1] - 62:6
**testimony** [4] - 33:18, 59:1, 62:7, 62:9
**than** [14] - 9:5, 13:25, 15:21, 16:15, 17:1, 17:6, 21:13, 25:1, 26:16, 28:11, 31:12, 32:21, 41:6, 41:21
**thank** [4] - 4:23, 28:16, 30:5, 47:5
**that** [365] - 5:2, 5:24, 6:2, 6:6, 6:10, 6:11, 6:15, 6:16, 6:18, 6:19, 6:21, 6:23,

6:25, 7:1, 7:4, 7:6, 7:8, 7:10, 7:15, 7:19, 7:21, 7:22, 8:12, 8:18, 8:20, 8:24, 9:1, 9:10, 9:11, 9:12, 9:17, 9:21, 10:6, 10:8, 10:9, 10:14, 10:15, 10:20, 10:23, 11:3, 11:4, 11:6, 11:18, 11:19, 11:21, 12:1, 12:4, 12:5, 12:7, 12:9, 12:19, 12:21, 12:22, 12:23, 12:25, 13:1, 13:4, 13:12, 13:15, 13:21, 13:23, 14:3, 14:6, 14:9, 14:10, 14:11, 14:12, 14:15, 14:20, 14:22, 14:24, 14:25, 15:11, 15:20, 15:22, 15:25, 16:1, 16:7, 16:9, 17:14, 17:16, 18:7, 18:11, 18:15, 18:16, 18:22, 18:23, 19:4, 19:6, 19:12, 19:20, 20:1, 20:3, 20:4, 20:12, 20:13, 20:16, 20:22, 20:25, 21:5, 21:19, 21:23, 21:24, 22:1, 22:5, 22:6, 23:1, 23:6, 23:19, 23:20, 23:22, 23:23, 24:14, 24:15, 24:21, 24:23, 24:24, 25:3, 25:4, 25:9, 25:14, 25:18, 26:10, 26:18, 27:5, 27:6, 27:9, 27:11, 27:14, 27:17, 27:21, 27:23, 27:25, 28:3, 28:9, 28:16, 28:17, 28:19, 28:20, 28:21, 28:22, 29:1, 29:4, 29:5, 29:11, 29:14, 29:17, 29:19, 29:21, 29:25, 30:3, 30:6, 30:8, 30:22, 31:11, 31:18, 31:19, 31:21, 31:25, 32:4, 32:9, 32:11, 32:12, 32:19, 32:21, 33:3, 33:8, 33:15, 33:16, 33:19, 33:21, 34:1, 34:4, 34:6, 34:8, 34:10, 34:11, 34:12, 34:14, 34:17, 34:21, 34:25, 35:1, 35:17, 35:18, 35:24, 36:10, 36:11, 36:15, 37:1, 37:4, 37:8, 37:9, 37:10, 37:11, 37:12, 37:14, 37:15,

37:16, 37:23, 38:10, 38:25, 39:1, 39:17, 39:18, 39:22, 39:23, 40:1, 40:3, 40:5, 40:21, 41:13, 41:17, 41:19, 41:23, 43:1, 43:8, 43:11, 43:20, 43:23, 43:24, 44:5, 44:11, 44:13, 44:19, 44:21, 45:1, 45:3, 45:4, 45:12, 45:15, 45:24, 45:25, 46:4, 46:7, 46:9, 46:10, 46:11, 46:13, 46:14, 46:21, 46:22, 46:23, 46:24, 47:6, 47:8, 47:9, 47:15, 47:20, 47:21, 48:3, 48:9, 48:12, 48:18, 48:19, 48:22, 48:25, 49:4, 49:18, 49:22, 50:6, 50:11, 50:13, 50:14, 50:15, 50:17, 50:20, 50:23, 51:2, 51:5, 51:9, 51:13, 51:14, 51:15, 51:18, 52:3, 52:7, 52:9, 52:10, 52:11, 52:13, 52:18, 52:21, 52:22, 53:1, 53:4, 53:7, 53:12, 53:23, 53:24, 53:25, 54:2, 54:3, 54:12, 55:4, 55:10, 55:15, 56:5, 56:10, 56:11, 56:13, 56:19, 56:21, 56:22, 57:10, 57:13, 58:3, 58:5, 58:7, 58:9, 58:13, 58:14, 58:15, 58:18, 58:23, 58:24, 59:1, 59:6, 59:20, 60:1, 60:12, 60:18, 60:19, 60:20, 60:22, 62:5, 62:7, 62:9, 62:10, 62:12, 62:14
**that's** [43] - 4:17, 6:17, 7:14, 8:17, 10:21, 11:7, 11:8, 11:10, 11:13, 15:14, 16:7, 18:18, 19:21, 21:2, 22:25, 23:8, 25:3, 27:13, 31:4, 31:18, 33:5, 35:5, 37:14, 38:14, 38:16, 38:17, 41:4, 41:11, 41:14, 43:2, 43:12, 44:7, 47:2, 49:22, 55:23, 56:21, 57:23, 58:2, 58:20, 59:10, 59:15, 61:1
**THE** [4] - 1:1, 59:11,

59:15, 61:1
**theft** [13] - 8:23, 8:24, 9:14, 16:22, 17:5, 17:9, 17:25, 19:16, 19:23, 20:11, 20:17, 25:2, 35:10
**theoretically** [1] - 27:21
**theory** [1] - 42:24
**there** [58] - 6:6, 7:5, 7:8, 7:25, 8:13, 11:17, 13:10, 13:11, 13:14, 13:17, 15:6, 15:9, 16:20, 17:17, 17:21, 17:22, 17:25, 18:15, 21:2, 21:3, 21:21, 27:21, 28:2, 28:3, 28:8, 34:21, 34:24, 35:16, 36:10, 36:21, 37:2, 37:22, 39:23, 40:14, 40:18, 40:20, 41:21, 42:15, 43:15, 44:11, 44:14, 44:17, 44:21, 46:2, 48:6, 48:10, 49:2, 49:21, 50:12, 52:12, 55:25, 56:15, 57:4, 58:8
**there's** [24] - 7:2, 7:15, 10:1, 13:16, 13:20, 17:17, 19:7, 23:14, 23:17, 24:8, 24:25, 30:16, 33:7, 33:11, 36:24, 36:25, 37:2, 41:20, 44:17, 46:9, 46:24, 49:11, 57:21, 58:3
**these** [5] - 13:7, 33:9, 34:18, 39:19, 57:16
**they've** [1] - 20:10
**thing** [9] - 10:17, 11:25, 12:4, 17:21, 39:23, 41:21, 48:3, 58:10, 60:7
**things** [20] - 6:5, 6:6, 10:15, 11:18, 12:8, 17:8, 18:3, 22:6, 22:16, 30:8, 30:10, 33:15, 35:24, 36:1, 39:17, 39:19, 49:4, 49:14, 53:7, 60:12
**think** [24] - 6:20, 9:14, 11:5, 14:14, 17:10, 23:10, 23:11, 25:21, 25:23, 25:24, 28:9, 34:7, 34:14, 35:22, 35:25, 38:15, 40:17, 41:24, 50:16, 57:3, 57:4, 58:3, 59:10, 60:24

**thinking** [1] - 25:10
**third** [1] - 8:8
**third-party** [1] - 8:8
**this** [52] - 4:9, 6:19, 10:25, 11:3, 11:16, 11:24, 12:11, 12:12, 14:3, 16:6, 18:8, 23:2, 24:10, 25:14, 32:20, 33:1, 33:21, 34:12, 36:20, 38:2, 38:16, 39:2, 39:6, 39:15, 39:25, 40:12, 41:9, 46:15, 46:16, 48:3, 48:21, 50:2, 50:7, 51:1, 51:2, 51:6, 51:21, 52:13, 52:18, 57:2, 57:7, 57:10, 59:5, 60:11, 60:23, 62:10, 62:13, 62:17
**those** [43] - 6:6, 7:18, 7:20, 9:18, 10:2, 10:4, 10:6, 13:11, 13:17, 13:18, 14:2, 16:8, 16:19, 17:8, 18:3, 20:1, 21:9, 21:24, 23:21, 25:1, 29:6, 29:12, 29:18, 29:19, 29:20, 29:25, 32:17, 33:12, 35:14, 37:9, 37:16, 38:4, 40:20, 43:18, 45:18, 49:24, 53:7, 54:13, 54:21, 59:7
**though** [2] - 7:15, 9:24
**thought** [1] - 14:16
**thousand** [1] - 13:14
**three** [9] - 10:22, 15:23, 16:1, 16:5, 17:3, 27:7, 27:8, 28:8, 57:3
**through** [17] - 6:22, 23:1, 28:17, 28:25, 30:9, 33:10, 34:8, 34:17, 36:21, 37:10, 37:22, 39:2, 43:5, 44:2, 48:17, 52:4, 53:12
**throughout** [1] - 30:25
**tidbits** [1] - 21:3
**tier** [2] - 16:21, 19:15
**tiers** [4] - 19:7, 19:8, 19:10, 20:9
**time** [42] - 8:13, 11:16, 12:15, 13:23, 14:3, 14:9, 15:6, 15:17, 15:20, 15:22, 15:25, 16:6, 19:12, 20:13, 20:22, 22:2, 23:9, 23:19, 24:25, 25:21,

26:10, 26:19, 26:22,
34:11, 34:15, 40:12,
40:15, 49:18, 50:15,
53:16, 53:18, 53:19,
56:13, 56:21, 58:4,
59:6, 59:25, 60:1,
60:5, 60:9, 60:11,
62:11
**times** [11] - 7:25,
13:14, 13:19, 14:1,
21:25, 22:13, 24:8,
42:14, 44:14, 52:15,
52:20
**title** [4] - 5:7, 5:9,
16:12, 26:12
**today** [10] - 5:9, 15:21,
22:23, 26:14, 27:12,
28:24, 34:9, 59:25,
60:4, 60:9
**together** [2] - 12:12,
29:6
**took** [7] - 11:10,
24:21, 28:21, 28:22,
29:3, 48:12, 60:1
**tool** [2] - 37:25, 49:3
**total** [1] - 50:12
**totals** [1] - 43:25
**towards** [2] - 32:11,
35:20
**traffic** [3] - 37:16,
37:18, 37:22
**train** [5] - 6:9, 7:19,
7:24, 10:11, 26:24
**trainer** [1] - 26:24
**training** [7] - 26:25,
53:4, 53:6, 53:9,
54:11, 54:22, 55:3
**transaction** [7] -
40:23, 42:11, 42:13,
43:8, 44:17, 48:2,
50:18
**transcribed** [2] -
60:18, 60:22
**transcript** [1] - 60:21
**Transcription** [1] -
62:8
**transcription** [1] -
62:9
**trifold** [1] - 5:13
**trucks** [1] - 33:13
**true** [2] - 42:6, 62:9
**truth** [3] - 62:6, 62:7
**try** [14] - 6:12, 12:13,
13:3, 15:19, 16:7,
30:12, 34:3, 34:12,
35:19, 35:20, 50:24,
51:9, 51:18, 56:14
**trying** [9] - 6:2, 7:1,
25:22, 25:25, 32:14,
33:2, 34:7, 35:23,

58:6
**turn** [2] - 11:24, 59:17
**turns** [1] - 31:24
**TV** [2] - 38:24, 38:25
**two** [12] - 10:22,
12:14, 14:20, 15:22,
16:1, 16:5, 17:3,
17:8, 18:3, 20:1,
28:12, 33:9
**Tyco** [1] - 8:10
**type** [7] - 22:7, 42:7,
46:18, 48:8, 51:13,
54:22, 55:3
**types** [2] - 6:5, 53:8
**typically** [6] - 17:10,
23:10, 24:14, 35:18,
35:20, 45:2
**typing** [1] - 48:16

## U

**ultimate** [2] - 28:15,
54:2
**ultimately** [2] - 28:14,
52:8
**unable** [1] - 52:1
**uncover** [1] - 22:16
**under** [3] - 10:6,
51:14, 62:15
**undersigned** [1] -
1:16
**understand** [9] - 7:2,
7:4, 13:1, 18:10,
30:12, 30:13, 42:8,
43:3, 48:20
**understanding** [3] -
19:25, 28:22, 41:5
**understands** [1] -
25:24
**understood** [2] -
12:23, 30:18
**unfortunately** [3] -
21:12, 34:4, 51:7
**unique** [1] - 44:17
**UNITED** [1] - 1:1
**unless** [1] - 41:11
**unlikely** [2] - 50:16,
50:19
**up** [29] - 5:6, 6:23,
7:21, 8:15, 9:13,
9:16, 9:22, 14:18,
16:16, 19:2, 23:4,
27:1, 31:19, 32:8,
37:9, 38:15, 38:19,
38:22, 42:17, 45:1,
46:10, 47:2, 47:3,
48:9, 48:19, 48:21,
50:8, 56:15
**upon** [1] - 35:6
**us** [5] - 18:13, 28:24,

39:1, 50:25, 60:3
**use** [25] - 7:24, 8:5,
8:9, 9:10, 10:12,
10:13, 10:20, 39:20,
41:2, 41:11, 42:6,
42:24, 43:6, 44:20,
45:7, 45:12, 46:24,
47:20, 48:3, 48:6,
49:21, 49:23, 49:25,
50:25, 54:19
**used** [8] - 39:19,
43:11, 46:13, 46:22,
47:24, 50:17, 51:15,
52:9
**uses** [1] - 48:25
**using** [7] - 34:19,
36:18, 38:11, 40:14,
40:20, 41:6, 42:9
**usually** [5] - 8:8,
24:18, 46:8, 47:21,
55:23

## V

**validate** [2] - 22:15,
48:15
**value** [1] - 35:17
**variety** [1] - 44:18
**various** [1] - 57:16
**vendor** [1] - 8:8
**verbally** [1] - 12:7
**versa** [1] - 45:8
**versus** [5] - 1:7, 8:23,
23:24, 30:22, 42:4
**very** [17] - 9:4, 9:6,
9:15, 11:20, 18:9,
20:10, 20:12, 20:14,
21:22, 24:9, 27:24,
28:17, 39:16, 43:14,
50:19, 51:11, 60:8
**vice** [1] - 45:8
**video** [39] - 13:18,
13:24, 13:25, 21:24,
22:18, 23:1, 23:6,
23:12, 23:14, 23:18,
23:20, 24:11, 25:18,
25:20, 28:19, 28:22,
29:3, 29:18, 29:25,
30:3, 33:9, 33:11,
33:23, 34:18, 35:14,
36:15, 38:8, 38:22,
38:25, 46:15, 47:12,
48:1, 48:10, 51:1,
51:10, 59:4
**videos** [2] - 28:11,
37:8
**view** [3] - 8:1, 43:18,
50:16
**visibly** [1] - 45:18
**visit** [2] - 15:19, 15:23

**volume** [6] - 17:16,
18:23, 18:24, 18:25,
19:5, 31:21

## W

**Wadsworth** [1] - 15:13
**waiting** [1] - 48:22
**waive** [3] - 60:22,
60:24, 61:1
**Wal** [1] - 21:13
**Wal-Mart** [1] - 21:13
**walk** [5] - 30:8, 35:23,
35:25, 43:5, 53:12
**walked** [1] - 28:17
**walking** [3] - 6:22,
28:25, 33:10
**want** [19] - 6:24,
30:11, 34:10, 34:13,
35:13, 38:20, 39:11,
39:16, 45:3, 45:7,
46:17, 49:24, 50:4,
54:14, 54:16, 54:23,
54:25, 55:22, 56:12
**watch** [4] - 46:16,
48:14, 48:22, 50:4
**watched** [1] - 33:22
**watching** [6] - 10:14,
13:17, 13:18, 13:23,
24:12, 48:23
**week** [4] - 15:20,
15:23, 16:8, 23:9
**weeks** [3] - 16:2, 16:5,
17:3
**well-behaved** [1] -
53:24
**whatever** [9] - 7:6,
9:25, 38:11, 39:21,
42:25, 44:24, 44:25,
55:16, 56:1
**whatnot** [1] - 37:11
**whereas** [2] - 16:18,
17:2
**WHEREOF** [1] - 62:17
**WHEREUPON** [1] -
4:1
**wherever** [1] - 10:25
**whether** [8] - 26:12,
40:3, 40:16, 43:19,
44:8, 52:8, 56:17,
60:3
**whole** [1] - 62:6
**why** [3] - 13:21, 20:11,
34:25
**Williams** [1] - 2:4,
52:24
**wise** [1] - 49:2
**with** [55] - 5:6, 5:13,
5:15, 5:21, 6:18,
8:12, 9:15, 13:24,

13:25, 14:11, 16:2,
16:15, 18:9, 27:4,
27:25, 28:4, 28:10,
28:24, 29:3, 33:24,
34:4, 35:7, 35:23,
35:25, 38:2, 39:17,
39:19, 40:18, 41:10,
41:17, 41:22, 42:10,
42:23, 44:22, 46:7,
46:17, 47:23, 49:15,
50:4, 50:21, 51:1,
51:4, 51:6, 52:23,
54:17, 54:23, 55:14,
55:20, 57:11, 57:15,
57:18, 58:1, 58:5,
60:20, 62:15
**within** [3] - 5:22, 62:4,
62:5
**within-named** [1] -
62:5
**without** [5] - 7:11,
19:4, 48:7, 49:10,
62:11
**witness** [2] - 52:13,
62:8
**WITNESS** [4] - 59:11,
59:15, 61:1, 62:17
**Witness** [3] - 1:13,
19:2, 62:6
**witnessed** [2] - 56:2,
56:17
**won't** [1] - 41:10
**words** [3] - 18:2,
53:13, 53:20
**work** [14] - 4:25, 5:3,
5:4, 5:13, 5:15, 8:2,
8:3, 12:12, 13:24,
34:7, 38:1, 41:11,
45:25, 50:24
**worked** [1] - 14:11
**working** [4] - 7:22,
23:13, 55:13, 57:6
**works** [1] - 45:15
**world** [3] - 37:25,
41:5, 60:7
**worth** [2] - 34:9, 59:19
**would** [83] - 6:15,
6:16, 7:6, 7:9, 7:25,
9:1, 9:14, 9:23, 10:8,
10:9, 10:11, 10:18,
14:11, 14:12, 15:25,
16:2, 17:10, 18:13,
19:11, 19:14, 19:16,
20:8, 22:23, 24:1,
24:24, 25:8, 25:15,
25:16, 26:19, 26:25,
27:1, 27:5, 27:24,
28:9, 28:14, 32:8,
32:11, 32:24, 33:12,
35:13, 35:25, 36:1,

37:14, 37:15, 40:7,
40:10, 40:15, 40:22,
42:9, 42:11, 43:10,
44:12, 46:22, 47:1,
47:5, 47:6, 47:21,
48:12, 48:14, 48:15,
50:6, 50:14, 50:19,
51:13, 51:16, 52:3,
53:22, 54:14, 54:16,
55:10, 56:4, 56:12,
56:13, 56:14, 56:18,
56:22, 56:24, 60:21,
60:23, 60:24
**wouldn't** [2] - 28:8,
51:12
**wow** [1] - 32:24
**www.**
**premierreporters.**
**com** [1] - 1:25

## X

**Xs** [1] - 43:21

## Y

**year** [1] - 26:18
**years** [6] - 26:3, 26:23,
27:4, 27:8, 28:8,
57:3
**young** [1] - 52:22
**yourself** [2] - 25:11,
52:15