IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KRYSTAL MOSHOLDER, *et al.*, | CASE NO. 5:18cv1325 |
| | JUDGE SARA LIOI |
| Plaintiffs, | |
| v. | **PLAINTIFF'S NOTICE OF EXPERT WITNESS DESIGNATION** |
| LOWE'S COMPANIES, INC., *et al.*, | |
| Defendants. | |

Now come Plaintiffs, Krystal Mosholder and Daniel Mosholder, by and through undersigned counsel, and respectfully provides notice to the Court and counsel of record that Plaintiff identifies and anticipates calling at trial in this matter all of Plaintiff's medical treating providers upon direct and/or upon cross-examination. The same will be called to authenticate the medical records and confirm the treatment received by Plaintiff, Krystal Mosholder, for the injuries as alleged in this matter and that are the subject of this litigation. All such medical records have already been provided to counsel for Defendant, Lowe's Companies, Inc., and said records contain the information otherwise provided by the report requirements, and said records provide the basis for the potential testimony at issue.

Plaintiffs reserves the right to identify any additional expert witnesses upon rebuttal.

Dated February 24, 2020.

Respectfully Submitted,
PELINI, CAMPBELL & WILLIAMS, LLC


*/s/ Craig Eoff*
Craig G. Pelini (0019221)

cgp@pelini-law.com
Craig M. Eoff (0071002)
ceoff@pelini-law.com
Bretton Commons – Suite 400
8040 Cleveland Avenue NW
North Canton, OH 44720
Telephone:  330.305.6400
ATTORNEY FOR PLAINTIFFS

## PROOF OF SERVICE

I hereby certify that on this 24th day of February, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Craig M. Eoff*
CRAIG M. EOFF (#0071002)