# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KRYSTAL MOSHOLDER, et al., | ) | CASE NO. 18-cv-1325 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| LOWE'S COMPANIES, INC. et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion and order, defendant's motion for summary judgment is GRANTED and plaintiffs' claims against the Jane Doe defendants are DISMISSED without prejudice. This case is closed.

**IT IS SO ORDERED**.

Dated: March 16, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**